**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE

**CASE NO.: 22-bk-12776-LMI**

**ANDREW DORKO, JR., and IRINA DORKO,**

**CHAPTER 7**

           Debtor.

_____

**BIG ELK FUNDING, LLC,**

      **Plaintiff,**

v.

**Adv. Case No.:**

**ANDREW DORKO, JR.,**

      **Defendant.**

_____/

**COMPLAINT OBJECTING TO DISCHARGE**
**AND DETERMINING DISCHARGEABILITY OF DEBTS**

      Plaintiff, **BIG ELK FUNDING, LLC** ("**Big Elk**" or "**Plaintiff**"), a creditor in the above-captioned bankruptcy case, by and through his undersigned attorneys, and pursuant to 11 U.S.C. §§ 105(a), 523(a)(2) and (6), and 11 U.S.C. § 727(a)(3) and Rules 4004, 4007, 7001 and 7003 of the Federal Rules of Bankruptcy Procedure, hereby files this complaint and sues **ANDREW DORKO, JR.** (the "**Debtor**" or "**Dorko**") for entry of a judgment determining that Debtor's debt to Big Elk is not dischargeable and denying Debtor's general discharge. In support thereof, Big Elk respectfully states as follows:

### JURISDICTION, PARTIES, AND VENUE

      1.     This is an adversary proceeding within the meaning of Rule 7001 of the Federal Rules of Bankruptcy Procedure.

      2.     The statutory predicates for the relief sought are 11 U.S.C. §§ 523 and 727.

3.      This adversary proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(I) and (J).

4.      On April 22, 2022, Andrew Dorko, Jr. ("Dorko") and Irina Dorko ("Irina") (collectively, the "Debtors") filed their joint bankruptcy case (the "Petition Date").

5.      Accordingly, the Bankruptcy Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §§ 157(a), 157(b), and 1334(e).

6.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

7.      Andrew Dorko, Jr. included Big Elk Funding, LLC on his Schedule D as a secured creditor (not disputed) with a claim of $5,000,000.00.

8.      Accordingly, Big Elk Funding, LLC is a creditor of Andrew Dorko, Jr. with standing to bring this proceeding pursuant to Fed. R. Bankr. P. 4004 and 4007.

## FACTUAL AND PROCEDURAL HISTORY

9.      Total Marketing Concepts, Inc. ("TMC") is a Florida corporation formed in September of 2004 by Dorko.

10.     TMC operated a telemarketing company, offering services in the following areas: market research and political insights, lead generation, telecommunication sales, energy sales, and healthcare support.

11.     TMC operated its business out of Sanford, Florida.

12.     TMC ultimately filed bankruptcy as Case No. 6:20-bk-06544-LVV, before the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

13.     Pursuant to TMC's Case Management Summary, TMC had average monthly revenues of almost $2,000,000.00 and in 2018 had gross revenues of $22,704,653.00.

14.     The Bankruptcy Court for the Middle District of Florida converted TMC's bankruptcy case from Chapter 11 to Chapter 7 in January 2021.

15.     TMC is no longer an active company.

16.     Between March of 2016 and March of 2018, Big Elk loaned approximately $5,000,000.00 to TMC during a series of secured transactions.

17.     Additionally, in March 2018, Dorko personally executed a Guaranty that (a) absolutely, unconditionally, and irrevocably guaranteed TMC's indebtedness to Big Elk; and (b) obligated TMC to provide annual financial statements, tax returns, and other financial information to Big Elk.

18.     In connection with the Guaranty, Dorko certified that he was the sole principal shareholder of TMC and had full knowledge of the financial condition and business operations of TMC.

19.     Irina Dorko signed the Guaranty to the extent she owned marital property with Dorko that would secure the repayment of TMC's indebtedness to Big Elk.

20.     TMC and Dorko breached their obligations with Big Elk by failing and/or refusing to (a) pay the sums owed by TMC to Big Elk; and (b) provide all required financial information to Big Elk.

21.     TMC and Dorko's breach of obligations under their respective agreements with Big Elk forms the basis of the debt Dorko owes to Big Elk.

22.     On February 3, 2023, in connection with Dorko's Bankruptcy Case, Big Elk conducted a Rule 2004 Examination of Andrew Dorko, Jr. The Transcript of Dorko's Deposition is attached hereto as **<u>Exhibit "A"</u>**.

23.     Dorko testified that he started TMC in 2004, actively ran TMC until 2014, and then appointed his successors from 2015-2019. Transcript at 48:18-24.

24.     Dorko testified he did not have knowledge of the financial transactions or the intricate parts of TMC because he was "more of a bottom line guy." Transcript at 52:19-24.

25.     Dorko denied any knowledge of how the money loaned from Big Elk was utilized by TMC. Transcript at 53:18.

26.     It was clear from the deposition that Dorko wanted to distance himself from TMC during the years of 2015-2019 when TMC received a substantial capital infusion from Big Elk.

27.     During the deposition, Dorko indicated because he was not familiar with the financial information of TMC that he would provide contact information for (a) the controller of TMC; (b) the CFOs of TMC; and (c) Dorko's personal accountant.

28.     Dorko indicated the foregoing individuals or entities possessed the financial information of TMC and/or information pertaining to Dorko's salary and distributions from TMC.

29.     Dorko has refused to provide Big Elk with any additional information regarding (a) the controller of TMC; (b) the CFOs of TMC; and (c) Dorko's personal accountant.

30.     Upon information and belief, Dorko made material misrepresentations to Big Elk to induce Big Elk into loaning TMC's approximately $5,000,000.00.

31.     Upon information and belief, TMC, at the direction of Dorko, misappropriated the $5,000,000.00 loaned by Big Elk to TMC.

32.     Dorko or Dorko's close relatives personally benefitted from the monies loaned by Big Elk to TMC.

### COUNT I
### Cause of Action Pursuant to 11 U.S.C. §523(a)(2)(A)

33.     Plaintiff re-alleges and re-states the allegations of paragraphs 1 through 32 as if fully set forth herein.

34.     This is an action to except a debt owed to Big Elk from Debtor's discharge pursuant to 11 U.S.C. § 523(a)(2)(A).

35.     TMC, at the direction of Dorko, obtained the loans from Big Elk and for TMC under false pretenses, false representations, and/or actual fraud as contemplated by 11 U.S.C. § 523(a)(2)(A).

36.     Upon information and belief, Dorko never intended to use the monies loaned from TMC for legitimate business purposes.

37.     Big Elk has been damaged because of Dorko's false pretenses, false representations and/or actual fraud and holds a non-dischargeable debt.

**WHEREFORE**, Big Elk respectfully requests the Court enter judgment in favor of Plaintiff and against Dorko determining that its debt is non-dischargeable under 11 U.S.C. § 523(a)(2)(A) and granting such other and further relief the Court deems appropriate.

### COUNT II
### Cause of Action Pursuant to 11 U.S.C. §523(a)(6)

38.     Plaintiff re-alleges and re-states the allegations of paragraphs 1 through 32 as if fully set forth herein

39.     This is an action to except the debt owed to Big Elk from Debtor's discharge pursuant to 11 U.S.C. § 523(a)(6).

40.     Dorko knowingly and fraudulently obtained and used the monies loaned from TMC for improper purposes – rather than for legitimate business purposes.

41.     At Dorko's 2004 Examination, Dorko denied any knowledge of TMC's financial condition and/or the use of TMC's loaned monies despite founding and running TMC for approximately fifteen (15) years.

42.     Dorko continues to withhold information which would reveal TMC's financial condition and or his personal compensation from TMC.

43.     Accordingly, Dorko willfully and maliciously intended to cause injury to TMC within the meaning of 11 U.S.C. § 523(a)(6).

44.     Big Elk has suffered damages at least in the amount of $5,000,000.00 as a result of Dorko's willful and malicious conduct.

**WHEREFORE**, Big Elk respectfully requests the Court enter judgment in favor of Big Elk and against Dorko determining that the amount of the debt is non-dischargeable under 11 U.S.C. § 523(a)(6) and granting such other and further relief as the Court deems proper.

<u>**COUNT III**</u>
<u>**Cause of Action for Denial of Discharge Pursuant to 11 U.S.C. § 727(a)(3)**</u>

45.     Plaintiff re-alleges and re-states the allegations of paragraphs 1 through 32 as if fully set forth herein.

46.     Section 727(a)(3) provides that the Court shall grant a debtor a discharge unless the debtor fails to keep or preserve books and records from which the debtor's financial condition or business transactions may be ascertained.

47.     Dorko has failed or is unable to produce to Big Elk any records, statements, or other recorded information regarding his compensation from TMC.

48.     Dorko cannot explain how the monies loaned from Big Elk to TMC were utilized and whether such monies were ultimately transferred to Dorko.

49.     Accordingly, Big Elk believes and alleges that Dorko has failed to keep or preserve books and records from which his financial condition and business transactions may be ascertained.

**WHEREFORE**, Big Elk demands judgment against Dorko pursuant to 11 U.S.C. § 727(a)(3) as follows: (i) denying the Debtor's discharge; and (ii) for such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 6th day of March, 2023.

*/s/ Justin M. Luna*
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lathamluna.com
Benjamin R. Taylor, Esq.
Florida Bar No. 1024101
btaylor@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
201 S. Orange Ave., Suite 1400
Orlando, Florida 32802-3353
Telephone:  407-481-5800
Facsimile:  407-481-5801
Secondary e-mail:  bknotice1@lathamluna.com
*Attorneys for Big Elk Funding*

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-BK-12776-LMI

CHAPTER 7


IN RE:

ANDREW DORKO, JR. AND IRINA DORKO,

    DEBTORS.

RULE 2004 EXAMINATION

TESTIMONY OF:      ANDREW DORKO

DATE:            FEBRUARY 3, 2023

TIME:            11:01 A.M. – 1:08 P.M.

LOCATION:       REMOTE VIRTUAL PROCEEDING
               325 SOUTH BISCAYNE BOULEVARD
               APARTMENT 2416
               MIAMI, FL 33131

REPORTER:       SANDRA A. BATTAGLIA, RPR, FPR-C
               AND NOTARY PUBLIC
               REALTIME REPORTERS INC.
               REALTIMERPRS@GMAIL.COM

1              A P P E A R A N C E S

2    ALDO BARTOLONE, ESQUIRE
     13506 SUMMERPORT VILLAGE PARKWAY
3    SUITE 325
     WINDERMERE, FL 34786-7366
4    305-799-9120
     ABARTOLONE@THEBERMANLAWGROUP.COM
5         ATTORNEY FOR DEBTORS

6    BENJAMIN TAYLOR, ESQUIRE
     LATHAM, LUNA, EDEN & BEAUDINE, LLP
7    201 SOUTH ORANGE AVENUE
     SUITE 1400
8    ORLANDO, FL 32801
     407-481-5800
9    BTAYLOR@LATHAMLUNA.COM
          ATTORNEY FOR BIG ELK FUNDING, LLC

10

11   ALSO PRESENT:

12   LAUREL A. ECKHOLM
     BILL ECKHOLM
13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1                     I N D E X

 2   TESTIMONY OF ANDREW DORKO

 3        DIRECT EXAMINATION BY MR. TAYLOR        4

 4   CERTIFICATE OF OATH                          76

 5   CERTIFICATE OF REPORTER                      77

 6                    E X H I B I T S

 7   1 -  THIRD NOTICE OF AMENDED RESCHEDULED     9

 8        RULE 2004 EXAMINATION

 9   2 -  BANKRUPTCY SCHEDULE A/B                 11

10   3 -  SCHEDULES                               31

11   4 -  STATEMENT OF CURRENT MONTHLY INCOME     39

12   5 -  DISCLOSURE OF COMPENSATION OF           40

13        ATTORNEYS FOR DEBTORS

14   6 -  FINAL JUDGMENT                          45

15

16

17

18

19

20

21

22

23

24

25
```

1           P R O C E E D I N G S

2           THE REPORTER:  ON THE RECORD AT 11:01.

3       MR. DORKO, WOULD YOU PLEASE RAISE YOUR RIGHT HAND

4       AND BE SWORN.  DO YOU SOLEMNLY SWEAR THAT THE

5       TESTIMONY YOU'RE ABOUT TO GIVE WILL BE THE TRUTH,

6       SO HELP YOU GOD?

7           THE WITNESS:  I DO.

8           THE REPORTER:  THANK YOU.

9                   ANDREW DORKO,

10  HAVING BEEN DULY SWORN, WAS EXAMINED AND TESTIFIED AS

11  FOLLOWS:

12                  DIRECT EXAMINATION

13  BY MR. TAYLOR:

14      Q    GOOD MORNING, MR. DORKO.  MY NAME IS

15  BENJAMIN TAYLOR, AND I AM AN ATTORNEY FOR BIG ELK

16  FUNDING, LLC, WHICH IS A CREDITOR IN YOUR JOINT

17  BANKRUPTCY CASE, CASE NO. 22-BK-12776-LMI.

18          WE ARE HERE TODAY ON OUR THIRD NOTICE OF

19  AMENDED RESCHEDULED RULE 2004 EXAMINATION, WHICH IS AT

20  DOCKET NO. 66 IN THAT BANKRUPTCY CASE.

21          HAVE YOU HAD YOUR DEPOSITION TAKEN BEFORE?

22      A    YES.

23      Q    OKAY.  SO I PRESUME YOU GENERALLY UNDERSTAND

24  THE RULES OF DEPOSITION, BUT I'M GOING TO GO AHEAD AND

25  JUST LAY SOME GROUND RULES OUT BEFORE WE GET STARTED.

1    A    SURE.

2    Q    SO TODAY I'M GOING TO ASK YOU A SERIES OF

3 QUESTIONS AND I'M GOING TO ASK THAT YOU PROVIDE YOUR

4 HONEST ANSWERS.  OBVIOUSLY, WE HAVE A COURT REPORTER

5 HERE.  SO WE NEED TO CHANGE THE WAY THAT WE WOULD

6 NORMALLY COMMUNICATE.  SO SIMPLE HEAD NODS TO RESPOND

7 TO A QUESTION WON'T BE ENOUGH.  WE NEED TO MAKE SURE

8 THAT THERE'S VERBAL RESPONSES SO SANDY CAN GET ALL OF

9 OUR ANSWERS TRANSCRIBED NICELY.  SO WHEN YOU ANSWER A

10 QUESTION, I WILL NEED AN AUDIBLE RESPONSE TO THE

11 QUESTION POSED.

12         DO YOU UNDERSTAND?

13    A    YES.

14    Q    IF YOU DO NOT UNDERSTAND A QUESTION I ASK

15 YOU, PLEASE FEEL FREE TO LET ME KNOW AND I'LL REPHRASE

16 IT.  BUT IF I ASK A QUESTION AND YOU RESPOND TO THAT

17 QUESTION, I WILL JUST ASSUME THAT YOU UNDERSTOOD WHAT

18 I ASKED.  DO YOU -- DOES THAT MAKE SENSE?

19    A    YES.

20    Q    OKAY.  AND ALSO PLEASE WAIT JUST A COUPLE OF

21 MOMENTS AFTER I COMPLETE THE QUESTION SO THE COURT

22 REPORTER HAS TIME TO COPY DOWN MY QUESTION AND THEN

23 PREPARE FOR YOUR ANSWER.  AS WELL, AFTER I ASK A

24 QUESTION, I WOULD ALSO JUST ASK FOR A BRIEF PAUSE

25 BECAUSE YOUR ATTORNEY MAY WISH TO LODGE AN OBJECTION

1   TO THAT QUESTION.  TO THE EXTENT THAT THAT OBJECTION

2   RELATES TO A SPECIFIC PRIVILEGE, MAYBE IT'S

3   ATTORNEY/CLIENT PRIVILEGE OR SPOUSAL PRIVILEGE, THEN

4   YOUR ATTORNEY CAN DIRECT YOU NOT TO ANSWER THE

5   QUESTION.  BUT IF IT'S -- IF THE OBJECTION IS FOR ANY

6   ANYTHING ELSE OTHER THAN THAT, I WILL ASK YOU TO

7   ANSWER THE QUESTION.  BUT YOUR ATTORNEY'S OBJECTION

8   WILL BE ON THE RECORD AND THAT WAY IT'S PRESERVED TO

9   THE EXTENT THAT THERE'S, YOU KNOW, AN ISSUE OR AN

10  APPEAL LATER.

11          DO YOU UNDERSTAND?

12      A   YES.

13      Q   OKAY.  AND THIS IS A DEPOSITION.  IT'S BY NO

14  MEANS A TEST OF ENDURANCE.  SO IF YOU NEED A BREAK FOR

15  ANY PARTICULAR REASON, JUST LET ME KNOW.  AS LONG AS

16  THERE'S NOT A QUESTION PENDING, WE'LL ANSWER IT, TAKE

17  A BREAK, COME BACK ON THE RECORD.  I'M JUST HERE TO

18  GATHER SOME INFORMATION.  NOT TRYING TO BEAT YOU DOWN.

19  NOT TRYING TO -- OBVIOUSLY, I GUESS, I'M NOT TRYING TO

20  MAKE THIS A TEST OF ENDURANCE.  SO, OBVIOUSLY, IF

21  ANYBODY NEEDS A BREAK OR ANYTHING LIKE THAT, TOO,

22  WE'LL ACCOMMODATE IT.

23          AT LEAST THE WAY THAT I SEE THIS GOING,

24  SINCE WE SCHEDULED YOUR DEPOSITION FOR 11:00, MAYBE WE

25  GO UNTIL 12:30 OR 1:00, TAKE A QUICK LUNCH BREAK, AND

1   THEN COME BACK AND WRAP UP ANYTHING ELSE THAT WE NEED

2   TO DO.  DOES THAT SOUND GOOD?

3        A    FAIR ENOUGH.

4             MR. BARTOLONE:  SOUNDS GOOD.

5   BY MR. TAYLOR:

6        Q    DO YOU HAVE ANY QUESTIONS FOR ME ABOUT THE

7   PROCEDURES FOR TODAY?

8        A    NO, SIR.

9        Q    OKAY.  AWESOME.  ARE YOU TAKING ANY

10  MEDICATION THAT MIGHT AFFECT YOUR ABILITY TO ANSWER

11  ANY OF MY QUESTIONS TODAY OR UNDERSTANDING THE

12  QUESTIONS I'M ASKING TODAY?

13       A    I TAKE NO MEDICATION AT ALL.

14       Q    OKAY.  WHAT DID YOU DO TO PREPARE FOR

15  TODAY'S DEPOSITION?

16       A    HONESTLY, I DIDN'T KNOW WHAT TO EXPECT.  SO,

17  QUITE FRANKLY, ALL I'M GOING TO DO IS JUST TELL THE

18  TRUTH AND THE WHOLE TRUTH AND NOTHING BUT THE TRUTH.

19  SO THROW THE QUESTIONS AT ME AND I'LL DO MY BEST.

20       Q    DID YOU REVIEW ANY PARTICULAR DOCUMENTS

21  BEFORE TODAY'S DEPOSITION?

22       A    I HAVE NO DOCUMENTS TO REVIEW.  SO, NO.

23       Q    OKAY.  AND, OBVIOUSLY, WITHOUT DIVULGING ANY

24  INFORMATION ABOUT WHAT YOU DISCUSSED WITH YOUR

25  ATTORNEY, DID YOU MEET OR SPEAK WITH YOUR ATTORNEY

1   BEFORE TODAY'S DEPOSITION?

2        A    ABOUT TEN MINUTES AGO.

3        Q    OKAY.  UNDERSTOOD.  WAS ANYONE PRESENT WITH

4   YOU WHEN YOU DISCUSSED THIS DEPOSITION WITH YOUR

5   ATTORNEY?

6        A    NO.

7        Q    OKAY.  HAVE YOU DISCUSSED THIS CASE WITH

8   ANYBODY ELSE OTHER THAN YOUR ATTORNEY OR PERHAPS YOUR

9   WIFE?

10       A    MY WIFE LAST NIGHT.

11       Q    OKAY.  I JUST NEED TO GRAB A DOCUMENT REAL

12  QUICK.  I'M GOING TO SHARE MY SCREEN REALLY QUICKLY

13  HERE.  SO CAN YOU SEE THIS?

14       A    I CAN.

15       Q    OKAY.  SO THIS IS EXHIBIT A.  THIS WAS

16  ATTACHED TO DOCKET NUMBER 66, WHICH WAS THE AMENDED

17  NOTICE OF TODAY'S DEPOSITION.  CAN YOU SEE THIS

18  EXHIBIT?

19       A    I CAN SEE IT.

20       Q    OKAY.  SO I'M GOING TO -- I'M GOING TO MARK

21  THIS AS EXHIBIT 1.  AND I'LL GO AHEAD AND I'LL DROP

22  THESE INTO THE ZOOM CHAT THROUGHOUT THE DEPOSITION.

23            MR. TAYLOR:  OR WOULD YOU PREFER I JUST

24       EMAIL THEM TO YOU, SANDY?

25            THE REPORTER:  I'D PREFER THAT YOU EMAIL, IF

1        YOU DON'T MIND, BEN.

2            MR. TAYLOR:  OKAY.  I'LL DO THAT.  I'LL JUST

3        KIND OF MARK WHAT MY EXHIBITS ARE.  AT THE END

4        I'LL EMAIL THEM TO THE EVERYONE.  BUT I'M GOING

5        TO MARK THIS AS EXHIBIT 1.

6            (THE REFERRED TO DOCUMENT WAS MARKED FOR

7        IDENTIFICATION AS EXHIBIT 1).

8    BY MR. TAYLOR:

9        Q    DO YOU SEE THE BOTTOM OF PAGE THREE HERE

10   WHERE IT SAYS "DOCUMENTS AND THINGS TO BE PRODUCED"?

11       A    YES.

12       Q    OKAY.  SO WE ASKED FOR A LIST OF DOCUMENTS

13   FOR YOU TO PRODUCE IN ANTICIPATION OF THIS DEPOSITION.

14   HAVE YOU SEEN THIS DOCUMENT BEFORE?

15       A    I PROBABLY HAVE BECAUSE I KNOW THAT I

16   ANSWERED THE QUESTIONS TO THE INTERROGATORIES AND

17   PROVIDED ALDO'S OFFICE WITH WHATEVER THEY NEEDED.  SO

18   I'D HAVE TO SAY I PROBABLY HAVE.

19       Q    OKAY.  I KNOW YOU JUST REFERRED TO

20   INTERROGATORIES, BUT ON THIS PARTICULAR DOCUMENT, WE

21   WERE JUST LOOKING -- WE WERE LOOKING FOR SETS OF

22   DOCUMENTS.  SO THIS IS MORE OF A DOCUMENT PRODUCTION

23   REQUEST.  SO HAVE YOU SEEN THIS DOCUMENT OR NOT?

24       A    I CAN'T RECALL.

25       Q    OKAY.  TO YOUR KNOWLEDGE, HAVE YOU PRODUCED

1  EVERY DOCUMENT THAT MAY OR MAY NOT -- THAT IS IN YOUR

2  POSSESSION, CUSTODY, OR CONTROL THAT'S RESPONSIVE TO

3  THIS DOCUMENT?

4       A     THAT WOULD BE AN APPROPRIATE ANSWER.

5  I'VE -- I RESPONDED TO EVERYTHING I HAVE IN MY

6  POSSESSION.

7       Q     OKAY.  DO YOU BELIEVE THAT YOU'RE IN

8  POSSESSION OF ANY ADDITIONAL DOCUMENTS THAT YOU STILL

9  NEED TO PRODUCE?

10      A     ABSOLUTELY NOT.

11      Q     OKAY.  I'M GOING TO STOP SHARING MY SCREEN

12 FOR NOW.  WHAT IS YOUR CURRENT ADDRESS?

13      A     325 SOUTH BISCAYNE BOULEVARD, APARTMENT

14 2416, MIAMI, FLORIDA 33131.

15      Q     OKAY.  CAN YOU SAY THAT ONE MORE TIME AND

16 JUST KIND OF GO SLOWER SO I CAN COPY IT DOWN?

17      A     SURE.  325 SOUTH BISCAYNE BOULEVARD,

18 APARTMENT 2416, MIAMI, FLORIDA 33131.

19      Q     DO YOU OWN OR RENT THIS PROPERTY?

20      A     RENT.

21      Q     HOW LONG HAVE YOU BEEN RENTING THIS

22 PARTICULAR PROPERTY?

23      A     SINCE AUGUST 8TH OF LAST YEAR.

24      Q     AUGUST 8TH OF 2022?

25      A     2022.  CORRECT.

1    Q    DO YOU RECEIVE YOUR MAIL AT THIS ADDRESS?

2    A    I DO.

3    Q    AT THE 325 SOUTH BISCAYNE BOULEVARD ADDRESS?

4    A    I DO.

5    Q    HOW MUCH IS RENT PER MONTH FOR THIS 325

6    SOUTH BISCAYNE BOULEVARD ADDRESS?

7    A    $2,800.

8    Q    AND ARE YOU CURRENT ON RENT?

9    A    YES.

10    Q    DO YOU RENT OR OWN ANY OTHER PROPERTIES?

11    A    YEAH.  I OWN A PROPERTY IN SANFORD THAT IS

12    IN THE FORECLOSURE -- IN THE BANKRUPTCY.

13    Q    OKAY.  AND JUST TO BE SPECIFIC, THE SANFORD

14    PROPERTY IS 1121 CATHCART CIRCLE?

15    A    THAT'S CORRECT.

16    Q    I'LL GO AHEAD AND I'M GOING TO MARK THIS AS

17    EXHIBIT 2.  I'LL PROBABLY COME BACK TO IT A LITTLE BIT

18    LATER, BUT I'M GOING TO LOOK AT IT NOW, AS WELL, JUST

19    BECAUSE WE'RE HERE.

20        (THE REFERRED TO DOCUMENT WAS MARKED FOR

21        IDENTIFICATION AS EXHIBIT 2).

22    BY MR. TAYLOR:

23    Q    I'LL SHARE MY SCREEN.  SO EXHIBIT 2, IF YOU

24    CAN SEE IT, THIS IS FROM YOUR SCHEDULES AND STATEMENT

25    OF FINANCIAL AFFAIRS, WHICH WAS FILED AS DOCKET NO. 18

1  IN YOUR CURRENT BANKRUPTCY CASE.  AND IT LOOKS LIKE IT

2  WAS FILED ON APRIL 22ND, 2022.

3          SO THIS IS SCHEDULE A/B, WHICH ASKS YOU TO

4  LIST EACH RESIDENCE, BUILDING, LAND, OR OTHER REAL

5  ESTATE YOU OWN OR HAVE AN INTEREST IN.

6      A   YES.

7      Q   AND IT LOOKS LIKE THIS FIRST LINE YOU HAVE

8  200 BISCAYNE BOULEVARD WAY, APARTMENT #309 IN MIAMI,

9  FLORIDA, LISTED.

10     A   CORRECT.

11     Q   IT LOOKS LIKE IT'S A CONDOMINIUM, AND IT

12  LOOKS LIKE THE VALUE IS LISTED AT JUST ABOVE $1.2

13  MILLION.  WHAT HAPPENED TO THIS PIECE OF PROPERTY?

14     A   IT WENT INTO FORECLOSURE.

15     Q   OKAY.  HAS -- SO IT WENT INTO FORECLOSURE.

16  SO IS THIS THE PROPERTY THAT'S ENCUMBERED BY A LIEN

17  FROM AMOS FINANCIAL?

18     A   CORRECT.

19     Q   SO THEY'VE TAKEN -- THEY'VE TAKEN POSSESSION

20  OF THIS PROPERTY AND YOU ARE NO LONGER LIVING IN IT?

21     A   CORRECT.  THAT HAPPENED IN AUGUST, ALSO, OF

22  LAST YEAR.

23     Q   SO THAT HAPPENED IN AUGUST OF LAST YEAR AND

24  THAT'S WHY YOU MOVED OUT TO THE 325 SOUTH BISCAYNE

25  BOULEVARD PROPERTY, CORRECT?

1    A    CORRECT.  CORRECT.

2         THE REPORTER:  I'M GOING TO ASK YOU TO JUST

3    PAUSE ONE SECOND, MR. DORKO, BEFORE YOU BEGIN

4    YOUR ANSWERS.  AND WHAT WAS THE NAME OF THE

5    LENDING -- YOU MENTIONED A LENDING INSTITUTION,

6    BEN.

7         THE WITNESS:  AMOS FINANCIAL.  A-M-O-S.

8         THE REPORTER:  GOT IT.  OKAY.

9         THE WITNESS:  NO PROBLEM.

10        THE REPORTER:  THANK YOU.

11        THE WITNESS:  YOU'RE WELCOME.

12   BY MR. TAYLOR:

13        Q    WHAT WAS THE BALANCE OF THE LOAN THAT YOU

14   OWED ON THE 200 BISCAYNE BOULEVARD PROPERTY?

15        A    IT WAS APPROXIMATELY 800 AND -- I THINK IT

16   WAS 825,000.

17        Q    OKAY.  HAS THAT PROPERTY BEEN SOLD AT A

18   FORECLOSURE SALE?

19        A    YES.

20        Q    AND HOW MUCH -- DO YOU RECALL HOW MUCH THE

21   PROPERTY WENT FOR AT THAT FORECLOSURE SALE?

22        A    I HAVE NO IDEA.

23        Q    WAS IT ABOVE THE AMOUNT THAT YOU OWED TO

24   AMOS FINANCIAL?

25        A    I DON'T BELIEVE IT WAS.

1    Q    OKAY.  I PRESUME THAT'S A MATTER --

2    A    I DIDN'T --

3    Q    I PRESUME THAT'S A MATTER OF --

4    A    YEAH --

5         THE REPORTER:  GENTLEMEN, SORRY.

6         THE WITNESS:  I DIDN'T RECEIVE -- IF THE

7    QUESTION YOU'RE ASKING IS DID I RECEIVE ANY FUNDS

8    FROM THAT, I DID NOT.

9  BY MR. TAYLOR:

10   Q    OKAY.  THAT WAS MY NEXT QUESTION.  LET'S GO

11 AHEAD AND ASK ABOUT THIS NOW SINCE WE'RE ON THE

12 SCHEDULE STILL.  SO ALSO LISTED ON SCHEDULE A/B ON

13 PAGE 4 IS 1121 CATHCART CIRCLE IN SANFORD, FLORIDA.

14 AND I BELIEVE YOU INDICATED EARLIER THAT THIS IS ALSO

15 GOING THROUGH FORECLOSURE PROCEEDINGS?

16   A    CORRECT.

17   Q    AND DID YOU FINANCE THIS PROPERTY THROUGH A

18 PARTICULAR COMPANY?  WERE YOU LEASING THIS PROPERTY?

19   A    IT WAS FINANCED THROUGH AMOS FINANCIAL.

20   Q    OKAY.  AND HOW MUCH -- HOW MUCH DO YOU OWE

21 ON THIS PARTICULAR PROPERTY?

22   A    151,000.

23   Q    OKAY.  AND HAS THIS PROPERTY BEEN SOLD AT

24 FORECLOSURE SALE YET?

25   A    NO.  IT HAS A SECOND -- THE SECOND

1  LIENHOLDER HAS RIGHTS TO IT.  AND HE'S WORKING ON

2  THE -- WORKING WITH THE FORECLOSURE ON THAT.

3       Q    OKAY.  WHO IS THE SECOND LIENHOLDER ON THIS

4  PROPERTY?

5       A    HIS NAME IS BRIAN ROSE, R-O-S-E.

6       Q    OKAY?

7       A    AND THAT ENCUMBERS THE ENTIRE VALUE OF THE

8  HOME, HIS LIEN AND THE FIRST LIEN.

9       Q    GOT IT.  DOES ANYONE STILL LIVE AT 1121

10  CATHCART CIRCLE?

11       A    NO, SIR.  IT'S EMPTY.

12       Q    DID YOU OR ANY IMMEDIATE RELATIVES EVER LIVE

13  AT THIS PIECE OF PROPERTY?

14       A    MY DAUGHTER.

15       Q    OKAY.  WHEN DID -- WHEN ABOUT DID SHE LIVE

16  THERE?

17       A    SHE MOVED OUT ABOUT -- ROUGHLY TWO MONTHS

18  AGO NOW.

19       Q    TWO MONTHS AGO?  OKAY.  SO THAT WOULD BE,

20  LIKE, ROUGHLY DECEMBER 2022?

21       A    ROUGHLY.

22       Q    AND HOW LONG DID SHE LIVE IN THAT PROPERTY

23  BEFORE THEN?

24       A    SINCE 2014.

25       Q    OKAY.  DID SHE MAKE -- DID SHE MAKE PAYMENTS

1  TO AMOS FINANCIAL OR BRIAN ROSE?  OR WERE YOU THE ONE

2  THAT MADE THE PAYMENTS FOR THAT HOME?

3      A   MY DAUGHTER DID ALL THE PAYMENTS.  ACTUALLY,

4  I BOUGHT THE HOUSE FOR MY DAUGHTER.  AND,

5  UNFORTUNATELY, I ACTUALLY FORGOT ABOUT THAT PROPERTY,

6  TO BE QUITE FRANK WITH YOU, BECAUSE SHE LIVED IN IT.

7  I BOUGHT IT FOR HER.  AND THROUGH ALL THE MESS WE WENT

8  THROUGH, I JUST -- WE NEVER PUT IT INTO HER NAME.  AT

9  SOME PARTICULAR POINT WE COULD HAVE MOVED IT.  DIDN'T

10 HAPPEN, SO OUR LOSS.

11     Q   OKAY.  WHAT ABOUT -- DID YOU STOP PAYING FOR

12 THIS 1121 CATHCART CIRCLE HOME?

13     A   I -- I NEVER PAID FOR IT.  MY DAUGHTER DID.

14     Q   OKAY.  SO I'M A LITTLE CONFUSED.  I THINK

15 YOU SAID THAT YOU BOUGHT THE HOUSE FOR YOUR DAUGHTER

16 AND THEN YOU KIND OF FORGOT ABOUT IT DURING, YOU KNOW,

17 WHEN YOU SAY "THIS MESS," I PRESUME YOU JUST MEAN THE

18 RECENT LEGAL HISTORY.

19     A   I JUST FORGOT THAT I OWNED IT.  THAT'S

20 REALLY THE -- THAT'S REALLY THE ANSWER.  I FORGOT I

21 OWNED IT.  MY DAUGHTER'S BEEN PAYING FOR IT SINCE DAY

22 ONE.

23     Q   OKAY.  SO THEN YOUR DAUGHTER WAS BEHIND ON

24 PAYMENTS WITH THE FIRST AND SECOND MORTGAGE HOLDERS?

25     A   CORRECT.

1        Q     OKAY.  I'M GOING TO STOP SHARING MY SCREEN

2    NOW.  THIS IS EXHIBIT 2.  I'M SURE I'LL COME BACK TO

3    IT AT SOME POINT.

4             SO OUTSIDE OF -- I THINK WE -- JUST TO KIND

5    OF TIE IT ALL TOGETHER, WE'VE TALKED ABOUT THREE

6    PROPERTIES NOW.  WE'VE TALKED ABOUT 325 SOUTH BISCAYNE

7    BOULEVARD, MIAMI, FLORIDA.  AND I THINK WE ESTABLISHED

8    THAT YOU'RE RENTING IT.  STARTED RENTING IT IN

9    AUGUST 2022.

10            WE ALSO TALKED ABOUT 200 BISCAYNE BOULEVARD

11   IN MIAMI, FLORIDA, WHICH HAS NOW BEEN FORECLOSED.  AND

12   THEN WE TALKED ABOUT 1121 CATHCART CIRCLE IN SANFORD,

13   FLORIDA, WHICH I BELIEVE IS GOING THROUGH FORECLOSURE

14   PROCEEDINGS WITH THE FIRST AND SECOND MORTGAGE HOLDER.

15            DO YOU OWN ANY OTHER PROPERTY THAN THOSE

16   THREE THAT WE JUST TALKED ABOUT?

17       A     NOT TODAY, NO.

18       Q     WHEN YOU SAY "NOT TODAY," HAVE YOU

19   PREVIOUSLY OWNED OTHER PROPERTIES THAT HAVE BEEN SOLD

20   WITHIN THE LAST, LET'S -- LET'S SAY YOU HAVE SOLD ANY

21   PROPERTY WITHIN THE LAST TWO YEARS?

22       A     I HAVEN'T SOLD ANY PROPERTY, BUT HAVE MANY

23   FORECLOSED ON THROUGH THIS WHOLE PROCESS.

24       Q     OFF THE TOP OF YOUR HEAD, CAN YOU -- CAN YOU

25   KIND OF LIST OFF WHAT THOSE PROPERTIES ARE?

1      A    ONE OF THEM WAS -- THEY'RE BOTH IN SANFORD.

2  ADDRESSES.  I CAN'T REMEMBER THE ADDRESS OFF THE TOP

3  OF MY HEAD.  BUT THEY WENT INTO FORECLOSURE, BOTH OF

4  THEM.

5      Q    GOT IT.  BUT THIS IS --

6      A    IT WAS -- IT WAS THROUGH THE CORPORATE

7  BANKRUPTCY.

8      Q    OKAY.  BUT IT'S EITHER -- I PRESUME IT'S

9  EITHER PUBLIC RECORD OR MAYBE WE CAN SPEAK WITH YOU

10 AND YOUR ATTORNEY AFTERWARDS AND GET THE ADDRESSES,

11 CORRECT?

12     A    SURE.  SURE.  YES.

13     Q    DID YOU EVER RECEIVE ANY FUNDS AFTER THE

14 SALE OF THOSE TWO PROPERTIES?

15     A    NO.

16     Q    OKAY.  ARE THERE -- I KNOW THIS IS KIND OF

17 FAST TRACKED, BUT ARE THERE -- ARE THERE ANY OTHER

18 PROPERTIES THAT YOU CAN THINK OF THAT YOU'VE OWNED IN

19 THE LAST FEW YEARS OUTSIDE OF THOSE TWO PROPERTIES IN

20 SANFORD THAT WERE FORECLOSED?

21     A    CAN YOU NARROW DOWN WHAT YOU MEAN BY A FEW

22 YEARS?

23     Q    LET'S SAY -- LET'S SAY FOUR YEARS, TO BE

24 SAFE.

25     A    YES.  5150 NORTH OCEAN DRIVE.

1    Q    IS THAT IN MIAMI?

2    A    SINGER ISLAND, FLORIDA.

3    Q    WHAT HAPPENED TO THAT PROPERTY?

4    A    SOLD IT.

5    Q    NOT A FORECLOSURE?  YOU JUST SOLD IT

6  YOURSELF?

7    A    YES.  CORRECT.

8    Q    HOW MUCH DID YOU SELL THAT PROPERTY FOR?

9    A    1.8 MILLION.

10    Q    WHAT -- WHERE DID THAT 1.8 MILLION GO?  DID

11  IT GO TO A BANK OF ACCOUNT OF YOURS?  DID IT GO TO A

12  TRUST?

13    A    FIRST -- FIRST AND SECOND MORTGAGE.  I

14  USED -- I USED THE MONEY TO FINANCE TMC, MY COMPANY.

15  SO IT WAS -- IT WAS ACTUALLY 99.9 PERCENT ENCUMBERED.

16  AND THERE WAS, LIKE, $40,000 LEFT OVER, WHICH WENT TO

17  PREMIER OUTSOURCING.

18    Q    OKAY.  SO IF I UNDERSTAND THAT CORRECTLY,

19  THE MAJORITY OF THE MONEY WENT TO THE FIRST AND SECOND

20  MORTGAGE HOLDER.  AND THEN WHATEVER WAS LEFT OVER WAS

21  REINVESTED INTO YOUR COMPANY?

22    A    NO.

23    Q    NO?

24    A    NO.  IT WENT TO A COMPANY CALLED PREMIER

25  FUNDING OUT OF ARIZONA.

1      Q     WHAT DOES PREMIER FUNDING DO?

2      A     THEY ORGANIZE -- THEY ORGANIZE LOANS.  AND

3  THEY'RE THE ONES THAT ACTUALLY INTRODUCED ME TO BILL

4  ECKHOLM FOR HIS LOAN.

5      Q     THANK YOU.

6      A     I SHOULD SAY INTRODUCED MY ATTORNEY TO HIM.

7      Q     I GUESS WE CAN MOVE TO ANY OTHER -- ARE

8  THERE ANY OTHER -- ANY OTHER PROPERTIES -- DID YOU OWN

9  ANY PROPERTY IN RIVIERA BEACH?

10     A     YES.  216 AREZZO COURT.

11     Q     WHAT HAPPENED TO THAT PROPERTY?  OFF THE TOP

12  OF YOUR HEAD, WHEN WAS IT SOLD?

13     A     IT SOLD ABOUT -- YOU KNOW, ACTUALLY, THAT

14  WAS SOLD, LIKE, SEVEN YEARS AGO.

15     Q     OKAY.  SO JUST KEEPING TRACK HERE, WE TALKED

16  ABOUT TWO PROPERTIES FOR FORECLOSED UPON IN SANFORD; A

17  HOME THAT WAS SOLD FROM 5150 NORTH OCEAN DRIVE, SINGER

18  ISLAND, FLORIDA; ANOTHER HOME IN AT 216 AREZZO COURT,

19  RIVIERA BEACH, THAT WAS SOLD APPROXIMATELY SEVEN YEARS

20  AGO?

21     A     NOT CORRECT.  216 AREZZO COURT, SANFORD,

22  FLORIDA.

23     Q     GOT IT.  SANFORD.  OKAY.  ARE WE MISSING

24  ANYTHING ELSE IN APPROXIMATELY THE LAST FOUR YEARS?

25     A     NO, THAT'S IT.

1    Q    OKAY.  SO I'M SURE WE'LL -- WE'LL PROBABLY

2  GET TO THIS A LITTLE BIT LATER, BUT OBVIOUSLY, YOU HAD

3  A ROLE WITH TOTAL MARKETING CONCEPTS, THE COMPANY.  DO

4  YOU OWN ANY PROPERTY AROUND WHERE TOTAL MARKETING

5  CONCEPTS CONDUCTED ITS BUSINESS?

6    A    DO I OWN IT TODAY?  NO.  I DID OWN IT, BUT

7  NOT TODAY.

8    Q    WHEN -- HOW LONG DID YOU OWN THAT PROPERTY?

9    A    HOW LONG?  I'M SORRY?

10    Q    YEAH, HOW LONG DID YOU OWN THAT PROPERTY?

11    A    I OWNED -- THE ONE IN SANFORD WHERE THE

12  BUSINESS WAS, I OWNED THAT SINCE 2008, I BELIEVE.

13    Q    WHAT HAPPENED TO THAT PROPERTY?  DID YOU

14  SELL IT?  DID YOU GIVE IT TO A RELATIVE?

15    A    IT WENT INTO THE BANKRUPTCY.

16    Q    OKAY.  AND JUST SO WE'RE CLEAR FOR THE

17  RECORD, WHEN YOU SAY IT WENT INTO THE BANKRUPTCY, DO

18  YOU MEAN TOTAL MARKETING CONCEPTS' BANKRUPTCY?

19    A    THERE'S TWO BANKRUPTCIES, TOTAL MARKETING

20  CONCEPTS AND REEL TYME -- REEL TYME MARKETING.  THE

21  BUILDINGS WERE OWNED BY REEL TYME MARKETING.  THE CALL

22  CENTER WAS TOTAL MARKETING CONCEPTS; BUT THERE WAS A

23  POINT WHERE REEL TYME BECAME AN OBLIGATOR OF SOME OF

24  TOTAL MARKETING'S PROCEDURES OR WHATEVER, ANY KIND OF

25  LOANS -- LIKE, FOR EXAMPLE, WE TOOK A BIG ELK'S LOAN,

1   WE -- WE GAVE -- WE PUT IN -- WE PUT A LIEN ON THE

2   PROPERTY.  SO THEY'RE KIND OF INTERTWINED WITH EACH

3   OTHER.

4        Q    OKAY.

5        A    THEY'RE BOTH -- THEY BOTH WENT BANKRUPT AND

6   THEY BOTH -- THE BUILDING WAS FORECLOSED ON.

7        Q    OKAY.  ARE YOU CURRENTLY EMPLOYED?

8        A    NO.

9        Q    WHEN WAS THE LAST TIME THAT YOU WERE

10  EMPLOYED?

11       A    BY MY COMPANY, TMC, 2020.

12       Q    THAT WAS -- SO IS THAT THIS LAST COMPANY

13  THAT YOU'VE PERFORMED ANY WORK FOR?

14       A    YEAH.  YES.

15       Q    HAVE YOU EVER BEEN INVOLVED IN A COMPANY

16  THAT ENGAGES IN THE CLEANING AND SANITIZING BUSINESS?

17  AND BY THAT I MEAN -- I MEAN ANYTHING LIKE HAND

18  SANITIZER OR CLEANING PRODUCTS, AS WELL?

19       A    YEAH.  I -- IN FACT, I'LL JUST GIVE YOU A

20  BRIEF WHAT I'M TRYING TO DO FOR THE LAST TWO YEARS IS

21  TRYING TO BE A CONSULTANT REP, BROKER, SO TO SPEAK.

22  YES, I WAS INVOLVED WITH A COMPANY CALLED MICROSURE.

23  BUT THAT NEVER TOOK OFF.

24            I ALSO, TODAY, DO SOME COMMODITIES, TRYING

25  TO GET IT TO TAKE OFF.  BUT I'VE RECEIVED NO INCOME.

1   I DON'T HAVE ANY CONTRACTS WITH ANYONE.  BUT I'M JUST

2   DOING MY BEST TO KIND OF PUT MYSELF BACK TOGETHER.

3       Q    THIS COMPANY MICROSURE, IS THIS -- IS THIS

4   THE CLEANING OR SANITIZING COMPANY?  CAN YOU JUST KIND

5   OF DESCRIBE THE BUSINESS MODEL?

6       A    IT WAS A -- IT WAS A HAND -- A SPRAY THAT

7   WAS SUPPOSED TO BE FOR COVID.  IT WAS A -- IF YOU

8   SPRAY IT ON YOUR HANDS, IT'S SUPPOSED TO LAST 24 HOURS

9   AGAINST COVID.  AND IF YOU APPLIED IT TO BUILDINGS IN

10  A DIFFERENT FORMAT, IT WAS SUPPOSED TO LAST FOR 30

11  DAYS.  IT JUST NEVER TOOK OFF.

12      Q    DID YOU OWN THIS BUSINESS?

13      A    NO.

14      Q    DID YOU HAVE ANY INTEREST OR EQUITY IN THIS

15  BUSINESS?

16      A    NO, NONE.

17      Q    WERE YOU A MANAGER OR AN OFFICER OF THE

18  BUSINESS?

19      A    NO.

20      Q    DID YOU -- DID YOU DRAW A SALARY FROM THE

21  BUSINESS?

22      A    NO.

23      Q    DO YOU KNOW IF THE COMPANY MICROSURE EVER

24  MADE ANY PROFIT?

25      A    I HAVE NO IDEA.  I WASN'T INVOLVED IN THE --

1 ANYTHING ITSELF, I WASN'T INVOLVED IN.

2     Q    DO YOU HAVE A --

3     A    I WAS BASICALLY JUST A SALESPERSON TRYING TO

4 MAKE SALES.  IT JUST DIDN'T CATCH ON.

5     Q    DO YOU KNOW THE NAME OF A GOOD CONTACT

6 PERSON, MAYBE LIKE THE HEAD OF THE SALES TEAM OR THE

7 CEO OF THAT COMPANY?

8     A    I HAVE -- GOD, IT'S BEEN SO MANY -- IT'S

9 BEEN -- IT'S BEEN OVER ABOUT A YEAR AND A HALF NOW.  I

10 COULD LOOK AT MY PHONE AND FIND THE GUY'S NUMBER.

11     Q    YEAH.  I MEAN, YOU DON'T HAVE TO DO IT RIGHT

12 NOW, BUT JUST FOR THE RECORD, WOULD YOU SAY THAT MAYBE

13 AFTERWARDS WE CAN DISCUSS WITH, YOU KNOW, YOURSELF AND

14 YOUR ATTORNEY THAT YOU CAN NAME --

15     A    SURE.

16     Q    -- SOMEBODY FROM THIS MICROSURE PLACE, A

17 GOOD CONTACT?

18     A    SURE.  NO PROBLEM.

19     Q    OKAY.  AND THEN YOU SAID YOU -- YOU'RE IN

20 THE COMMODITIES BUSINESS.  WHAT DOES THAT MEAN?

21     A    I'M TRYING TO -- TRYING TO ORGANIZE SELLING

22 SOME JET FUEL, CHICKEN PARTS, SUGAR, THINGS OF THAT

23 SORT.  IT'S A TOUGH RACKET TO GET INTO, BUT JUST

24 TRYING TO FIND SOMETHING.  YOU KNOW, I'M 69 YEARS OLD,

25 AND GETTING A -- GETTING A JOB OUTSIDE, YOU KNOW, WAS

1  JUST -- AFTER HAVING MY OWN BUSINESS FOR SO MANY

2  YEARS, IT'S NOT -- NOT AN EASY THING TO DO.

3      Q    UNDERSTOOD.  SO IS THIS LIKE A SELF-OWNED

4  BUSINESS?  OR LIKE -- IS THIS, LIKE, YOUR OWN BUSINESS

5  OR YOU WORK FOR ANOTHER COMPANY?  I'M TRYING TO FIGURE

6  OUT THE SETUP OF THIS.

7      A    FOR EXAMPLE, YOU COULD -- YOU BASICALLY JUST

8  MAKE PHONE CALLS.  YOU COULD CALL A COMPANY UP AND

9  SAY, "I HAVE THIS TO OFFER."  AND YOU CAN FIND -- IF

10  YOU FIND A BUYER, YOU PUT THE BUYER AND SELLER

11  TOGETHER AND THEY WOULD -- YOU KNOW, THEY WOULD, YOU

12  KNOW, EITHER BY OR SELL, WHATEVER, AND THEN I WOULD

13  RECEIVE A COMMISSION.  BUT I -- IT JUST HASN'T -- IT

14  HASN'T TAKEN OFF YET.

15      Q    HAVE YOU EVER RECEIVED A COMMISSION FROM

16  THIS COMPANY?

17      A    NOPE.  NOTHING.  TWO YEARS NOW, JUST LIVING

18  OFF MY SOCIAL SECURITY.

19      Q    OKAY.  HOW MUCH IS YOUR SOCIAL SECURITY PER

20  MONTH?

21      A    TODAY IT'S $3,050 A MONTH.

22      Q    AND DOES YOUR WIFE IRINA ALSO GET SOCIAL

23  SECURITY?

24      A    NO.  SHE'S NOT THAT CLOSE YET.

25      Q    OKAY.  UNDERSTOOD.  I KNOW HER DEPOSITION IS

1   ALSO SET FOR TODAY, SO I'LL TRY TO RESERVE MY

2   QUESTIONS FOR HER SPECIFICALLY, BUT I'LL -- I MAY JUST

3   EVER SO SLIGHTLY DIP OVER WHEN I'M ASKING YOU

4   QUESTIONS THIS MORNING OR THIS AFTERNOON.

5       A    THAT'S OKAY.

6       Q    IS IRINA EMPLOYED?

7       A    SHE IS NOW, YES.

8       Q    WHAT DOES SHE DO?

9       A    SHE WORKS PART-TIME.  SHE'S A STUDENT AND

10  SHE WORKS PART-TIME IN THE HOSPITAL.  SHE WORKS IN

11  VITAS, WHICH IS A HOSPICE CARE, WHICH IS LOCATED

12  INSIDE THE HOSPITAL IN MIAMI, UNIVERSITY OF MIAMI

13  HOSPITAL.

14      Q    I KNOW YOU MIGHT NOT BE ABLE TO GIVE ME AN

15  EXACT FIGURE, BUT --

16      A    I CAN.

17      Q    -- HOW MUCH -- HOW MUCH DOES SHE MAKE A

18  MONTH OR BIWEEKLY OR WHATEVER HER PAY STRUCTURE IS?

19      A    SHE'S -- SHE'LL BE GETTING -- HER PAY'S

20  AROUND $1,600 A MONTH.

21      Q    SO IS IT FAIR TO SAY, THEN, THAT THE PRIMARY

22  SOURCE OF INCOME, OR AT LEAST THE JOINT SOURCE OF

23  INCOME, IS SOCIAL SECURITY WHICH IS ABOUT $3,050 PER

24  MONTH, AND THEN IRINA'S PART-TIME JOB IN THE HOSPITAL,

25  WHICH IS ABOUT $1,600 PER MONTH?

1      A     CORRECT.

2      Q     OKAY.  AND THERE ARE NO OTHER SOURCES OF

3  INCOME OTHER THAN THOSE TWO?

4      A     NO.

5      Q     NO OTHER TYPE OF GOVERNMENT ASSISTANCE?

6      A     WELL, MY WIFE GETS FOR COLLEGE.  BECAUSE OF

7  OUR INCOME, THEY'VE BEEN GIVING HER GRANTS TO GO TO

8  SCHOOL.

9      Q     OKAY.  HOW MUCH ARE THOSE GRANTS?

10     A     SO FAR, IT'S COVERED HER EDUCATION FOR THE

11 LAST -- LAST YEAR.

12     Q     OKAY.

13     A     SHE'S IN HER -- SHE'S IN HER FINAL -- SHE'S

14 IN HER FINAL YEAR OF SCHOOL.

15     Q     OKAY.

16     A     SHE'S AN HONOR STUDENT.  THEY SAID THEY'RE

17 MORE THAN HAPPY TO HELP HER RIGHT NOW.

18     Q     DO YOU OWN ANY VEHICLES?

19     A     I DO NOT.

20     Q     HAVE YOU RECENTLY OWNED ANY VEHICLES WITHIN

21 THE LAST, SAY, FOUR YEARS?

22     A     OWNED THEM, NO.  I WAS LEASING VEHICLES, BUT

23 THEY ALL GOT TURNED IN DURING THE CORPORATE -- BACK IN

24 2019 AS THINGS WERE STARTING TO ROLL DOWN, AND THE

25 COMPANY HAD TO START TURNING THEM IN BECAUSE I JUST

1   COULDN'T AFFORD TO PAY FOR THEM.

2       Q    OKAY.  SO IF I UNDERSTAND THE ANSWER, EITHER

3   TOTAL MARKETING CONCEPTS OR REEL TYME LEASED VEHICLES

4   THAT YOU USED --

5       A    YES --

6       Q    AND THEN --

7       A    CORRECT.

8       Q    -- AT THE TIME THEY FILED --

9            THE REPORTER:  SIR, PLEASE WAIT UNTIL THE

10           QUESTION IS TOTALLY ASKED.

11           THE WITNESS:  SURE.

12           THE REPORTER:  THANK YOU.

13           THE WITNESS:  YOU'RE WELCOME.

14           MR. TAYLOR:  YEAH, SORRY, SANDY.  I'M TRYING

15           TO BE MINDFUL TOO.  I KNOW I'M KIND OF JUMPING IN

16           A LITTLE BIT.  IT'S TOUGH WITH ZOOM.

17           THE REPORTER:  YES.  AND I'M SORRY.  I HATE

18           TO INTERRUPT, BUT I WANT YOU TO GET A REALLY GOOD

19           RECORD.

20           MR. TAYLOR:  YEAH, NO, I APPRECIATE IT.

21           I'LL BE MINDFUL TOO.

22   BY MR. TAYLOR:

23       Q    SO I KIND OF FORGET HOW I STARTED THAT

24   QUESTION SO I'LL JUST KIND OF REDO IT HERE.  IF I

25   UNDERSTAND CORRECTLY ABOUT THAT ANSWER, SINCE REEL

Page 29

1   TYME AND TOTAL MARKETING CONCEPTS FILED BANKRUPTCY,

2   THE LEASED VEHICLES THAT YOU HAD BEEN USING WERE PAID

3   FOR BY THOSE COMPANIES.  YOU'VE NOT OWNED, LEASED, OR

4   HAD ANY OTHER INTEREST IN VEHICLES SINCE THEN?

5        A    THAT'S CORRECT.

6        Q    OKAY.  DO YOU HAVE ANY -- DO YOU OWN OR

7   LEASE ANY BOATS?

8        A    NO, I DO NOT.

9        Q    DO YOU OWN OR LEASE ANY PLANES?

10       A    NOT TODAY.  NO, I DON'T.

11       Q    ANY CAMPERS OR TRAILERS?

12       A    NO.

13       Q    DO YOU OWN ANY FIREARMS?

14       A    I DO NOT.

15       Q    DO YOU OWN ANY ARTWORK?

16       A    NO, I DO NOT.

17       Q    DO YOU OWN ANY MUSICAL INSTRUMENTS?

18       A    ONE MORE TIME?

19       Q    DO YOU OWN ANY MUSICAL INSTRUMENTS?

20       A    YES, I HAVE A VIOLIN.

21       Q    HOW MANY BANK ACCOUNTS DO YOU HAVE?

22       A    JUST ONE CHECKING ACCOUNT.

23       Q    AND IS THAT WITH TD BANK?

24       A    THAT'S CORRECT.

25       Q    SO I JUST WANT TO JUMP BACK FOR A SECOND.

1    SO DOES IRINA OWN OR LEASE ANY VEHICLES?

2         A    SHE DOES NOT.  SHE TAKES THE TRAIN AND THE

3    BUS.

4         Q    DO YOU ALSO RELY ON THE TRAIN AND BUS TO GET

5    AROUND?

6         A    YEAH, PRETTY MUCH.

7         Q    DO YOU USE UBER TO GET AROUND TOO OR LYFT?

8         A    ONE MORE TIME?

9         Q    DO YOU USE UBER OR LYFT, POTENTIALLY, TO GET

10   AROUND?

11        A    SOMETIMES.

12        Q    OKAY.  SO WITHOUT ANY VEHICLES, YOUR GUYS'

13   PRIMARY MODE OF TRANSPORTATION IS BUS, TRAIN, OR

14   WHATEVER IS PUBLICLY AVAILABLE IN THE CITY OF MIAMI?

15        A    OKAY.  YEAH.

16        Q    SO YOU SAID YOU HAD ONE CHECKING ACCOUNT AND

17   THAT'S WITH TD BANK?

18        A    CORRECT.

19        Q    OKAY.  I'M GOING TO GO AHEAD AND SHARE MY

20   SCREEN AGAIN HERE.  SO I'M PULLING UP WHAT I'M GOING

21   TO HAVE MARKED AS EXHIBIT 2.  AND THIS IS YOUR

22   SCHEDULES.

23             THE REPORTER:  THREE.

24             MR. TAYLOR:  THREE?

25             THE REPORTER:  YES, SIR.

1          MR. TAYLOR:  OH, THAT'S CORRECT.  AMENDED

2     NOTICE WAS ONE.  THE DOCUMENTS AS EXHIBIT A WAS

3     TWO.  SCHEDULES IS THREE.  THANK YOU.

4          THE REPORTER:  YOU'RE WELCOME.

5          (THE REFERRED TO DOCUMENT WAS MARKED FOR

6     IDENTIFICATION AS EXHIBIT 3).

7  BY MR. TAYLOR:

8     Q    SO I BELIEVE HERE WE HAVE, UNDER FINANCIAL

9  ASSETS, YOU'VE GOT TWO TD BANK CHECKING ACCOUNTS.

10 WHICH ONE OF THESE IS THE ONE THAT'S STILL ACTIVE THAT

11 YOU'RE REFERRING TO?

12    A    8125.

13    Q    OKAY.  SO THAT'S THE ONE THAT YOU CURRENTLY

14 USE STILL?

15    A    CORRECT.  CORRECT.

16    Q    WHAT HAPPENED TO THE TD BANK ACCOUNT ENDING

17 IN 8117?

18    A    I DON'T KNOW.  MAYBE THAT'S IRINA'S.  I

19 DON'T -- I DON'T KNOW.  I DON'T REMEMBER HAVING TWO.

20    Q    I GUESS I COULD ASK.

21    A    YEAH, I DON'T HAVE TWO BANK ACCOUNTS NOW.  I

22 KNOW SHE DOES BECAUSE SHE WAS ONE FOR SCHOOL.  I ONLY

23 HAVE ONE -- ONE CHECKING ACCOUNT.  THAT'S IT.  ONE

24 BANK ACCOUNT, CHECKING ACCOUNT, WHATEVER.

25    Q    OKAY.  SO THE 8117 MIGHT BE IRINA'S, THEN?

1      A      IT COULD BE.

2      Q      OKAY.  IS THIS 8125 CHECKING ACCOUNT, IS IT

3  JUST YOURS OR IS IRINA'S NAME ON IT AS WELL?

4      A      JUST -- JUST MINE.

5      Q      DO YOU HAVE ANY OTHER SAVINGS ACCOUNTS?

6      A      I DO NOT.

7      Q      DO YOU DEPOSIT ALL OF YOUR SOCIAL SECURITY

8  INCOME INTO THIS 8125 CHECKING ACCOUNT?

9      A      IT'S -- IT'S AUTOMATICALLY DEPOSITED.  YES.

10     Q      OKAY.  ARE YOU HOLDING ANY CASH IN YOUR

11 POSSESSION THAT'S NOT IN THIS BANK ACCOUNT?

12     A      NO, SIR.

13     Q      DID YOU CLOSE ANY CHECKING ACCOUNTS WITHIN

14 THE, SAY, YEAR BEFORE FILING BANKRUPTCY?

15     A      NOT TO MY RECOLLECTION.  I'VE ALWAYS ONLY

16 HAD THIS ONE ACCOUNT.

17     Q      DO YOU KNOW WHEN YOU OPENED THIS PARTICULAR

18 TD BANK ACCOUNT?

19     A      IT'S BEEN A WHILE.  I DON'T KNOW.  IT'S BEEN

20 YEARS.

21     Q      IT'S BEEN YEARS?  OKAY.  WOULD YOU SAY IT'S

22 MORE THAN FIVE YEARS?

23     A      I DON'T KNOW THE ANSWER TO THAT.  I KNOW

24 IT'S AT LEAST -- I KNOW IT'S MORE THAN THREE YEARS.

25 MAYBE FOUR.  I HAD IT FOR A WHILE.

Page 33

1       Q    DO YOU OWN ANY STOCKS, BONDS, DEFENSE BONDS,

2  OR OTHER SECURITIES?

3       A    I DO NOT.

4       Q    DO YOU OWN ANY CRYPTOCURRENCY?

5       A    I DO NOT.

6       Q    ARE YOU A TRUSTEE OR EXECUTOR UNDER ANY

7  TRUST AGREEMENT?

8       A    I AM NOT.

9       Q    DOES ANYBODY OWE YOU MONEY CURRENTLY?

10      A    I WISH.  THE ANSWER IS "NO."

11      Q    IS ANY PERSON OR ENTITY HOLDING ANY PROPERTY

12 OR MONEY IN TRUST FOR YOU?

13      A    NO.

14      Q    DO YOU OWN ANY STORAGE UNITS?

15      A    I DO NOT.

16      Q    DO YOU HAVE ANY PENDING INSURANCE CLAIMS?

17      A    I DO NOT.

18      Q    OUTSIDE OF THE LOAN FOR THE CONDO IN SANFORD

19 AND THE CONDO IN MIAMI, DO YOU HAVE ANY OTHER

20 OUTSTANDING LOANS THAT YOU'RE CURRENTLY PAYING BACK?

21      A    NO, I DO NOT.

22      Q    IN THE LAST THREE YEARS, HAVE YOU

23 TRANSFERRED OR DISPOSED OF ANY PROPERTY THAT WE

24 HAVEN'T ALREADY DISCUSSED?

25      A    NO.

1     Q     AND THIS COULD BE REAL PROPERTY.  THIS COULD

2 BE PERSONAL PROPERTY.  THIS COULD BE INTANGIBLE

3 PROPERTY.

4     A     NO.  EVERYTHING'S BEEN DISCLOSED.

5     Q     IN THE LAST THREE YEARS, HAVE YOU BORROWED

6 ANY MONEY FROM ANY BANK OR LENDING INSTITUTION?

7     A     THE LAST THREE YEARS?

8     Q     YES.

9     A     I WOULD SAY NO.  MY LAST MORTGAGE WAS FIVE

10 YEARS.  NO.  NO.

11     Q     SO YOUR LAST MORTGAGE WAS FIVE YEARS AGO.

12 WHAT MORTGAGE WAS THAT FOR?  WAS THAT FOR ONE OF THE

13 TWO PROPERTIES WE ALREADY TALKED ABOUT?

14     A     CORRECT.

15     Q     WAS IT FOR THE MIAMI CONDO OR THE SANFORD

16 CONDO?

17     A     CORRECT.  MIAMI.

18     Q     THE MIAMI CONDO.  OKAY.

19     A     I BELIEVE IT'S SIX YEARS AGO, ACTUALLY.

20     Q     IS THAT THE FULL AMOUNT OF THE LOAN THAT --

21 I DON'T KNOW HOW MUCH IT WAS, BUT I KNOW YOU SAID THAT

22 YOU OWED $800,000 ON IT.

23     A     CORRECT.  THAT'S CORRECT.

24     Q     DO YOU CURRENTLY HOLD ANY JUDGMENTS IN YOUR

25 FAVOR AGAINST ANOTHER PARTY?

1     A    NO.

2     Q    DO YOU HAVE ANY RIGHT OR INTEREST IN ANY

3 ACTION PENDING IN ANY COURT RIGHT NOW?

4     A    I DO NOT.  CAN WE BACK UP ON THAT FOR A

5 SECOND?  WHEN YOU SAY "ANY ACTION PENDING," YOU MEAN

6 OTHER THAN BANKRUPTCY?

7     Q    YEAH, OTHER THAN BANKRUPTCY.  I JUST MEAN IS

8 THERE ANY LAWSUIT PENDING WHERE, YOU KNOW, YOU'RE

9 ESSENTIALLY THE PLAINTIFF OR YOU MAY --

10    A    OH, NO.  NO.

11    Q    -- YOU MIGHT HAVE SOMETHING TO GAIN FROM IT?

12    A    NO.  NO.

13    Q    OKAY.  I'M GOING TO GO AHEAD AND SHARE MY

14 SCREEN AGAIN.  I'LL BRING BACK UP EXHIBIT 3, WHICH IS

15 YOUR SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS,

16 DOCUMENT NUMBER 18.  WE TALKED ABOUT A LOT OF IT

17 ALREADY, BUT I JUST WANT TO SCROLL DOWN TO SCHEDULE

18 "I" HERE, YOUR INCOME.

19        IT SHOWS -- IT SAYS "DEBTOR 1," WHICH IS

20 REFERRING TO YOU, AND DEBTOR 2 IS IRINA DORKO.  SO WE

21 HAVE -- IT SHOWS YOU'RE RETIRED.  BUT I THINK WE

22 ALREADY DISCUSSED IT.  I JUST WANT TO MAKE SURE I

23 UNDERSTAND.  YOU DRAW SOCIAL SECURITY PER MONTH,

24 CORRECT?

25    A    CORRECT.

1      Q     AND THEN IRINA IS EMPLOYED AS -- IN THE
2   HOSPITAL SYSTEM, UNIVERSITY OF MIAMI HOSPITAL SYSTEM
3   PART-TIME?
4      A     SHE JUST STARTED IN JANUARY, BY THE WAY,
5   JUST SO YOU KNOW.
6      Q     OKAY, GOT IT.  SO SHE STARTED JANUARY 2023
7   AND THAT'S WHY SHE WASN'T ON THE SCHEDULES ORIGINALLY?
8      A     CORRECT.
9      Q     GOT IT.  OKAY.  AND THEN THE GROSS INCOME,
10  OBVIOUSLY, I KNOW THIS IS PROBABLY SOMETHING YOU WANT
11  TO DISCUSS WITH YOUR ATTORNEY IF YOU'RE GOING TO MAKE
12  ANY CHANGES, BUT JUST ROUGHLY BASED ON WHAT WE TALKED
13  ABOUT, GROSS INCOME IS, YOU KNOW, JUST OVER $3,000 FOR
14  YOUR SOCIAL SECURITY AND ABOUT $1,600 FOR IRINA.  SO
15  GROSS INCOME IS SOMEWHERE AROUND $4,600 A MONTH?
16     A     CORRECT.
17     Q     OKAY.
18     A     AND AGAIN, THAT'S ONLY CHANGED SINCE
19  JANUARY.
20     Q     UNDERSTOOD.  I KNOW THAT STARTING THIS YEAR
21  SOCIAL SECURITY DID BUMP UP A LITTLE BIT.
22     A     YES, IT DID.  IT WENT FROM 28 TO 3,050.  AND
23  IRINA STARTED WORKING IN JANUARY.  WE NEEDED TO BE
24  ABLE TO COVER THE RENT.
25     Q     I WANT TO -- I'M ON PAGE 33 NOW.  SO I'M

1  LOOKING AT EXPENSES HERE.  SO AT LEAST WHEN THE

2  ORIGINAL SCHEDULES WERE FILLED OUT, THIS WAS IN APRIL

3  OF 2022.  SO THIS WAS -- THIS WAS BASED OFF OF WHEN

4  YOU WERE STILL LIVING IN THE CONDO.  I BELIEVE IT WAS

5  AT, WHAT, 205?

6       A    200.

7       Q    I'M SORRY.  I'M TRYING TO FIND THE ADDRESS

8  SO I CAN HAVE IT IN THE RECORD.  BUT THIS -- THIS WAS

9  BASED OFF OF YOUR EXPENSES WHEN YOU WERE LIVING AT 200

10  BISCAYNE BOULEVARD, CORRECT?

11       A    CORRECT.

12       Q    OKAY.  SO I SEE THIS LINE HERE ON 12 FOR

13  TRANSPORTATION AT $600 A MONTH.  DOES THAT COVER TRAIN

14  FEES AND BUS FEES?

15       A    CORRECT.

16       Q    OKAY.  ARE THE UTILITIES ON THE CURRENT

17  APARTMENT MORE OR LESS THE SAME AS THE 200 BISCAYNE

18  BOULEVARD ADDRESS?

19       A    NO, ACTUALLY THEY'RE LESS.  IT'S WAY

20  SMALLER.

21       Q    LESS?  UNDERSTOOD.  HOW MANY SQUARE FEET IS

22  THE CURRENT APARTMENT THAT YOU'RE LIVING IN?

23       A    OH, I THINK 800.

24       Q    I'M JUST TRYING TO LOOK AT THIS.  DOES

25  THIS -- I DON'T -- I DON'T SEE WHERE, AT LEAST ON THE

Page 38

1   EXPENSES BACK IN APRIL, WHERE IT INCLUDES THE HOME

2   OWNERSHIP EXPENSES.  SO PRESUMABLY WE WOULD ADD

3   ANOTHER $2,200 ON TO THE MONTHLY EXPENSES, CORRECT?

4        A    I'M SORRY, CAN YOU REPEAT THAT?

5        Q    YEAH.  I'M JUST LOOKING AT THE EXPENSES FROM

6   THE SCHEDULES BACK WHEN YOU WERE LIVING BACK AT 200

7   BISCAYNE BOULEVARD.  AND IT LOOKS LIKE ON LINE

8   NUMBER 4 HERE, IT PUTS ZERO DOLLARS FOR RENTAL OR

9   HOMEOWNER OWNERSHIP EXPENSES.  SO PRESUMABLY THAT HAS

10  GONE UP NOW TO $2,800 NOW THAT YOU'RE --

11       A    YES.

12       Q    -- LEASING THE NEW PLACE.

13       A    CORRECT.

14       Q    SORRY.  I'M STILL SCROLLING DOWN HERE.  I'M

15  ON PAGE 37.  AND TO YOUR KNOWLEDGE, THESE ARE ALL OF

16  THE LAWSUITS THAT YOU'RE IMPLICATED IN RIGHT NOW,

17  CORRECT, PART 4, PARAGRAPH 9?

18       A    YES.

19       Q    I'LL STOP SHARING THAT FOR NOW.  I'M GOING

20  TO PULL UP -- THIS IS GOING TO BECOME MY EXHIBIT

21  NUMBER 4.  I'M SHARING MY SCREEN.  THIS IS DOCKET

22  ENTRY NUMBER 19 IN THE BANKRUPTCY CASE.  AND IT IS A

23  STATEMENT OF YOUR CURRENT MONTHLY INCOME.  AND IT

24  LOOKS LIKE THIS WAS FILED ON APRIL 22ND, 2022, ALONG

25  WITH THE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS.

1    AND IT'S JUST A COMPLETELY BLANK DOCUMENT.

2           I GUESS MY QUESTION IS:  WHY WAS THIS

3    DOCUMENT FILED COMPLETELY BLANK AND NOT FILLED OUT?

4        A    THAT WOULD BE A QUESTION FOR ALDO.

5        Q    UNDERSTOOD.

6           MR. BARTOLONE:  YEAH, BECAUSE THEY'RE

7           BUSINESS DEBTORS.  AND SO THE MAJORITY OF THE

8           DEBT WAS BUSINESS RELATED, WHICH MEANS THEN

9           YOU'RE NOT REQUIRED TO FILL THAT OUT.  THEY'RE

10          EXEMPT.

11          MR. TAYLOR:  GOT IT.  OKAY.  THAT MAKES

12          SENSE THEN.

13          (THE REFERRED TO DOCUMENT WAS MARKED FOR

14          IDENTIFICATION AS EXHIBIT 4).

15   BY MR. TAYLOR:

16       Q    I'M GOING TO SHARE MY SCREEN AGAIN.  I

17   BELIEVE THIS WILL BECOME EXHIBIT NUMBER 5.  SO THIS IS

18   DOCKET NUMBER 21.  THIS IS TITLED "DISCLOSURE OF

19   COMPENSATION OF ATTORNEYS FOR DEBTORS."  AND IT SHOWS

20   HOW MUCH YOUR ATTORNEYS ACCEPTED FOR LEGAL FEES AND

21   THE AMOUNT OF FILING FEE.

22          DID THIS MONEY COME FROM YOUR SOCIAL

23   SECURITY -- MONTHLY SOCIAL SECURITY INCOME?

24       A    IT DID NOT.  IT CAME FROM A FRIEND OF MINE

25   WHO GAVE ME THE MONEY.  DIDN'T LEND IT TO ME.  HE GAVE

1    IT TO ME.

2              (THE REFERRED TO DOCUMENT WAS MARKED FOR

3         IDENTIFICATION AS EXHIBIT 5).

4    BY MR. TAYLOR:

5         Q    WHAT IS THE NAME OF YOUR FRIEND THAT GAVE

6    YOU THE MONEY?

7         A    RUBEN KHOILIAN.

8         Q    IS IT TYPICAL FOR RUBEN KHOILIAN TO GIVE YOU

9    MONEY TO COVER DIFFERENT EXPENSES?

10        A    NO.  ACTUALLY, HE BECAME A FRIEND OF MINE

11   ABOUT A YEAR AGO, AND HE KNEW THAT I WAS IN -- I HAD

12   TO DO SOMETHING, AND HE OFFERED IT TO ME.  IT WAS JUST

13   A GESTURE OF GOOD FAITH.

14        Q    HAVE YOU EVER GIFTED ANY MONEY OR

15   TRANSFERRED ANY PROPERTY TO RUBEN KHOILIAN?

16        A    NO, I HAVE NOT.

17             THE REPORTER:  WOULD YOU SPELL THAT LAST

18        NAME FOR ME REAL QUICK?

19             THE WITNESS:  YES, I CAN.  LAST NAME IS

20        K-H-O-I-L-I-A-N.

21             THE REPORTER:  THANK YOU.

22   BY MR. TAYLOR:

23        Q    ARE YOU FAMILIAR WITH A PIECE OF PROPERTY

24   LOCATED IT AT 45 SW 9TH STREET IN MIAMI, FLORIDA?

25        A    I'M NOT.

1    Q    OKAY.  ARE YOU FAMILIAR WITH A PIECE OF

2  PROPERTY LOCATED AT 4395 ST. JOHNS PARKWAY IN SANFORD,

3  FLORIDA?

4    A    YES.

5    Q    CAN YOU DESCRIBE THE PURPOSE OF THAT PIECE

6  OF PROPERTY?

7    A    THAT WAS THE -- PART OF THE BUSINESS, TOTAL

8  MARKETING CONCEPTS.

9    Q    OKAY.

10   A    THAT WENT INTO FORECLOSURE.

11   Q    ARE YOU FAMILIAR WITH A PIECE OF PROPERTY AT

12  199 EAST FLAGLER STREET IN MIAMI, FLORIDA?  LOOKS LIKE

13  IT'S APARTMENT 510.

14   A    I'M NOT.

15   Q    ARE YOU FAMILIAR WITH A PIECE OF PROPERTY

16  LOCATED AT 1747 PIEDMONT PLACE IN LAKE MARY, FLORIDA?

17   A    NO.

18   Q    OKAY.  ARE YOU FAMILIAR WITH A 2013 BLACK

19  MERCEDES-BENZ?  I BELIEVE IT LOOKS LIKE THE LICENSE

20  PLATE WOULD HAVE BEEN KYID36.

21   A    IT'S PROBABLY ONE OF MY CARS, I'M SURE, IN

22  THE PAST.

23   Q    IS THIS A CAR THAT YOU OWNED YOURSELF OR WAS

24  THIS LEASED FROM ONE OF THE COMPANIES THAT YOU WORKED

25  FOR?

1     A     WHAT YEAR WAS IT?

2     Q     IT LOOKS LIKE IT'S A 2013 BLACK MERCEDES.

3     A     I -- I DON'T REMEMBER.  CARS ARE EITHER IN

4  MY NAME OR THE COMPANY'S NAME, BUT THEY'RE -- ALL THE

5  CARS ARE GONE.  THEY'VE BEEN GONE.

6     Q     OKAY.  HAVE YOU EVER DRIVEN A 2008 BLACK

7  BENTLEY GC, LICENSE PLATE ABG87?

8     A     ABSOLUTELY.  MY FAVORITE CAR.

9     Q     THAT WAS YOUR FAVORITE CAR?

10    A     YEAH.

11    Q     WHAT HAPPENED TO THAT CAR?

12    A     I SOLD IT ABOUT SEVEN YEARS AGO.

13    Q     ABOUT SEVEN YEARS AGO.  OKAY.

14    A     YEAH.

15    Q     DID YOU ALSO DRIVE A 2015 WHITE

16  MERCEDES-BENZ?

17    A     2015?

18    Q     YEAH.

19    A     OH, YEAH.  THE 63?

20    Q     YES.

21    A     YEAH.  YES.

22    Q     HOW LONG AGO DID YOU DRIVE OR OWN THAT CAR?

23    A     I DON'T REMEMBER HOW LONG.  I KNOW THAT

24  THEY'RE -- THEY'RE GONE.  I HAD SO MANY CARS, I CAN'T

25  REMEMBER EXACTLY THE TIME FRAMES.

1      Q    DID YOU EVER OWN ANY PROPERTY SURROUNDING

2  THE PROPERTY IN SANFORD WHERE TOTAL MARKETING CONCEPTS

3  CONDUCTED ITS BUSINESS?

4      A    DID I EVER OWN ANY?

5      Q    YES.

6      A    YEAH, THERE'S TWO BUILDINGS I OWNED.

7      Q    OKAY.

8      A    ONE OF THEM WAS THE ONE YOU MENTIONED

9  BEFORE.  AND THE OTHER ONE WAS ON -- I CAN'T -- FOR

10 SOME REASON, I CAN'T REMEMBER THE NAME OFF THE TOP OF

11 MY HEAD.  I CAN LOOK IT UP, ACTUALLY.  BUT THEY BOTH

12 WENT INTO FORECLOSURE.  HERE WE GO, 43 -- OH, YOU

13 ALREADY GOT THAT ONE, 4395 ST. JOHNS PARKWAY.  I JUST

14 CAN'T REMEMBER THE ADDRESS FOR SOME REASON.  IT WAS

15 REALLY AROUND THE CORNER, BUT IT WAS A DIFFERENT

16 STREET NAME.

17     Q    IS IT POTENTIALLY 216 AREZZO COURT, SANFORD,

18 FLORIDA?

19     A    NO.  THAT'S THE HOUSE.  I TOLD YOU BEFORE

20 THAT I OWNED THAT I SOLD.

21     Q    OKAY.

22     A    YEAH.  MANY YEARS AGO.

23     Q    DID YOU EVER RECEIVE ANY MONEY AFTER THOSE

24 PROPERTIES WERE SOLD, EITHER THE PROPERTY THAT TMC

25 OPERATED IN OR THE OTHER ONE WE JUST TALKED ABOUT?

1      A     NO.  NO.

2      Q     SO WHEN YOU SAY THEY WERE FORECLOSED UPON,

3  DID THE COMPANY OWN THE LAND OR DID YOU ACTUALLY

4  PERSONALLY OWN THE LAND?

5      A     IT WAS UNDER -- THEY'RE IN THE COMPANY

6  NAMES, UNDER REEL TYME -- REEL TYME.

7      Q     DID YOU TRANSFER ANY OF THAT LAND TO ANY OF

8  YOUR RELATIVES OR SOMEONE CLOSE TO YOU?

9      A     NO, THEY WENT INTO FORECLOSURE, BOTH OF

10  THEM.

11      Q     HAVE YOU EVER GIVEN ANY MONEY OR TRANSFERRED

12  ANY ASSETS TO YOUR SON?

13      A     TO WHO?

14      Q     YOUR SON.

15      A     DID I EVER GIVE ANY MONEY OR TRANSFER ANY

16  ASSETS TO HIM?  NO.

17      Q     YES.

18      A     NO.  I'VE GIVEN HIM MONEY OVER THE YEARS,

19  YES.  I MEAN, WHAT FATHER HASN'T?  BUT NOTHING --

20  NOTHING IN THE LAST YEARS THAT YOU HAVE.

21          MR. TAYLOR:  DO YOU GUYS WANT TO TAKE A

22      QUICK FIVE-, TEN-MINUTE BREAK?  I JUST WANT TO

23      KIND OF GATHER MY THOUGHTS AND KIND OF GET MY

24      PLACE.

25          THE REPORTER:  THAT A WOULD BE GREAT.

1          MR. TAYLOR:  SO HOW ABOUT LIKE, 12:15?

2          THE WITNESS:  YEAH.

3          MR. TAYLOR:  LET'S DO IT THEN.

4          THE REPORTER:  OFF THE RECORD AT 12:02.

5          (WHEREUPON, A BRIEF RECESS WAS TAKEN.)

6          THE REPORTER:  BACK ON THE RECORD AT 12:19.

7   BY MR. TAYLOR:

8      Q    GOOD AFTERNOON AGAIN.

9      A    GOOD AFTERNOON.

10     Q    SO I THINK I'M ON EXHIBIT NUMBER 6 NOW.

11  I'LL GO AHEAD SHARE MY SCREEN FOR A SECOND HERE.  I'LL

12  JUMP BACK IN TIME A LITTLE BIT WITH SOME OF THESE

13  QUESTIONS.

14          (THE REFERRED TO DOCUMENT WAS MARKED FOR

15          IDENTIFICATION AS EXHIBIT 6).

16  BY MR. TAYLOR:

17     Q    WHAT I HAVE ON MY SCREEN HERE IS A FINAL

18  JUDGMENT IN SEMINOLE COUNTY COURT, CASE NUMBER

19  2019-CA-002536.  AND IF I SCROLL DOWN, IT LOOKS LIKE

20  WE HAVE A FINAL JUDGMENT FOR BIG ELK FUNDING LLC, AND

21  AGAINST TOTAL MARKETING CONCEPTS INC., FLORIDA

22  CORPORATION WHOSE ADDRESS IS 1043 UPSALA ROAD,

23  SANFORD, FLORIDA 32771, IN THE TOTAL SOME OF ALMOST

24  $10 MILLION HERE.

25          DO YOU -- DO YOU RECOGNIZE THIS FINAL

1   JUDGMENT?

2       A    DO I RECOGNIZE IT?  I DON'T.  BUT I GUESS IT

3   HAS TO BE REAL.  I MUST HAVE SEEN IT, BUT I JUST DON'T

4   RECOGNIZE IT.  AND BY THE WAY, JUST FOR THE RECORD --

5       Q    YES.

6       A    -- THERE'S THE ADDRESS -- THERE'S THE

7   ADDRESS YOU'RE LOOKING FOR FOR THE OTHER -- OTHER

8   BUILDING.

9       Q    CORRECT.  SO THAT'S -- YEAH, THAT -- I WAS

10  GOING TO ASK ABOUT THAT.  SO WE HAVE 1043 UPSALA ROAD.

11      A    CORRECT.

12      Q    SO DID YOU -- DID YOU PERSONALLY OWN ANY OF

13  THE PROPERTY ADJACENT TO 1043 UPSALA ROAD?  SO

14  ANYTHING IN FRONT OF IT?  ANYTHING BEHIND IT?

15  ANYTHING NEXT TO IT?

16      A    NO.  NO, I DID NOT.

17      Q    OKAY.

18      A    JUST -- WELL, HOLD ON.  I OWNED 4395 ST.

19  JOHNS PARKWAY, WHICH WAS AROUND THE CORNER, WHICH WE

20  ALREADY DISCUSSED THAT.  AND THEN I OWNED -- I SAY

21  "I."  REEL TYME MARKETING OWNED BOTH THESE BUILDINGS,

22  1043 UPSALA ROAD, SANFORD, FLORIDA, AND 4395 ST. JOHNS

23  PARKWAY.  BOTH THOSE BUILDINGS OWNED BY REEL TYME

24  MARKETING.

25      Q    GOT YOU.  I GUESS WHAT I'M ASKING IS:  DID

Page 47

1  YOU OWN ANY -- ANY OF THE VACANT LAND SURROUNDING

2  THOSE TWO PROPERTIES?

3      A    WELL, LET'S PUT IT THIS WAY:  YOU SAY

4  "VACANT LAND."  LET'S DESCRIBE THAT FOR A MINUTE.

5  1043 UPSALA ROAD WAS ON 13 ACRES.  SO SOME OF IT WAS A

6  PARKING LOT.  SOME OF IT WAS TREED.  SO IT WAS THE

7  SAME PARCEL.  SO THERE WOULD BE NO ADDITIONAL

8  PROPERTIES OR LAND THAT I WOULD OWN.  NO.

9      Q    DID YOU EVER HAVE ANY DISCUSSIONS WITH

10 ANYBODY ABOUT DEVELOPING THAT LAND THAT WE JUST TALKED

11 ABOUT FOR OTHER PURPOSES, MAYBE FOR A STRIP MALL OR

12 ANOTHER BUSINESS CONCEPT?

13     A    YES.  YEP.  YES, SIR.  I HAD A LOT OF -- LOT

14 OF -- LOT OF THINGS I WAS THINKING ABOUT FOR THE

15 FUTURE.

16     Q    DO YOU MIND ELABORATING ON SOME OF THOSE

17 IDEAS?

18     A    I WAS GOING TO PUT A STRIP MALL WHERE ALL

19 THE TREES ARE IN THE FRONT AND I WAS GOING TO BUILD

20 ANOTHER BUILDING WHERE THE PARKING LOT IS.

21     Q    WHAT HAPPENED?  WHY DIDN'T ANY OF THOSE

22 IDEAS COME TO FRUITION?

23     A    I THINK THE OBVIOUS REASON.  BUSINESS

24 WENT -- WENT SOUTH AND THERE WAS NO FUNDS TO DO THAT.

25 AND ALL THOSE IDEAS WENT OUT THE WINDOW.

1    Q    DO YOU KNOW WHO OWNS THOSE LANDS NOW?

2    A    I DO NOT.  I KNOW IT WAS SOLD.

3    Q    DID YOU -- DID YOU EVER TRANSFER ANY OF THAT

4    LAND TO ANY OF YOUR CHILDREN?

5    A    NO.

6    Q    OKAY.  JUST TURNING BACK OVER TO THIS FINAL

7    JUDGMENT HERE, SO IT LOOKS LIKE THIS WAS THE RESULT OF

8    SOME LITIGATION BETWEEN BIG ELK FUNDING AND TOTAL

9    MARKETING CONCEPTS.  AND JUST TO KIND OF -- JUST TO

10   KIND OF SUMMARIZE THAT, I BELIEVE IT WAS KIND OF A

11   BREACH OF THE NOTE THAT WAS NEVER REPAID, OR AT LEAST

12   A SERIES OF NOTES.  WERE YOU -- WERE YOU INVOLVED OR

13   AWARE OF THIS LITIGATION AT ALL?

14   A    OF COURSE I WAS.

15   Q    OKAY.  I STEP BACK HERE, BUT CAN YOU JUST

16   DESCRIBE YOUR ROLE, FOR THE RECORD, YOUR ROLE WITH

17   TOTAL MARKETING CONCEPTS.

18   A    WELL, THERE'S MANY -- THERE'S MANY DIFFERENT

19   SEGMENTS.  I'LL BREAK IT DOWN FOR YOU.  I STARTED THE

20   COMPANY IN 2004.  ACTIVELY RAN THE COMPANY UNTIL ABOUT

21   2015.  AND THEN GEORGE LONABAUGH, WHO I HIRED IN

22   AROUND 2008 OR '09, I GAVE HIM AUTHORITY TO RUN THE

23   COMPANY FROM 2015 UNTIL WE TERMINATED HIM IN JULY OF

24   2019.

25        SO I REALLY DIDN'T HAVE ANY INTRICATE PART

Page 49

1  IN ACTUALLY RUNNING THE COMPANY FROM AROUND 2015 --

2  ACTUALLY TILL -- TILL THE END BECAUSE I HAD GEORGE

3  RUNNING IT, AND THEN WE HIRED -- WELL, THEN BILL'S

4  RECEIVERS TOOK OVER IN '19 TILL '20.  AND THEN CHRIS

5  BONAVITA TOOK IT OVER FROM LATE APRIL OF '20 TILL WE

6  WENT BELLY UP AT THE END OF THAT YEAR, WHICH WAS

7  NOVEMBER, I BELIEVE, ALDO, WE FILED, I'M PRETTY SURE,

8  CHAPTER 7 FOR TMC.

9       Q    CAN YOU REPEAT THE NAME.  DO YOU MIND

10  REPEATING THE NAME -- THE GENTLEMAN BY THE NAME OF

11  GEORGE THAT RAN THE COMPANY BETWEEN '15 AND '19?

12       A    YEAH, GEORGE LONABAUGH.  I'LL SPELL THAT FOR

13  YOU IF YOU GIVE ME ONE SECOND.  WHERE IS HE?  THAT'S

14  INTERESTING.  HIS NAME IS NOT SHOWING UP IN MY PHONE.

15  GIVE ME ONE SECOND, OKAY?

16       Q    SURE.

17       A    L-O-N -- THIS IS HIS LAST NAME.

18  L-O-N-A-B-A-U-G-H.

19       Q    GOT IT.  THANK YOU.

20       A    YOU'RE WELCOME.

21       Q    AND CAN YOU JUST GENERALLY DESCRIBE HOW YOU

22  MET BILL ECKHOLM AND KIND OF FORMED A BUSINESS

23  RELATIONSHIP WITH HIM?

24       A    SURE.  MY ATTORNEY THAT WORKED FOR MY

25  COMPANY AT THE TIME, SEEKED [SIC] OUT FUNDING AND WAS

1   INTRODUCED TO A MICHAEL NEALER.  MICHAEL NEALER

2   OPERATED A CONSULTING COMPANY THAT -- ANYTHING I

3   DESCRIBE NOW IS NOT GOING TO BE A HUNDRED PERCENT

4   ACCURATE BECAUSE I'M NOT SURE EXACTLY WHAT THE NAMES

5   WERE, BUT HE WAS A CONSULTING COMPANY THAT ACTUALLY

6   PUT TOGETHER LENDERS AND -- AND BORROWERS.  HE THEN

7   INTRODUCED BILL TO OUR ORGANIZATION.

8       Q    OKAY.  DID YOU SAY MICHAEL NEALER WAS YOUR

9   ATTORNEY?  OR HE WAS JUST A GENTLEMAN WITH A

10  CONSULTING COMPANY THAT KIND OF LINKED YOU UP WITH

11  BILL?

12      A    YEAH.  YEAH, HE -- HE SAID HE WAS VERY CLOSE

13  TO BILL, THAT HE KNEW BILL, AND HE WAS GOING TO TRY TO

14  PULL HIM IN TO GET SOME FUNDING FOR US.  I NEVER KNEW

15  MICHAEL BEFORE -- BEFORE THAT INTRODUCTION.

16      Q    CAN YOU RECALL HOW MUCH MONEY TOTAL

17  MARKETING CONCEPTS WAS LOANED BY BIG ELK FUNDING?

18      A    I KNOW THE INITIAL LOAN WAS FIVE MILLION, I

19  BELIEVE.  FOUR OR FIVE.  I'M NOT SURE EXACTLY.

20      Q    I BELIEVE -- AT LEAST IT'S MY UNDERSTANDING

21  THAT THERE WAS AN INITIAL $4 MILLION AND IT WAS

22  FOLLOWED BY ANOTHER $1 MILLION --

23      A    OKAY.

24      Q    -- A YEAR OR TWO LATER.

25      A    THAT SOUNDS CORRECT.

1    Q    OKAY.  I JUST WANTED TO MAKE SURE THAT --

2  IT'S NOT -- I DON'T HAVE THE EXACT DATES, BUT I JUST

3  WANTED TO MAKE SURE WE'RE ON THE SAME PAGE ABOUT THE

4  LAWSUIT AND WHAT WE'RE TALKING ABOUT.

5          I'M GOING TO REFER TO TOTAL MARKETING

6  CONCEPTS AS "TMC," NOW, JUST NOW FOR SIMPLICITY'S

7  SAKE.

8          WHEN TMC RECEIVED THOSE MONIES FROM BIG ELK

9  FUNDING, CAN YOU RECALL WHAT BANK ACCOUNT ACTUALLY

10 RECEIVED THAT MONEY?

11   A    I DON'T RECALL.

12   Q    DO YOU KNOW -- DID TMC HAVE AN ACCOUNTANT AT

13 THE TIME THAT WOULD KNOW THAT INFORMATION?

14   A    YEAH.

15   Q    DO YOU KNOW THE NAME OF THAT ACCOUNTANT OR A

16 PERSON THAT WOULD HAVE MORE INFORMATION ABOUT WHERE

17 THOSE MONIES WENT EXACTLY WHEN THEY CAME TO TMC?

18   A    I BELIEVE ROBIN WAS OUR CONTROLLER AT THE

19 TIME, ROBIN -- ROBIN.  ACTUALLY, I THINK THERE WAS

20 SOMEBODY BEFORE HER.

21   Q    TO THE EXTENT THAT WE HAVE NEVER, YOU KNOW,

22 GOTTEN THE NAME OF THESE FOLKS, WOULD YOU BE WILLING

23 TO WORK WITH US AND, OBVIOUSLY, YOUR ATTORNEY, TO

24 PROVIDE THE NAMES OF THESE PEOPLE AFTER THE DEPOSITION

25 IS OVER TODAY?

1    A    SURE.

2    Q    JUST IN THE INTEREST OF TIME.

3    A    SURE.

4    Q    OKAY.

5    A    YES.

6    Q    SO JUST STEPPING BACK, IT'S MY UNDERSTANDING

7  THAT YOU SAID THAT YOU STARTED TMC IN 2004 AND YOU

8  ACTIVELY RAN IT UNTIL 2015.  SO DID YOU -- DID YOU --

9  DOES THAT MEAN THAT YOU WERE, LIKE, THE CEO?  WERE

10 YOU -- WHAT WAS YOUR OFFICIAL TITLE?

11   A    I DON'T KNOW.  I DON'T -- I DON'T GO BY

12 TITLES.  I OWNED THE COMPANY.

13   Q    OKAY.

14   A    I DON'T LIKE TITLES.

15   Q    GOT IT.  WERE YOU -- DID YOU HAVE, YOU KNOW,

16 EXTENSIVE KNOWLEDGE OF THE FINANCIAL -- THE FINANCIALS

17 OF THE COMPANY, THE DIFFERENT FINANCIAL TRANSACTIONS

18 OF THE COMPANY?

19   A    NO.  I DIDN'T HAVE -- I DID NOT.  I WAS MORE

20 OF A BOTTOM LINE GUY IN THE COMPANY.  AND THEY WOULD

21 JUST TELL ME BASICALLY WHAT OUR SALES WERE, WHAT OUR

22 PROFITS ARE GOING TO BE.  BUT THE INTRICATE PARTS OF

23 THE OPERATION, NO, I DIDN'T GET INVOLVED WITH THAT

24 BECAUSE I TRUSTED WHO I HAD WORKING FOR ME.

25   Q    SO I THINK YOU REFERENCED A -- I THINK YOU

Page 53

1  REFERENCED A CONTROLLER.  BUT THERE'S A COUPLE OF THE

2  NAMES WITHIN YOUR COMPANY THAT WOULD ACTUALLY KNOW

3  WHERE THE MONEY WENT TO WHEN IT REACHED THE COMPANY,

4  CORRECT?

5       A    YES.

6       Q    OKAY.  I KNOW YOU SAID -- I KNOW YOU JUST

7  ANSWERED THAT YOU'RE A BOTTOM LINE GUY AND ACTUAL

8  INTRICACIES OF THE COMPANY MIGHT HAVE BEEN OVERSEEN BY

9  DIFFERENT PEOPLE.  DO YOU HAVE -- DO YOU HAVE, LIKE,

10  AN ORGANIZATION CHART OR ANYTHING LIKE THAT THAT YOU

11  COULD HAVE -- THAT YOU EITHER HAVE GIVEN US BEFORE OR

12  COULD GIVE US TO SHOW WHAT EACH PERSON DID FOR TMC?

13      A    NO.

14      Q    I KNOW THIS IS A PRETTY OPEN-ENDED QUESTION,

15  BUT WITH RESPECT TO THE MONEY THAT TMC RECEIVED FROM

16  BIG ELK, DO YOU KNOW WHAT THAT MONEY WAS PREDOMINANTLY

17  USED FOR?

18      A    I DO NOT.

19      Q    DO YOU KNOW IF ANY OF THAT MONEY WENT FROM

20  TMC TO YOUR PERSONAL BANK ACCOUNT OR SAVINGS ACCOUNT

21  OR ANY OTHER ACCOUNT OWNED BY YOU OR AN ENTITY

22  CONTROLLED BY YOU?

23      A    NO, IT DID NOT.

24      Q    DID YOU DRAW A SALARY FROM TMC?

25      A    A REGULAR SALARY?  I'D -- I WOULD DRAW

Page 54

1    WHATEVER I WAS ABLE TO DRAW BASED ON MY NEEDS.

2         Q    OKAY.  SO INSTEAD OF -- YOU DIDN'T HAVE,

3    LIKE, A FORMAL SALARY BUT YOU JUST --

4         A    NO.

5         Q    -- KIND OF TOOK, LIKE, DISTRIBUTIONS AS --

6    AS YOU FELT WERE --

7         A    WELL, ACTUALLY --

8         Q    -- JUSTIFIED?

9         A    ACTUALLY, WE -- I THINK MY -- I THINK MY

10   ACCOUNTANT MAY HAVE HAD A CERTAIN SALARY THAT HE WOULD

11   DESIGNATE TOWARDS MY -- OR THE MONEY I WOULD TAKE FOR

12   TAX PURPOSES.  BUT AGAIN, MY ACCOUNTANT DID ALL OF

13   THAT.  I JUST KNOW THAT WE -- I TRUSTED HIM TO STAY

14   WITHIN -- WITHIN THE BOUNDARIES THAT WERE NECESSARY,

15   IF THAT MAKES ANY SENSE.

16        Q    YEAH, THAT MAKES SENSE.  WHO WAS YOUR

17   ACCOUNTANT?

18        A    AT THE TIME, IT WAS -- OH BOY, YOU'RE

19   TESTING MY MEMORY NOW.  I'LL PROVIDE IT TO ALDO.

20        Q    YEAH, I WAS GOING TO SAY, I THINK THE SAME

21   KIND OF GENERAL OFFER STANDS.  OBVIOUSLY, IF YOU CAN'T

22   REMEMBER RIGHT NOW, I WOULD JUST -- I WOULD JUST ASK

23   THAT AFTER THIS IS DONE WE WORK TOGETHER SO WE CAN GET

24   THOSE NAMES.

25        A    YES.

REALTIME REPORTERS, INC.   407-884-4662
REALTIMERPRS@GMAIL.COM

1    Q    OFF THE TOP OF YOUR HEAD, LET'S SAY IN 2013,

2  2014, 2015, THE LAST COUPLE -- THE LAST COUPLE OF

3  YEARS THAT YOU WERE THE ONE ACTIVELY RUNNING THE

4  COMPANY, DO YOU REMEMBER -- WELL --

5    A    LET'S BACK UP -- LET'S BACK UP FOR A SECOND.

6  I DIDN'T SAY I WAS ACTIVELY RUNNING THE COMPANY.

7    Q    OH, OKAY.

8    A    I DON'T KNOW WHERE THAT CAME FROM.

9  TWENTY -- I SAID I WAS NOT RUNNING THE COMPANY.  DID I

10  MISUNDERSTAND YOU?

11    Q    I HEARD THAT YOU STARTED THE COMPANY IN

12  2004, ACTIVELY RAN IT UNTIL 2015.  GEORGE LONABAUGH

13  RAN IT FROM 2015 TO '19.

14    A    RIGHT.  CORRECT.  NO --

15    Q    RECEIVED THE --

16    A    CORRECT.  TO '19.  CORRECT.

17        THE WITNESS:  SMACK US.  JUST GO LIKE THIS.

18        THE REPORTER:  OKAY.  CONTINUE.

19        MR. TAYLOR:  SORRY.

20        THE WITNESS:  WANT ME TO LAY IT OUT FOR YOU?

21  BY MR. TAYLOR:

22    Q    YEAH, IF YOU DON'T MIND.  LET'S -- WE'LL GO

23  BACK THROUGH THE TIMELINE.

24    A    OKAY.  SO FROM 2004, OKAY?  2004 TO 2015, I

25  WAS ACTIVELY INVOLVED IN THE COMPANY.  FROM '15 TO

1  '19, JULY, GEORGE LONABAUGH WAS IN CHARGE.  AND THEN

2  FROM '19 OF -- I THINK IT WAS AUGUST 1ST UNTIL APRIL

3  OF 2020, THE RECEIVERS WERE IN PLACE.  AND MICHAEL

4  NEALER WAS ELECTED AS THE PERSON IN CHARGE.  AND THEN

5  FROM APRIL OF 2020 TILL NOVEMBER, CHRIS BONAVITA WAS

6  RUNNING THE COMPANY.  DOES LAY THAT IT OUT FOR YOU?

7       Q    YEAH, THAT MAKES SENSE.  WERE YOU -- SO WERE

8  YOU TAKING DISTRIBUTIONS FROM THE COMPANY DURING ALL

9  OF THOSE TIME PERIODS?

10      A    THERE WERE TIMES I DIDN'T.  TIMES I DID.  I

11 DON'T RECALL EXACTLY WHEN, BUT THERE WAS A PERIOD OF

12 TIME WHEN THE RECEIVERS WERE THERE WE DID NOT TAKE

13 ANYTHING.  AND THEN THEY STARTED TO GIVE ME SOMETHING

14 AFTER A WHILE.  BUT I DON'T REMEMBER EXACTLY THE TIME

15 FRAMES, BUT...

16      Q    WOULD YOU SAY YOU STOPPED TAKING

17 DISTRIBUTIONS FROM THE COMPANY WHEN THE RECEIVER WAS

18 APPOINTED?

19      A    I DIDN'T STOP.  THEY STOPPED IT.

20      Q    OFF THE TOP OF YOUR HEAD, BETWEEN, LET'S SAY

21 2015 AND 2018, BEFORE THERE WAS ANY RECEIVER INVOLVED

22 WITH THE COMPANY, DO YOU REMEMBER JUST ABOUT HOW MUCH

23 PER YEAR YOU WERE RECEIVING FROM THE COMPANY IN

24 DISTRIBUTIONS?

25      A    I DON'T.

1    Q    WOULD YOU SAY IT WAS AROUND $500,000?

2    A    I DON'T -- I DON'T KNOW THE NUMBER.

3    Q    IS THIS INFORMATION THAT YOUR ACCOUNTANT

4 WOULD HAVE?

5    A    YEAH, I'M SURE.

6    Q    WHEN YOU SAY THAT YOU TOOK DISTRIBUTIONS

7 THAT WERE -- I FORGET THE EXACT WORDING, BUT I THINK

8 YOU SAID, YOU KNOW, DEEMED APPROPRIATE OR AS YOU AND

9 YOUR ACCOUNTANT DISCUSSED AS APPROPRIATE, WHAT EXACTLY

10 DO YOU MEAN BY THAT?

11    A    WE WANTED TO MAKE SURE THE COMPANY WAS

12 OPERABLE.  THE COMPANY COME -- THE COMPANY CAME FIRST

13 AND THE EMPLOYEES.  SO IF THERE WAS A DISTRIBUTION TO

14 TAKE, THEN I WOULD HAVE.  IF THERE WASN'T, THEN I

15 WOULDN'T.

16    Q    HOW MANY EMPLOYEES DID TMC HAVE?

17    A    THAT'S A REAL OPEN-ENDED QUESTION BECAUSE IT

18 GOES ANYWHERE FROM -- THERE WERE A THOUSAND EMPLOYEES

19 AT ONE TIME.  THERE WERE 700.  THERE'S REALLY NO -- NO

20 NUMBER I COULD PUT ON IT.  PROBABLY AT THE VERY END

21 THERE WERE 250, AT THE VERY END.  BUT IT VARIED OVER

22 THE YEARS.  BECAUSE WE DID SOME CYCLICAL KIND OF SOME

23 POLITICAL WORK THAT WOULD GENERATE MORE -- NECESSARY

24 THE MORE EMPLOYEES.  SO IT VARIED A GREAT DEAL.

25    Q    MAKES SENSE.  DO YOU REMEMBER WHEN THE

Page 58

1   COMPANY PEAKED WITH ITS HIGHEST AMOUNT OF EMPLOYEES?

2       A     PROBABLY EVERY -- EVERY SECOND YEAR, BASED

3   ON THE ELECTION, YOU KNOW, THE HOUSE AND THE

4   PRESIDENCY.

5       Q     THAT MAKES SENSE.  SO AT LEAST IN MY MIND,

6   2008, 2010, 2012, 2014, 2016, THOSE WOULD HAVE BEEN --

7       A     PRESIDENTIAL YEARS WOULD BE --

8       Q     -- THE HIGHEST.

9       A     -- PRESIDENTIAL YEARS WOULD BE HIGHER.  THE

10  HOUSE WOULD BE A LITTLE BIT LOWER.

11      Q     THAT MAKES SENSE, THOUGH, KIND OF -- KIND OF

12  GOES WITH AT LEAST HISTORICAL TURNOUTS FOR ELECTIONS,

13  ANYWAY.

14      A     EXCEPT FOR WHEN TRUMP PLEADED HIS WAY AT THE

15  HOUSE.

16      Q     DO YOU KNOW WHO MAINTAINED THE -- THE

17  PAYROLL RECORDS FOR TMC?

18      A     YEAH, IT WOULD BE THE CFO.

19      Q     WHO WAS THE CFO FOR TMC?

20      A     WE HAD SEVERAL DIFFERENT CFO'S.

21      Q     DO YOU HAVE -- DO YOU STILL HAVE ACCESS TO

22  ANY RECORDS THAT WOULD GIVE US THE NAMES OF ALL THE

23  CFO'S?

24      A     I HAVE NO ACCESS TO ANY RECORDS.  DURING THE

25  BANKRUPTCY, THEY -- THE TRUSTEE TOOK EVERYTHING.  SO I

1    DON'T -- I HAVE NOTHING.

2        Q    GOT IT.  SO THE TRUSTEE HAS ANY OF THE

3    FINANCIAL RECORDS THAT WE MAY NEED, AT LEAST AS IT

4    PERTAINS TO TMC?

5        A    SOMEBODY HAS THEM.  WE WERE REQUIRED TO TRY

6    TO GET THEM, BUT SOMEBODY HAS THEM.  DEFINITELY NOT

7    ME.

8        Q    AT LEAST WHEN YOU WERE INVOLVED WITH TMC,

9    HOW DID YOU STORE YOUR FINANCIAL RECORDS?

10   ELECTRONICALLY?  PHYSICALLY?

11       A    I SERIOUSLY CAN'T ANSWER THAT QUESTION.  I

12   WASN'T IN CHARGE OF THAT.

13       Q    WHO WOULD HAVE BEEN IN CHARGE OF THAT ASPECT

14   OF THE BUSINESS?

15       A    THE CFO AND THE PRESIDENT OF THE COMPANY.

16       Q    WHO WAS THE PRESIDENT OF THE COMPANY?

17       A    AS I MENTIONED, GEORGE LONABAUGH AND THEN

18   CHRIS BONAVITA.

19       Q    OKAY.  IF YOU WENT BACK AND SEARCHED THROUGH

20   YOUR EMAILS OR YOUR PERSONAL COMPUTER FILES, COULD YOU

21   FIND THE NAMES OF THE CFO'S FOR THE COMPANY?

22       A    PROBABLY.  I CAN'T GUARANTEE IT, BUT I WOULD

23   DEFINITELY RESEARCH.  I COULD PROBABLY GET THE NAME.

24   YOU KNOW, IF IT'S POSSIBLE, I CAN ASK -- YOU KNOW, ASK

25   AROUND.

1    Q    OKAY.  THANK YOU.  YEAH, WE CAN OBVIOUSLY

2  TALK ABOUT THAT OFF THE LINE, BUT --

3    A    SURE.

4    Q    -- WE MIGHT -- MAY REQUEST THAT TYPE OF

5  INFORMATION.

6    A    I'M SURE SOME WAY, SOMEHOW WE CAN GET IT.

7    Q    DID YOU -- DID YOU PERSONALLY GUARANTEE THE

8  LOANS THAT TMC RECEIVED FROM BIG ELK?

9    A    I DID.

10    Q    OKAY.  DO YOU KNOW IF IRINA ALSO PERSONALLY

11  GUARANTEED THE LOAN BETWEEN TMC AND BIG ELK?

12    A    SHE DIDN'T PERSONALLY GUARANTEE IT.  WHAT

13  SHE DID WAS -- WHICH I'M STILL GETTING BEAT UP FOR --

14  SHE SIGNED A DOCUMENT THAT STATED THAT IF I DID NOT --

15  IF I DID NOT SATISFY THE LOAN, THAT IF SHE HAD ANY

16  ASSETS, SHE WOULD DO THAT.  I'M PRETTY SURE THAT

17  DOCUMENT'S THERE SOMEWHERE.  AND WHEN YOU ASK HER THAT

18  QUESTION, SHE'LL -- SHE HAS NO IDEA.  SHE SIGNED IT

19  AND JUST TO HELP OUT.

20    Q    YEAH, THAT MAKES SENSE.

21    A    YEAH.

22    Q    JUST SO I HAVE THE NAMES DOWN, YOU MENTIONED

23  CHRIS BONAVITA, CORRECT?

24    A    CORRECT.

25    Q    AND HE WAS AFTER GEORGE LONABAUGH?

1      A      NO.   THE RECEIVERS WERE AFTER GEORGE

2  LONABAUGH.   AND THEN AFTER THE RECEIVERS, CHRIS CAME

3  IN.

4      Q      DO YOU KNOW IF CHRIS BONAVITA HAS ANY OF THE

5  COMPANY'S RECORDS WITH HIM?

6      A      I DON'T KNOW.   I DON'T THINK SO.   HE -- I

7  WOULD -- HE WOULD TELL ME, I'M SURE.   AS FAR AS I'M

8  CONCERNED, I DON'T KNOW.

9      Q      WHERE DOES CHRIS BONAVITA CURRENTLY LIVE?

10     A      SOMEWHERE IN WESTERN FLORIDA.   SOMEWHERE IN

11 TAMPA OR SOMEWHERE IN THAT AREA.

12     Q      OKAY.   DO YOU RECALL DURING THIS -- DURING

13 THE LITIGATION BETWEEN BIG ELK AND TMC, DO YOU RECALL

14 IF YOU EVER OFFERED TO SETTLE THE OUTSTANDING LAWSUIT

15 FOR ANY AMOUNT?

16     A      JUST RECENTLY, WE OFFERED, I THINK, A

17 HUNDRED THOUSAND, ALDO, WAS IT?

18     Q      YEAH, I GUESS I WASN'T -- YEAH.

19          MR. BARTOLONE:  YEAH, I MEAN, I'M JUST GOING

20      TO SEE IF WE CAN, JUST FOR THE RECORD, STRIKE

21      THAT FROM THE RECORD BECAUSE THOSE ARE

22      CONFIDENTIAL SETTLEMENT COMMUNICATIONS.  SO IF

23      THIS EVER HAS TO GET FILED WITH THE COURT, WE

24      DON'T WANT THAT ON THE RECORD.

25          THE REPORTER:  YOU REALIZE I'M NOT TAKING IT

1    OFF THE RECORD, CORRECT?

2          MR. BARTOLONE:  CORRECT.

3          THE REPORTER:  OKAY.

4  BY MR. TAYLOR:

5      Q    YEAH, I'LL STEP BACK HERE TOO.  SO I'M MORE

6  FOCUSED ON A TIME PERIOD BACK IN, SAY, 2020 WHEN TMC

7  AND BIG ELK WERE STILL IN LITIGATION ABOUT A BREACH

8  OF, YOU KNOW, THEIR AGREEMENT FOR THE $5 MILLION THAT

9  BIG ELK LENT TO TMC.  DO YOU RECALL IF THERE WAS EVER

10 ANY, YOU KNOW, ANY LARGE SETTLEMENT OFFERS JUST TO

11 ESSENTIALLY RESOLVE THAT LITIGATION?

12     A    I DON'T RECALL.

13     Q    OKAY.  DID TMC EVER RECEIVE ANY PPP LOANS

14 FROM THE GOVERNMENT?

15     A    YES.

16     Q    DID YOU EVER RECEIVE ANY OF THE -- ANY OF

17 THAT MONEY FROM THE PPP LOAN?

18     A    ME PERSONALLY?

19     Q    YES, YOU PERSONALLY.

20     A    THE COMPANY DID.

21     Q    WAS THE PPP LOAN THEN PREDOMINANTLY USED

22 JUST FOR PAYROLL OF THE TMC EMPLOYEES?

23     A    IT WAS USED ACCORDING TO THE PLAN THAT THE

24 PPP LOAN WAS GIVEN TO US, THE PLAN AS OUTLINED.  AND I

25 BELIEVE THAT WAS SUPPLIED DURING SOME LITIGATION OR

1  WHATEVER.  BUT IT FOLLOWED -- IT STRICTLY FOLLOWED THE

2  RULE OF THE PPP LOAN.  YES.

3       Q    WERE YOU PART OF THE DECISION-MAKING PROCESS

4  TO TAKE OUT A PPP LOAN?

5       A    ACTUALLY, THE TRUTH IS THAT I -- I WAS ASKED

6  TO SIGN THE DOCUMENT.  THIS IS DURING THE

7  RECEIVERSHIP.  I WAS ASKED TO SIGN THE DOCUMENT TO

8  OBTAIN THE LOAN.  AND THEN THE PAPERWORK WENT FROM OUR

9  IN-HOUSE ATTORNEY TO JOHN RANKIN, I THINK HIS NAME IS,

10  IN ARIZONA.  HE ACTUALLY SUBMITTED THE LOAN.  AND THEN

11  IT WAS -- IT WAS APPROVED IN APRIL OF 2020.

12       Q    AND WOULD THOSE CFO'S THAT WE JUST TALKED

13  ABOUT BE THE FOLKS WITHIN THE COMPANY THAT WOULD HAVE

14  INFORMATION ABOUT HOW THOSE PPP FUNDS WERE USED?

15       A    YES.

16       Q    OKAY.  DID --

17       A    I KNOW -- I KNOW THERE WAS A CHART THAT WAS

18  LAID OUT THAT THEY HAVE -- SOMEONE HAS IT.

19       Q    DO YOU HAVE ANY IDEA WHERE THAT WOULD BE

20  LOCATED?

21       A    I DON'T, BUT I CAN -- I CAN MAYBE -- I COULD

22  FIND THAT OUT.

23       Q    OKAY.  DID TMC TAKE OUT ANY OTHER GOVERNMENT

24  LOANS?  I KNOW THAT'S KIND OF A BROAD QUESTION.  I

25  MEAN LIKE ANY OTHER TYPE OF DISASTER LOAN OR SOMETHING

1  TO THAT EFFECT?

2      A    NOT THAT I RECALL.

3      Q    NO EISL LOANS?

4      A    I DON'T RECALL ANY.  I DON'T KNOW, TO BE

5  HONEST WITH YOU.  I REALLY DON'T KNOW.

6      Q    OKAY.  DID IRINA DO ANY WORK FOR TMC?

7      A    NO.  IRINA AND I HAVE A PRENUPTIAL

8  AGREEMENT.  SHE KNOWS NOTHING ABOUT ANYTHING WITH TMC

9  WHATSOEVER.

10     Q    OKAY.  DID -- DID YOUR CHILDREN HAVE ANY

11 INVOLVEMENT WITH TMC?

12     A    THEY WORKED FOR THE COMPANY YEARS -- YEARS

13 BACK.  BUT NO FINANCIAL INTEREST OR ANYTHING LIKE

14 THAT.  THEY RECEIVED SALARIES AND JUST LIKE EVERYBODY

15 ELSE DID.  THEN THEY MOVED ON.

16     Q    SO TMC, I KNOW, SORT OF AT ITS HEIGHT

17 PROBABLY HAD ABOUT A THOUSAND EMPLOYEES AND IT WOULD

18 FLUCTUATE THROUGHOUT THE YEARS DEPENDING ON THE

19 ELECTION CYCLE.  WERE THE EMPLOYEES PAID ON AN HOURLY

20 BASIS?

21     A    THERE WERE DIFFERENT FORMS OF PAYMENTS FOR

22 DIFFERENT DIVISIONS.

23     Q    OKAY.  SO HOW MANY, I GUESS, ROUGHLY, LIKE,

24 WHAT PERCENTAGE OF THE EMPLOYEES WOULD TAKE A SALARY?

25     A    YOU'RE ASKING ME QUESTIONS NOW THAT I HAD NO

1    INVOLVEMENT WITH.

2        Q    OKAY.

3        A    THE -- THE PRESIDENT OF THE COMPANY RAN THE

4    COMPANY, HE AND THE CFO.  IF SOME PEOPLE MAY HAVE BEEN

5    PAID COMMISSIONS.  SOME PEOPLE MAY HAVE BEEN PAID

6    HOUR.  I KNOW THEY HAD DIFFERENT -- DIFFERENT PAYMENT

7    STRUCTURES FOR DIFFERENT PROGRAMS THAT WE HAD.  THESE

8    ARE THINGS THAT I REALLY DIDN'T GET INVOLVED WITH.

9        Q    DO YOU HAVE ANY IDEA WHAT THE PAY STRUCTURE

10   WAS?  WAS IT BIWEEKLY?  WAS IT MONTHLY?

11       A    I DON'T.  BECAUSE, LIKE I SAID, THERE ARE

12   DIFFERENT -- I WASN'T INVOLVED IN THAT.

13       Q    WHAT DID -- SO WHAT -- WHAT DID YOUR DAY TO

14   DAY LOOK LIKE WHEN YOU WERE STILL ACTIVELY INVOLVED IN

15   THE COMPANY?

16       A    WHEN I WAS INVOLVED WITH THE COMPANY, I CAN

17   TELL YOU THAT WE PAID SOME PEOPLE WEEKLY, SOME PEOPLE

18   BIWEEKLY.  BUT I'M NOT SURE WHAT THEY DID FROM '15 ON,

19   HOW THEY RAN THE INTERNAL PART.  I DIDN'T GET INVOLVED

20   IN THAT.

21       Q    OKAY.  DO YOU HAVE ANY IDEA, LIKE, IN '15

22   WHAT A, YOU KNOW, TYPICAL -- HOW MUCH A TYPICAL

23   PAYROLL CYCLE WOULD COST THE COMPANY?

24       A    I DON'T.  IT CHANGED WEEKLY.

25       Q    DO YOU KNOW HOW MUCH -- SO LET'S SAY, FOR

1  EXAMPLE, 2016 WAS, YOU KNOW, A HOTLY-CONTESTED,

2  UNUSUAL PRESIDENTIAL ELECTION, PRESUMABLY MAYBE A GOOD

3  YEAR FOR THE COMPANY.  DO YOU KNOW HOW MUCH INCOME THE

4  COMPANY WOULD HAVE MADE THAT YEAR?

5       A    I'D ONLY BE GUESSING.

6       Q    WHAT'S YOUR BEST GUESS?

7       A    I DON'T WANT TO GUESS.  I COULD BE WAY OFF.

8  IT'S A LONG TIME AGO.

9       Q    WHO WOULD HAVE ACCESS TO THOSE EXACT RECORDS

10 OF HOW MUCH THE COMPANY MADE DURING THAT YEAR?

11      A    THE CFO.  WELL, HAVE THE RECORDS?  I DON'T

12 KNOW TO THIS DAY.  BUT HAVE APPROXIMATE KNOWLEDGE?

13 THE CFO AND THE PRESIDENT.  AND I'M NOT SURE IF THEY

14 WOULD EVEN REMEMBER AT THIS POINT.

15      Q    IS IT -- IS IT FAIR TO SAY THAT IN A GOOD

16 YEAR YOU COULD HAVE MADE UPWARDS OF $5 MILLION IN

17 PROFITS?

18      A    OH, I HAVE -- I DON'T KNOW.  YOU WANT ME TO

19 SPECULATE HERE, AND I DON'T WANT TO DO THAT.

20      Q    YEAH.  I MEAN, BUT -- UNDERSTOOD.  I'M JUST

21 SAYING, THOUGH, SOMEONE WHO STARTED THE COMPANY, HAD

22 ACTIVE INVOLVEMENT IN IT, I'M JUST LOOKING TO SEE IF

23 YOU HAD MAYBE A BETTER IDEA OF HOW THE COMPANY DID IN

24 ITS BEST YEARS.

25      A    I -- I DON'T -- I DON'T WANT TO RESPOND.  I

```
 1   DON'T THINK I SHOULD RESPOND TO THAT BECAUSE I DON'T

 2   KNOW THE EXACT NUMBER.  IF I PUT A NUMBER OUT THERE,

 3   THEN, YOU KNOW, YOU'LL SAY, "OH, WOW, YOU MADE SO MUCH

 4   MONEY."  I JUST -- I DON'T WANT TO GIVE SPECULATIVE

 5   NUMBERS.

 6        Q    THAT'S FAIR.  DO YOU HAVE ANY DOCUMENTS IN

 7   YOUR POSSESSION THAT YOU COULD REVIEW TO MAYBE REFRESH

 8   THAT?

 9        A    AS FAR AS THE PROFIT?

10        Q    YES.

11        A    NO.  I CAN TELL YOU GROSS, I KNOW WHAT IT

12   DID IN THE YEARS.  BUT I DON'T KNOW WHAT THE NET

13   PROFIT WAS.

14        Q    DO YOU KNOW HOW MUCH MONEY THE -- LET'S SAY

15   IN THE BEST YEARS OF THE COMPANY, DO YOU KNOW HOW MUCH

16   MONEY YOU WOULD HAVE MADE DURING THAT YEAR?

17        A    GROSS?

18        Q    YEAH.

19        A    THE COMPANY GROSS?

20        Q    NO.

21        A    OF TWENTY -- WHAT?

22        Q    SORRY.  CONTINUE.

23        A    YOU ASK THE QUESTION.

24        Q    YEAH, I WAS SAYING IF YOU DON'T HAVE A GOOD

25   BALLPARK FOR HOW THE COMPANY DID IN THOSE GOOD YEARS,
```

1  DO YOU REMEMBER HOW MUCH YOU WOULD HAVE MADE

2  PERSONALLY IN THOSE GOOD YEARS?

3       A    SOME YEARS I MADE A MILLION DOLLARS.  SOME

4  YEAR I MADE TWO MILLION.  SOME YEAR I MADE 500,000.

5  IT WOULD DEPEND ON THE YEAR.

6       Q    WHERE WOULD YOU -- OKAY, SO I'M TRYING TO --

7  OBVIOUSLY, WE DON'T HAVE EXACT FIGURES.  SO YOU SAY IN

8  A GOOD YEAR YOU COULD HAVE MADE A MILLION OR TWO

9  MILLION DOLLARS.  PRESUMABLY, THAT COULD HAVE BEEN

10 2012 OR 2016.  WOULD THAT MONEY HAVE GONE TO THE TD

11 BANK CHECKING ACCOUNT THAT YOU STILL HAVE OR DID IT GO

12 TO SOME OTHER ACCOUNT THAT YOU USED TO HAVE?

13      A    AT THAT TIME, I COULD HAVE HAD A DIFFERENT

14 ACCOUNT.  I DON'T REMEMBER WHERE IT WENT.  BUT IT WENT

15 INTO AN ACCOUNT SOMEWHERE.

16      Q    DOES THAT ACCOUNT -- THIS ACCOUNT WHERE IT

17 MAY HAVE GONE, DOES IT STILL EXIST?

18      A    ONE OF MY CHECKING.  NO, IT DOES NOT.  I

19 ONLY HAVE TD BANK.  THAT'S IT.

20      Q    SO I'M JUST -- I'M JUST TRYING TO ADD ALL

21 THIS UP, THOUGH.  SO IN THE GOOD YEARS AT TMC, YOU

22 COULD HAVE MADE $2 MILLION, $1 MILLION, $500,000.

23 IS -- DOES THAT MONEY STILL EXIST SOMEWHERE?

24      A    NO.  I HAVE NO MONEY ANYWHERE.  THAT'S THE

25 BOTTOM LINE.  I'M BROKE AND BANKRUPT RIGHT KNOW, AND

1   BEEN THAT WAY FOR TWO YEARS NOW.  IT'S VERY

2   FRUSTRATING.  SO IF I FEEL A LITTLE FRAZZLED, IT'S

3   BECAUSE I'VE NEVER -- I'VE NOT BEEN IN THIS POSITION

4   BEFORE AND IT'S VERY UNCOMFORTABLE.

5        Q    I CERTAINLY UNDERSTAND THAT.  I'M JUST

6   TRYING TO FIGURE OUT WHERE -- WHERE THAT MONEY WOULD

7   HAVE GONE, CONSIDERING THAT TMC HAD A CASH INFUSION OF

8   OVER $500,000 AND THEN I'M HEARING THAT PERSONALLY YOU

9   MADE A MILLION OR TWO MILLION DOLLARS.  SO I'M JUST

10  TRYING TO FIGURE OUT WHERE THE MONEY WENT DURING THIS

11  TIME PERIOD.

12       A    EXPENSES --

13       Q    THE COMPANY --

14       A    I DON'T KNOW.

15            THE REPORTER:  SORRY.

16            THE WITNESS:  YEAH, I KNOW.  I DON'T KNOW

17       WHAT YOU'RE LOOKING FOR, HONESTLY.  YOU WANT ME

18       TO GIVE MY ITEMIZED EXPENSES FOR EACH YEAR?  I

19       DON'T KNOW.  I HAVE NO IDEA.

20  BY MR. TAYLOR:

21       Q    SO WHEN WE TALK ABOUT COMPANY EXPENSES, WHAT

22  WERE THE BIGGEST COMPANY EXPENSES?  WOULD IT BE

23  PAYROLL?

24       A    WELL, YOU HAVE PAYROLL.  YOU HAVE MORTGAGES.

25  THERE'S ALL KINDS OF EXPENSES.  I DON'T KNOW WHAT -- I

1   DON'T KNOW WHAT EXACTLY WOULD BE THE BIGGEST EXPENSE.

2   PROBABLY PAYROLL, IF I HAD TO GUESS.  BUT IT'S JUST A

3   GUESS.

4        Q    I GUESS I'M NOW SWITCHING, KIND OF, ON A

5   PERSONAL NOTE HERE, THOUGH.  SO WHEN YOU SAY THE MONEY

6   WENT TO EXPENSES, LIKE, DURING THOSE GOOD YEARS WHEN

7   YOU WERE GROSSING MAYBE A MILLION OR TWO MILLION

8   DOLLARS, DID YOU HAVE MULTIPLE CARS?

9        A    OH, OF COURSE.

10       Q    DID YOU HAVE MULTIPLE --

11       A    MULTIPLE CARS.  MULTIPLE HOMES AT THE SAME

12   TIME.  YEAH.  I MEAN, THEY ALL WERE EXPENSES.  AND OF

13   COURSE, YOU KNOW, PERSONAL LIVING.

14       Q    DO YOU CURRENTLY HAVE ANY INTEREST IN ANY

15   COMPANIES?

16       A    NO.  I'VE CLEANED MY SLATE OVER THE LAST TWO

17   YEARS.  I HAVE NOTHING RIGHT NOW.  SEVENTY YEARS OLD,

18   STARTING ALL OVER.

19       Q    WHEN YOU SAY YOU CLEANED YOUR SLATE IN THE

20   LAST YEARS, YOU'RE REFERRING TO GETTING RID OF ALL

21   YOUR CARS, SELLING ALL YOUR PROPERTIES?

22       A    OBVIOUSLY I WENT BANKRUPT.  SO THAT KIND

23   OF -- THAT KIND OF -- I FEEL THAT KIND OF LAYS IT ALL

24   OUT.  AND I'M STILL GOING THROUGH THE PROCESS, AS

25   WE'RE DOING RIGHT NOW, GETTING THIS STUFF ALL CLEANED

1   OFF MY PLATE.

2         Q    I KNOW I ASKED EARLIER, BUT I DO WANT TO

3   CIRCLE BACK.  SO I KNOW WE DISCUSSED THE ONE TD BANK

4   CHECKING ACCOUNT.  THAT IS THE ONLY ACTIVE ACCOUNT

5   THAT YOU HAVE RIGHT NOW?

6         A    THAT'S CORRECT.

7         Q    OKAY.  HAVE YOU CLOSED ANY ACCOUNTS IN THE

8   LAST TWO YEARS?

9         A    I HAVE NOT.  I'VE ONLY HAD THAT ONE ACCOUNT.

10        Q    OKAY.  SO NO ACCOUNTS WITH ANY OTHER

11  FINANCIAL INSTITUTION, INCLUDING, YOU KNOW, WELLS

12  FARGO, FOR EXAMPLE?

13        A    NOT SINCE -- NOT THAT I REMEMBER.  NOT SINCE

14  THE BANKRUPTCY.  WELLS FARGO, I TRIED TO OPEN A COUPLE

15  ACCOUNTS, BUT THEY -- THEY GOT CLOSED UP IMMEDIATELY

16  FOR ONE REASON OR ANOTHER.  BUT I -- I JUST HAVE TD

17  BANK.  THAT'S IT.

18        Q    WHAT OTHER ACCOUNTS DID YOU TRY TO OPEN UP?

19        A    I DON'T KNOW.  I TRIED TO OPEN ONE AT WELLS

20  FARGO AND THEY -- THEY DENIED ME.  I THINK IT WAS

21  WELLS FARGO.  ONCE YOU BROUGHT IT UP, I REMEMBERED IT.

22        Q    WHAT YEAR WOULD THAT HAVE BEEN?

23        A    I DON'T -- I THINK IN 2020.

24        Q    BUT IT WAS NEVER SUCCESSFULLY OPENED?

25        A    NO.  WELL, THEY OPENED IT, THEN THEY CLOSED

1   IT.  THEY DECLINED IT.

2        Q    SORRY FOR THE PAUSE.  I'M JUST MAKING SURE

3   I'VE GOTTEN THROUGH EVERYTHING WITHOUT TRYING TO BE

4   REDUNDANT.  JUST TO MAKE SURE HERE, SO OVER THE LAST,

5   SAY, TWO OR THREE YEARS, YOU HAVE NOT TRANSFERRED ANY

6   MONEY OR PROPERTY THAT YOU OWN TO YOUR CHILDREN?

7        A    CORRECT.

8        Q    OKAY.  I'LL JUST MAKE SURE HERE.  ARE YOU

9   STILL INVOLVED WITH THIS MICROSURE COMPANY OR HAS YOUR

10  INVOLVEMENT ENDED?

11       A    NO.  IT ENDED -- ENDED OVER -- OVER A YEAR

12  AGO.  MAYBE A YEAR AND A HALF AGO.

13            THE REPORTER:  THE NAME OF THE COMPANY

14       AGAIN?  I'M SORRY.

15            THE WITNESS:  MICROSURE.

16            THE REPORTER:  THANK YOU.

17  BY MR. TAYLOR:

18       Q    AND YOU -- WHEN YOU WORKED WITH MICROSURE

19  WERE YOU A W-2 EMPLOYEE?  A 1099 EMPLOYEE?  HOW

20  WERE -- I GUESS, HOW WERE YOUR HOURS --

21       A    I WASN'T -- I WASN'T AN EMPLOYEE AT ALL.

22  JUST AN OUTSIDE BROKER THAT WOULD -- IF I FOUND A

23  BUYER FOR THE PRODUCT, I WOULD TRY TO BRING IT TO

24  THEM.  IT JUST NEVER -- IT JUST NEVER WAS SUCCESSFUL.

25  THEY COULD NEVER -- THEY NEVER REALLY WERE ABLE TO

Page 73

1  PROVE THE ACTUAL ABILITY OF THAT PRODUCT.  SO,

2  THEREFORE, IT JUST -- IT JUST DIDN'T WORK.

3      Q    THAT MAKES SENSE.  DID YOU EVER -- SO YOU

4  DIDN'T SIGN ANY TYPE OF EMPLOYMENT AGREEMENT, EVEN AS

5  AN INDEPENDENT CONTRACTOR?

6      A    NO.  NO.  NO.

7      Q    DO YOU HAVE ANY RELATIONSHIP WITH SOUTH

8  AFRICAN INVESTORS?

9      A    SOUTH AFRICAN INVESTORS?  NO.

10     Q    NO?

11     A    NO.

12     Q    OKAY.  DID YOU EVER TRY TO SETTLE THE BIG

13 ELK LAWSUIT AND THE NOTE FROM AN INFUSION OF CASH FROM

14 ANY OUTSIDE INVESTORS?

15     A    I DIDN'T HANDLE THAT, SO I WOULDN'T KNOW

16 WHERE -- WHERE MY -- THE ATTORNEY THAT WORKED FOR US,

17 HE -- HE WAS PURSUING MANY DIFFERENT AVENUES.  I'M NOT

18 EXACTLY SURE WHERE THEY WERE.  BUT NOTHING EVER CAME

19 TO FRUITION.

20     Q    AND CAN YOU JUST -- JUST FOR THE RECORD,

21 WHEN YOU SAY YOUR ATTORNEY, WHO ARE YOU REFERRING TO?

22     A    PAT CROCKER.

23     Q    OKAY.

24          THE REPORTER:  THE LAST NAME AGAIN?

25          THE WITNESS:  CROCKER.  LIKE BETTY CROCKER.

1 BY MR. TAYLOR:

2     Q    DO YOU STILL HAVE A RELATIONSHIP WITH PAT

3 CROCKER?

4     A    WE -- WE HAVEN'T SPOKEN IN QUITE SOME TIME,

5 BUT HE -- YOU KNOW, THERE WAS SOME -- SOME ISSUES

6 THERE.  HE WENT QUIET FOR QUITE SOME TIME, SO -- BUT,

7 YOU KNOW, I DON'T KNOW WHAT YOU MEAN BY RELATIONSHIP.

8 HAVE I SPOKEN TO HIM ON THE PHONE?  NOT IN A WHILE.

9     Q    DO YOU KNOW IF PAT CROCKER EVER RECEIVED ANY

10 OF THE MONEY THAT BIG ELK LOANED TO TMC PERSONALLY?

11     A    NO.  NO.  I DON'T -- FIRST OF ALL, I DON'T

12 THINK SO AND -- YEAH, THE ANSWER WOULD BE "NO."

13     Q    WHAT WAS PAT CROCKER'S ROLE WITH TMC?

14     A    HE WAS OUR IN-HOUSE COUNSEL.

15         MR. TAYLOR:  SO I THINK -- AT LEAST FOR NOW,

16     I THINK THAT'S ALL I HAVE.  IT'S 1:00, AROUND

17     LUNCH TIME.  I'M NOT SURE IF ALDO HAS ANY

18     FOLLOW-UP.  MAYBE WE WANT TO TAKE A BREAK BEFORE

19     THAT.  IF HE HEARD ME.  IT DOESN'T SOUND LIKE HE

20     DOES.

21         THE WITNESS:  ALDO?

22         THE REPORTER:  WANT TO GO OFF THE RECORD FOR

23     A SECOND?

24         MR. TAYLOR:  YEAH, WE CAN.

25         THE REPORTER:  OFF THE RECORD AT 1:06.

1          (WHEREUPON, A DISCUSSION WAS HELD OFF THE

2     RECORD.)

3          THE REPORTER:  BACK ON THE RECORD AT 1:07.

4          MR. TAYLOR:  OKAY.  THAT'S, I GUESS, ALL I

5     HAVE FOR NOW.  THANK YOU VERY MUCH FOR YOUR TIME

6     TODAY, MR. DORKO, AND EVERYBODY ELSE.

7          MR. BARTOLONE:  WE'LL WAIVE.

8          THE REPORTER:  TRANSCRIBE, BEN?

9          MR. TAYLOR:  YES, PLEASE.

10          THE REPORTER:  COPY, ALDO?

11          MR. BARTOLONE:  NOT AT THIS TIME.

12          THE WITNESS:  OFF THE RECORD AT 1:08.

13          (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED

14     AT 1:08 P.M.)

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF OATH

2     STATE OF FLORIDA)

3     COUNTY OF ORANGE)

4          I, SANDRA A. BATTAGLIA, FLORIDA PROFESSIONAL

5     REPORTER, NOTARY PUBLIC, STATE OF FLORIDA, HEREBY

6     CERTIFY THAT ANDREW DORKO APPEARED BEFORE ME VIA

7     REMOTE VIDEOCONFERENCING AND WAS DULY SWORN ON THE 3RD

8     DAY OF FEBRUARY 2023.

9          WITNESS MY HAND AND OFFICIAL SEAL THIS 6TH DAY OF

10    FEBRUARY 2023.

11

12    IDENTIFICATION:

13         PERSONALLY KNOWN              _____

14         OR PRODUCED IDENTIFICATION    _____

15         TYPE OF IDENTIFICATION PRODUCED    _____

16

17

18

19

20    _____

21    SANDRA A. BATTAGLIA, RPR, FPR-C
      NOTARY PUBLIC
22    STATE OF FLORIDA AT LARGE
      MY COMMISSION NO. HH215845
23    MY COMMISSION EXPIRES: 5/6/2026

24

25

1                  CERTIFICATE OF REPORTER

2    STATE OF FLORIDA

3    COUNTY OF ORANGE

4        I, SANDRA A. BATTAGLIA, FLORIDA PROFESSIONAL

5    REPORTER, HEREBY CERTIFY THAT I WAS AUTHORIZED TO AND

6    DID STENOGRAPHICALLY REPORT THE FOREGOING DEPOSITION

7    EXAMINATION UNDER OATH OF ANDREW DORKO; THAT A REVIEW

8    OF THE TRANSCRIPT WAS NOT REQUESTED; AND THAT THE

9    FOREGOING PAGES ARE A TRUE AND COMPLETE RECORD OF MY

10   STENOGRAPHIC NOTES TAKEN DURING SAID DEPOSITION

11   EXAMINATION UNDER OATH.

12       I FURTHER CERTIFY THAT I AM NOT A RELATIVE,

13   EMPLOYEE, ATTORNEY, OR COUNSEL OF ANY OF THE PARTIES,

14   NOR AM I A RELATIVE OR EMPLOYEE OF ANY OF THE PARTIES'

15   ATTORNEYS OR COUNSEL CONNECTED WITH THE ACTION, NOR AM

16   I FINANCIALLY INTERESTED IN THE ACTION.

17       THE CERTIFICATION DOES NOT APPLY TO ANY

18   REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE

19   DIRECT CONTROL AND/OR DIRECTION OF THE REPORTER.

20       DATED THIS 6TH DAY OF FEBRUARY 2023.

21

22   

23   _____
     SANDRA A. BATTAGLIA
24   FLORIDA PROFESSIONAL REPORTER

25

**$**

**$1 [2]** 50/22 68/22
**$1,600 [3]** 26/20 26/25 36/14
**$1.2 [1]** 12/12
**$10 [1]** 45/24
**$2 [1]** 68/22
**$2,200 [1]** 38/3
**$2,800 [2]** 11/7 38/10
**$3,000 [1]** 36/13
**$3,050 [2]** 25/21 26/23
**$4 [1]** 50/21
**$4,600 [1]** 36/15
**$40,000 [1]** 19/16
**$5 [2]** 62/8 66/16
**$500,000 [3]** 57/1 68/22 69/8
**$600 [1]** 37/13
**$800,000 [1]** 34/22

**'**

**'09 [1]** 48/22
**'15 [4]** 49/11 55/25 65/18
65/21
**'19 [6]** 49/4 49/11 55/13
55/16 56/1 56/2
**'20 [2]** 49/4 49/5

**0**

**002536 [1]** 45/19

**1**

**1.8 [1]** 19/10
**1.8 MILLION [1]** 19/9
**1043 [5]** 45/22 46/10 46/13
46/22 47/5
**1099 [1]** 72/19
**1121 [5]** 11/14 14/13 15/9
16/12 17/12
**11:00 [1]** 6/24
**11:01 [2]** 1/13 4/2
**12 [1]** 37/12
**12:02 [1]** 45/4
**12:15 [1]** 45/1
**12:19 [1]** 45/6
**12:30 [1]** 6/25
**13 ACRES [1]** 47/5
**13506 [1]** 2/2
**1400 [1]** 2/7
**151,000 [1]** 14/22
**1747 [1]** 41/16
**18 [2]** 11/25 35/16
**19 [1]** 38/22
**199 [1]** 41/12
**1:00 [2]** 6/25 74/16
**1:06 [1]** 74/25
**1:07 [1]** 75/3
**1:08 [3]** 1/13 75/12 75/14
**1ST [1]** 56/2

**2**

**200 [7]** 12/8 13/14 17/10
37/6 37/9 37/17 38/6
**2004 [8]** 1/10 3/8 4/19 48/20
52/7 55/12 55/24 55/24
**2008 [4]** 21/12 42/6 48/22
58/6
**201 [1]** 2/7
**2010 [1]** 58/6
**2012 [2]** 58/6 68/10
**2013 [3]** 41/18 42/2 55/1
**2014 [3]** 15/24 55/2 58/6
**2015 [11]** 42/15 42/17 48/21
48/23 49/1 52/8 55/2 55/12
55/13 55/24 56/1

**2016 [3]** 58/6 66/1 68/10
**2018 [1]** 56/1
**2019 [2]** 27/24 48/24
**2019-CA-002536 [1]** 45/19
**2020 [6]** 22/11 56/3 56/5
62/6 63/11 71/23
**2022 [7]** 10/24 10/25 12/2
15/20 17/9 37/3 38/24
**2023 [5]** 1/12 36/6 76/8
76/10 77/20
**2026 [1]** 76/23
**205 [1]** 37/5
**21 [1]** 39/18
**216 [4]** 20/10 20/18 20/21
43/17
**22-BK-12776-LMI [2]** 1/4 4/17
**22ND [2]** 12/2 38/24
**24 [1]** 23/8
**2416 [3]** 1/15 10/14 10/18
**250 [1]** 57/21
**28 [1]** 36/22

**3**

**3,050 [1]** 36/22
**30 [1]** 23/10
**305-799-9120 [1]** 2/4
**309 [1]** 12/8
**325 [8]** 1/14 2/3 10/13 10/17
11/3 11/5 12/24 17/6
**32771 [1]** 45/23
**32801 [1]** 2/8
**33 [1]** 36/25
**33131 [3]** 1/15 10/14 10/18
**34786-7366 [1]** 2/3
**37 [1]** 38/15
**3RD [1]** 76/7

**4**

**407-481-5800 [1]** 2/8
**43 [1]** 43/12
**4395 [4]** 41/2 43/13 46/18
46/22
**45 [1]** 40/24

**5**

**5/6/2026 [1]** 76/23
**500,000 [1]** 68/4
**510 [1]** 41/13
**5150 [2]** 18/25 20/17
**5800 [1]** 2/8

**6**

**63 [1]** 42/19
**66 [2]** 4/20 8/16
**69 [1]** 24/24
**6TH [2]** 76/9 77/20

**7**

**700 [1]** 57/19
**7366 [1]** 2/3

**8**

**800 [2]** 13/15 37/23
**8117 [2]** 31/17 31/25
**8125 [3]** 31/12 32/2 32/8
**825,000 [1]** 13/16
**8TH [2]** 10/23 10/24

**9**

**9120 [1]** 2/4
**99.9 PERCENT [1]** 19/15
**9TH [1]** 40/24

**A**

**A-M-O-S [1]** 13/7
**A.M [1]** 1/13
**A/B [3]** 3/9 12/3 14/12
**ABARTOLONE [1]** 2/4
**ABG87 [1]** 42/7
**ABILITY [2]** 7/10 73/1
**ABLE [4]** 26/14 36/24 54/1
72/25
**ABOUT [46]** 4/5 7/6 7/24 8/2
14/11 15/15 15/17 16/5 16/11
16/16 17/5 17/6 17/10 17/12
17/16 20/13 20/16 24/9 26/23
26/25 28/25 34/13 35/16
36/13 36/14 40/11 42/12
42/13 43/25 45/1 46/10 47/10
47/11 47/14 48/20 51/3 51/4
51/16 56/22 60/2 62/7 63/13
63/14 64/8 64/17 69/21
**ABOVE [2]** 12/12 13/23
**ABSOLUTELY [2]** 10/10 42/8
**ACCEPTED [1]** 39/20
**ACCESS [3]** 58/21 58/24 66/9
**ACCOMMODATE [1]** 6/22
**ACCORDING [1]** 62/23
**ACCOUNT [25]** 19/11 29/22
30/16 31/16 31/23 31/24
31/24 32/2 32/8 32/11 32/16
32/18 51/9 53/20 53/20 53/21
68/11 68/12 68/14 68/15
68/16 68/16 71/4 71/4 71/9
**ACCOUNTANT [7]** 51/12 51/15
54/10 54/12 54/17 57/3 57/9
**ACCOUNTS [9]** 29/21 31/9 31/21
32/5 32/12 71/7 71/10 71/15
71/18
**ACCURATE [1]** 50/4
**ACRES [1]** 47/5
**ACTION [4]** 35/3 35/5 77/15
77/16
**ACTIVE [3]** 31/10 66/22 71/4
**ACTIVELY [7]** 48/20 52/8 55/3
55/6 55/12 55/25 65/14
**ACTUAL [2]** 53/7 73/1
**ACTUALLY [20]** 16/3 16/5 19/15
20/3 20/13 34/19 37/19 40/10
43/11 44/3 49/1 49/2 50/5
51/9 51/19 53/2 54/7 54/9
63/5 63/10
**ADD [2]** 38/2 68/20
**ADDITIONAL [2]** 10/8 47/7
**ADDRESS [11]** 10/12 11/1 11/3
11/6 18/2 37/7 37/18 43/14
45/22 46/6 46/7
**ADDRESSES [2]** 18/2 18/10
**ADJACENT [1]** 46/13
**AFFAIRS [3]** 11/25 35/15 38/25
**AFFECT [1]** 7/10
**AFFORD [1]** 28/1
**AFRICAN [2]** 73/8 73/9
**AFTER [11]** 5/21 5/23 18/13
25/1 43/23 51/24 54/23 56/14
60/25 61/1 61/2
**AFTERNOON [3]** 26/4 45/8 45/9
**AFTERWARDS [2]** 18/10 24/13
**AGAIN [8]** 30/20 35/14 36/18
39/16 45/8 54/12 72/14 73/24
**AGAINST [3]** 23/9 34/25 45/21
**AGO [15]** 8/2 15/18 15/19
20/14 20/20 34/11 34/19
40/11 42/12 42/13 42/22
43/22 66/8 72/12 72/12

**A**

**AGREEMENT [4]** 33/7 62/8 64/8 73/4

**AHEAD [7]** 4/24 8/21 11/16 14/11 30/19 35/13 45/11

**ALDO [8]** 2/2 39/4 49/7 54/19 61/17 74/17 74/21 75/10

**ALDO'S [1]** 9/17

**ALL [28]** 5/8 7/13 7/17 16/3 16/7 17/5 27/23 32/7 38/15 42/4 47/18 47/25 48/13 54/12 56/8 58/22 68/20 69/25 70/12 70/18 70/20 70/21 70/23 70/25 72/21 74/11 74/16 75/4

**ALMOST [1]** 45/23

**ALONG [1]** 38/24

**ALREADY [6]** 33/24 34/13 35/17 35/22 43/13 46/20

**ALSO [13]** 2/11 5/20 5/24 12/21 14/12 14/14 17/10 22/24 25/22 26/1 30/4 42/15 60/10

**ALWAYS [1]** 32/15

**AM [5]** 4/15 33/8 77/12 77/14 77/15

**AMENDED [4]** 3/7 4/19 8/16 31/1

**AMOS [5]** 12/17 13/7 13/24 14/19 16/1

**AMOUNT [5]** 13/23 34/20 39/21 58/1 61/15

**AND/OR [1]** 77/19

**ANDREW [6]** 1/8 1/11 3/2 4/9 76/6 77/7

**ANOTHER [8]** 20/18 25/5 34/25 38/3 47/12 47/20 50/22 71/16

**ANSWER [14]** 5/9 5/23 6/4 6/7 6/16 7/10 10/4 16/20 28/2 28/25 32/23 33/10 59/11 74/12

**ANSWERED [2]** 9/16 53/7

**ANSWERS [3]** 5/4 5/9 13/4

**ANTICIPATION [1]** 9/13

**ANY [117]**

**ANYBODY [4]** 6/21 8/8 33/9 47/10

**ANYONE [3]** 8/3 15/9 23/1

**ANYTHING [14]** 6/6 6/21 7/1 20/24 22/17 24/1 46/14 46/14 46/15 50/2 53/10 56/13 64/8 64/13

**ANYWAY [1]** 58/13

**ANYWHERE [2]** 57/18 68/24

**APARTMENT [7]** 1/15 10/13 10/18 12/8 37/17 37/22 41/13

**APPEAL [1]** 6/10

**APPEARED [1]** 76/6

**APPLIED [1]** 23/9

**APPLY [1]** 77/17

**APPOINTED [1]** 56/18

**APPRECIATE [1]** 28/20

**APPROPRIATE [3]** 10/4 57/8 57/9

**APPROVED [1]** 63/11

**APPROXIMATE [1]** 66/12

**APPROXIMATELY [3]** 13/15 20/19 20/24

**APRIL [8]** 12/2 37/2 38/1 38/24 49/5 56/2 56/5 63/11

**APRIL 22ND [2]** 12/2 38/24

**ARE [33]** 4/18 7/9 9/3 11/8 12/20 17/25 18/16 18/17

18/17 20/7 20/23 22/7 27/2 27/10 27/21 40/23 41/1 41/11 41/15 41/18 42/3 42/5 47/19 52/22 61/21 65/8 65/11 72/8 73/21 77/9

**AREA [1]** 61/11

**AREZZO [4]** 20/10 20/18 20/21 43/17

**ARIZONA [2]** 19/25 63/10

**AROUND [13]** 21/4 26/20 30/5 30/7 30/10 36/15 43/15 46/19 48/22 49/1 57/1 59/25 74/16

**ARTWORK [1]** 29/15

**AS [37]** 4/10 5/23 6/15 6/15 8/21 9/5 9/7 11/16 11/18 11/21 11/25 22/18 27/24 30/21 31/2 31/6 32/3 36/1 37/17 39/14 40/3 45/15 51/6 54/5 54/6 56/4 57/8 57/9 59/3 59/17 61/7 61/7 62/24 67/9 67/9 70/24 73/4

**ASK [16]** 5/2 5/3 5/14 5/16 5/23 5/24 6/6 13/2 14/11 31/20 46/10 54/22 59/24 59/24 60/17 67/23

**ASKED [6]** 5/18 9/12 28/10 63/5 63/7 71/2

**ASKING [5]** 7/12 14/7 26/3 46/25 64/25

**ASKS [1]** 12/3

**ASPECT [1]** 59/13

**ASSETS [4]** 31/9 44/12 44/16 60/16

**ASSISTANCE [1]** 27/5

**ASSUME [1]** 5/17

**AT [67]** 4/2 4/19 6/23 7/13 7/19 9/3 11/1 11/3 11/18 12/12 13/17 13/21 14/23 15/9 15/13 16/18 17/3 20/18 24/10 26/22 28/8 32/24 37/1 37/1 37/5 37/9 37/13 37/24 37/25 38/5 38/6 40/24 41/2 41/11 41/16 45/4 45/6 48/11 48/13 49/6 49/25 50/20 51/12 51/18 54/18 57/19 57/20 57/21 58/5 58/12 58/14 59/3 59/8 64/16 66/14 68/13 68/21 70/11 71/19 72/21 74/15 74/25 75/3 75/11 75/12 75/14 76/22

**ATTACHED [1]** 8/16

**ATTORNEY [21]** 2/5 2/9 4/15 5/25 6/3 6/4 7/25 7/25 8/5 8/8 18/10 20/6 24/14 36/11 49/24 50/9 51/23 63/9 73/16 73/21 77/13

**ATTORNEY'S [1]** 6/7

**ATTORNEY/CLIENT [1]** 6/3

**ATTORNEYS [4]** 3/13 39/19 39/20 77/15

**AUDIBLE [1]** 5/10

**AUGUST [6]** 10/23 10/24 12/21 12/23 17/9 56/2

**AUGUST 2022 [1]** 17/9

**AUGUST 8TH [2]** 10/23 10/24

**AUTHORITY [1]** 48/22

**AUTHORIZED [1]** 77/5

**AUTOMATICALLY [1]** 32/9

**AVAILABLE [1]** 30/14

**AVENUE [1]** 2/7

**AVENUES [1]** 73/17

**AWARE [1]** 48/13

**AWESOME [1]** 7/9

**B**

**BACK [27]** 6/17 7/1 11/17 17/2 23/2 27/23 29/25 33/20 35/4 35/14 38/1 38/6 38/6 45/6 45/12 48/6 48/15 52/6 55/5 55/5 55/23 59/19 62/5 62/6 64/13 71/3 75/3

**BALANCE [1]** 13/13

**BALLPARK [1]** 67/25

**BANK [17]** 19/11 29/21 29/23 30/17 31/9 31/16 31/21 31/24 32/11 32/18 34/6 51/9 53/20 68/11 68/19 71/3 71/17

**BANKRUPT [3]** 22/5 68/25 70/22

**BANKRUPTCIES [1]** 21/19

**BANKRUPTCY [17]** 1/2 3/9 4/17 4/20 11/12 12/1 18/7 21/15 21/17 21/18 29/1 32/14 35/6 35/7 38/22 58/25 71/14

**BARTOLONE [1]** 2/2

**BASED [5]** 36/12 37/3 37/9 54/1 58/2

**BASICALLY [3]** 24/3 25/7 52/21

**BASIS [1]** 64/20

**BATTAGLIA [5]** 1/16 76/4 76/21 77/4 77/23

**BE [42]** 4/4 4/5 5/7 6/8 9/10 10/4 11/13 15/19 16/6 18/23 22/21 23/7 26/14 26/19 28/15 28/21 31/25 32/1 34/1 34/2 34/2 36/23 39/4 44/25 46/3 47/7 50/3 51/22 52/22 58/7 58/9 58/10 58/18 63/13 63/19 64/4 66/5 66/7 69/22 70/1 72/3 74/12

**BEACH [2]** 20/9 20/19

**BEAT [2]** 6/18 60/13

**BEAUDINE [1]** 2/6

**BECAME [2]** 21/23 40/10

**BECAUSE [17]** 5/25 9/15 11/19 16/6 27/6 27/25 31/22 39/6 49/2 50/4 52/24 57/17 57/22 61/21 65/11 67/1 69/3

**BECOME [2]** 38/20 39/17

**BEEN [28]** 4/10 10/21 13/17 14/23 16/21 17/11 17/19 22/15 24/8 24/9 24/9 27/7 29/2 32/19 32/19 32/21 34/4 41/20 42/5 53/8 58/6 59/13 65/4 65/5 68/9 69/1 69/3 71/22

**BEFORE [18]** 4/21 4/25 7/21 8/1 9/14 13/3 15/23 32/14 43/9 43/19 50/15 50/15 51/20 53/11 56/21 69/4 74/18 76/6

**BEGIN [1]** 13/3

**BEHIND [2]** 16/23 46/14

**BELIEVE [16]** 10/7 13/25 14/14 17/13 21/12 31/8 34/19 37/4 39/17 41/19 48/10 49/7 50/19 50/20 51/18 62/25

**BELLY [1]** 49/6

**BEN [3]** 9/1 13/6 75/8

**BENJAMIN [2]** 2/6 4/15

**BENTLEY [1]** 42/7

**BENZ [2]** 41/19 42/16

**BEST [5]** 7/19 23/2 66/6 66/24 67/15

**BETTER [1]** 66/23

**BETTY [1]** 73/25

**BETWEEN [5]** 48/8 49/11 56/20 60/11 61/13

**B**

**BIG [15]**   2/9  4/15  21/25  45/20  48/8  50/17  51/8  53/16  60/8  60/11  61/13  62/7  62/9  73/12  74/10
**BIGGEST [2]**   69/22  70/1
**BILL [7]**   2/12  20/3  49/22  50/7  50/11  50/13  50/13
**BILL'S [1]**   49/3
**BISCAYNE [13]**   1/14  10/13  10/17  11/3  11/6  12/8  12/24  13/14  17/6  17/10  37/10  37/17  38/7
**BIT [6]**   11/17  21/2  28/16  36/21  45/12  58/10
**BIWEEKLY [3]**   26/18  65/10  65/18
**BK [2]**   1/4  4/17
**BLACK [3]**   41/18  42/2  42/6
**BLANK [2]**   39/1  39/3
**BOATS [1]**   29/7
**BONAVITA [6]**   49/5  56/5  59/18  60/23  61/4  61/9
**BONDS [2]**   33/1  33/1
**BORROWED [1]**   34/5
**BORROWERS [1]**   50/6
**BOTH [9]**   18/1  18/3  22/5  22/5  22/6  43/11  44/9  46/21  46/23
**BOTTOM [4]**   9/9  52/20  53/7  68/25
**BOUGHT [3]**   16/4  16/7  16/15
**BOULEVARD [13]**   1/14  10/13  10/17  11/3  11/6  12/8  12/25  13/14  17/7  17/10  37/10  37/18  38/7
**BOUNDARIES [1]**   54/14
**BOY [1]**   54/18
**BREACH [2]**   48/11  62/7
**BREAK [7]**   6/14  6/17  6/21  6/25  44/22  48/19  74/18
**BRIAN [2]**   15/5  16/1
**BRIEF [3]**   5/24  22/20  45/5
**BRING [2]**   35/14  72/23
**BROAD [1]**   63/24
**BROKE [1]**   68/25
**BROKER [2]**   22/21  72/22
**BROUGHT [1]**   71/21
**BTAYLOR [1]**   2/9
**BUILD [1]**   47/19
**BUILDING [4]**   12/4  22/6  46/8  47/20
**BUILDINGS [5]**   21/21  23/9  43/6  46/21  46/23
**BUMP [1]**   36/21
**BUS [4]**   30/3  30/4  30/13  37/14
**BUSINESS [20]**   21/5  21/12  22/16  23/5  23/12  23/15  23/18  23/21  24/20  25/1  25/4  25/4  39/7  39/8  41/7  43/3  47/12  47/23  49/22  59/14
**BUT [69]**   4/24  5/16  6/5  6/7  7/18  9/4  9/20  11/18  17/22  18/3  18/5  18/8  18/17  21/2  21/6  21/22  22/23  22/25  23/1  24/12  24/23  25/13  26/2  26/15  27/22  28/18  34/21  35/17  35/21  36/12  37/8  42/4  43/11  43/15  44/19  46/2  46/3  48/15  50/5  51/2  52/22  53/1  53/15  54/3  54/12  56/11  56/14  56/15  57/7  57/21  59/6  59/22  60/2

63/1  63/21  64/13  65/18  66/12  66/17  67/11  69/1  70/19  71/15  71/16  71/24  73/18  74/5  74/6
**BUYER [3]**   25/10  25/10  72/23

**C**

**CA [1]**   45/19
**CALL [2]**   21/21  25/8
**CALLED [2]**   19/24  22/22
**CALLS [1]**   25/8
**CAME [6]**   39/24  51/17  55/8  57/12  61/2  73/18
**CAMPERS [1]**   29/11
**CAN [42]**   5/8  6/4  8/13  8/14  8/17  8/19  10/15  10/16  11/24  17/24  17/24  18/9  18/18  18/21  20/7  23/4  24/13  24/14  25/9  26/16  35/4  37/8  38/4  40/19  41/5  43/11  48/15  49/9  49/21  50/16  51/9  54/23  59/24  60/1  60/6  61/20  63/21  63/21  65/16  67/11  73/20  74/24
**CAN'T [9]**   9/24  18/2  42/24  43/9  43/10  43/14  54/21  59/11  59/22
**CAR [5]**   41/23  42/8  42/9  42/11  42/22
**CARE [1]**   26/11
**CARS [7]**   41/21  42/3  42/5  42/24  70/8  70/11  70/21
**CASE [8]**   1/4  4/17  4/17  4/20  8/7  12/1  38/22  45/18
**CASH [3]**   32/10  69/7  73/13
**CATCH [1]**   24/4
**CATHCART [5]**   11/14  14/13  15/10  16/12  17/12
**CENTER [1]**   21/22
**CEO [2]**   24/7  52/9
**CERTAIN [1]**   54/10
**CERTAINLY [1]**   69/5
**CERTIFICATE [2]**   76/1  77/1
**CERTIFICATION [1]**   77/17
**CERTIFY [3]**   76/6  77/5  77/12
**CFO [6]**   58/18  58/19  59/15  65/4  66/11  66/13
**CFO'S [4]**   58/20  58/23  59/21  63/12
**CHANGE [1]**   5/5
**CHANGED [2]**   36/18  65/24
**CHANGES [1]**   36/12
**CHAPTER [2]**   1/5  49/8
**CHARGE [4]**   56/1  56/4  59/12  59/13
**CHART [2]**   53/10  63/17
**CHAT [1]**   8/22
**CHECKING [11]**   29/22  30/16  31/9  31/23  31/24  32/2  32/8  32/13  68/11  68/18  71/4
**CHICKEN [1]**   24/22
**CHILDREN [3]**   48/4  64/10  72/6
**CHRIS [7]**   49/4  56/5  59/18  60/23  61/2  61/4  61/9
**CIRCLE [6]**   11/14  14/13  15/10  16/12  17/12  71/3
**CITY [1]**   30/14
**CLAIMS [1]**   33/16
**CLEANED [3]**   70/16  70/19  70/25
**CLEANING [3]**   22/16  22/18  23/4
**CLEAR [1]**   21/16
**CLIENT [1]**   6/3
**CLOSE [4]**   25/24  32/13  44/8  50/12

**CLOSED [3]**   71/7  71/15  71/25
**CLOSURE [1]**   27/6
**COME [7]**   6/17  7/1  11/17  17/2  39/22  47/22  57/12
**COMMISSION [4]**   25/13  25/15  76/22  76/23
**COMMISSIONS [1]**   65/5
**COMMODITIES [2]**   22/24  24/20
**COMMUNICATE [1]**   5/6
**COMMUNICATIONS [1]**   61/22
**COMPANIES [3]**   29/3  41/24  70/15
**COMPANY [73]**   14/18  19/14  19/21  19/24  21/3  22/11  22/12  22/15  22/22  23/3  23/4  23/23  24/7  25/5  25/8  25/16  27/25  44/3  44/5  48/20  48/20  48/23  49/1  49/11  49/25  50/2  50/5  50/10  52/12  52/17  52/18  52/20  53/2  53/3  53/8  55/4  55/6  55/9  55/11  55/25  56/6  56/8  56/17  56/22  56/23  57/11  57/12  57/12  58/1  59/15  59/16  59/21  62/20  63/13  64/12  65/3  65/4  65/15  65/16  65/23  66/3  66/4  66/10  66/21  66/23  67/15  67/19  67/25  69/13  69/21  69/22  72/9  72/13
**COMPANY'S [2]**   42/4  61/5
**COMPENSATION [2]**   3/12  39/19
**COMPLETE [2]**   5/21  77/9
**COMPLETELY [2]**   39/1  39/3
**COMPUTER [1]**   59/20
**CONCEPT [1]**   47/12
**CONCEPTS [13]**   21/3  21/5  21/20  21/22  28/3  29/1  41/8  43/2  45/21  48/9  48/17  50/17  51/6
**CONCEPTS' [1]**   21/18
**CONCERNED [1]**   61/8
**CONCLUDED [1]**   75/13
**CONDO [6]**   33/18  33/19  34/15  34/16  34/18  37/4
**CONDOMINIUM [1]**   12/11
**CONDUCTED [2]**   21/5  43/3
**CONFIDENTIAL [1]**   61/22
**CONFUSED [1]**   16/14
**CONNECTED [1]**   77/15
**CONSIDERING [1]**   69/7
**CONSULTANT [1]**   22/21
**CONSULTING [3]**   50/2  50/5  50/10
**CONTACT [2]**   24/5  24/17
**CONTESTED [1]**   66/1
**CONTINUE [2]**   55/18  67/22
**CONTRACTOR [1]**   73/5
**CONTRACTS [1]**   23/1
**CONTROL [2]**   10/2  77/19
**CONTROLLED [1]**   53/22
**CONTROLLER [2]**   51/18  53/1
**COPY [3]**   5/22  10/16  75/10
**CORNER [2]**   43/15  46/19
**CORPORATE [2]**   18/6  27/23
**CORPORATION [1]**   45/22
**CORRECT [48]**   10/25  11/15  12/10  12/18  12/21  12/25  13/1  13/1  14/16  16/25  18/11  19/7  20/21  27/1  28/7  29/5  29/24  30/18  31/1  31/15  31/15  34/14  34/17  34/23  34/23  35/24  35/25  36/8  36/16  37/10  37/11  37/15  38/3  38/13  38/17  46/9  46/11  50/25  53/4  55/14  55/16  55/16  60/23  60/24  62/1  62/2

## C

**CORRECT... [2]** 71/6 72/7
**CORRECTLY [2]** 19/18 28/25
**COST [1]** 65/23
**COULD [23]** 16/9 24/10 25/7
25/8 31/20 32/1 34/1 34/1
34/2 53/11 53/12 57/20 59/20
59/23 63/21 66/7 66/16 67/7
68/8 68/9 68/13 68/22 72/25
**COULDN'T [1]** 28/1
**COUNSEL [3]** 74/14 77/13 77/15
**COUNTY [3]** 45/18 76/3 77/3
**COUPLE [5]** 5/20 53/1 55/2
55/2 71/14
**COURSE [3]** 48/14 70/9 70/13
**COURT [10]** 1/2 5/4 5/21
20/10 20/18 20/21 35/3 43/17
45/18 61/23
**COVER [3]** 36/24 37/13 40/9
**COVERED [1]** 27/10
**COVID [2]** 23/7 23/9
**CREDITOR [1]** 4/16
**CROCKER [5]** 73/22 73/25 73/25
74/3 74/9
**CROCKER'S [1]** 74/13
**CRYPTOCURRENCY [1]** 33/4
**CURRENT [7]** 3/11 10/12 11/8
12/1 37/16 37/22 38/23
**CURRENTLY [7]** 22/7 31/13 33/9
33/20 34/24 61/9 70/14
**CUSTODY [1]** 10/2
**CYCLE [2]** 64/19 65/23
**CYCLICAL [1]** 57/22

## D

**DATE [1]** 1/12
**DATED [1]** 77/20
**DATES [1]** 51/2
**DAUGHTER [6]** 15/14 16/3 16/4
16/13 16/15 16/23
**DAUGHTER'S [1]** 16/21
**DAY [7]** 16/21 65/13 65/14
66/12 76/8 76/9 77/20
**DAYS [1]** 23/11
**DEAL [1]** 57/24
**DEBT [1]** 39/8
**DEBTOR [2]** 35/19 35/20
**DEBTORS [5]** 1/9 2/5 3/13 39/7
39/19
**DECEMBER [1]** 15/20
**DECEMBER 2022 [1]** 15/20
**DECISION [1]** 63/3
**DECISION-MAKING [1]** 63/3
**DECLINED [1]** 72/1
**DEEMED [1]** 57/8
**DEFENSE [1]** 33/1
**DEFINITELY [2]** 59/6 59/23
**DENIED [1]** 71/20
**DEPEND [1]** 68/5
**DEPENDING [1]** 64/18
**DEPOSIT [1]** 32/7
**DEPOSITED [1]** 32/9
**DEPOSITION [15]** 4/21 4/24
6/13 6/24 7/15 7/21 8/1 8/4
8/17 8/22 9/13 25/25 51/24
77/6 77/10
**DESCRIBE [6]** 23/5 41/5 47/4
48/16 49/21 50/3
**DESIGNATE [1]** 54/11
**DEVELOPING [1]** 47/10
**DID [95]**
**DIDN'T [20]** 7/16 14/2 14/6
16/9 24/4 39/25 47/21 48/25
52/20 53/2 53/17 55/10 56/9
56/19 60/12 65/8 65/19 73/2
73/4 73/15
**DIFFERENT [15]** 23/10 40/9
43/15 48/18 52/17 53/9 58/20
64/21 64/22 65/6 65/6 65/7
65/12 68/13 73/17
**DIP [1]** 26/3
**DIRECT [4]** 3/3 4/12 6/4
77/19
**DIRECTION [1]** 77/19
**DISASTER [1]** 63/25
**DISCLOSED [1]** 34/4
**DISCLOSURE [2]** 3/12 39/18
**DISCUSS [2]** 24/13 36/11
**DISCUSSED [8]** 7/24 8/4 8/7
33/24 35/22 46/20 57/9 71/3
**DISCUSSION [1]** 75/1
**DISCUSSIONS [1]** 47/9
**DISPOSED [1]** 33/23
**DISTRIBUTION [1]** 57/13
**DISTRIBUTIONS [5]** 54/5 56/8
56/17 56/24 57/6
**DISTRICT [1]** 1/2
**DIVISION [1]** 1/3
**DIVISIONS [1]** 64/22
**DIVULGING [1]** 7/23
**DO [114]**
**DOCKET [5]** 4/20 8/16 11/25
38/21 39/18
**DOCUMENT [19]** 8/11 9/6 9/14
9/20 9/22 9/23 10/1 10/3
11/20 31/5 35/16 39/1 39/3
39/13 40/2 45/14 60/14 63/6
63/7
**DOCUMENT'S [1]** 60/17
**DOCUMENTS [8]** 7/20 7/22 9/10
9/12 9/22 10/8 31/2 67/6
**DOES [23]** 5/18 7/2 15/9 20/1
24/20 25/22 26/8 26/17 30/1
30/2 31/22 33/9 37/13 37/24
52/9 56/6 61/9 68/16 68/17
68/18 68/23 74/20 77/17
**DOESN'T [1]** 74/19
**DOING [2]** 23/2 70/25
**DOLLARS [5]** 38/8 68/3 68/9
69/9 70/8
**DON'T [67]** 9/1 13/25 23/1
24/11 29/10 31/18 31/19
31/19 31/19 31/21 32/19
32/23 34/21 37/25 37/25 42/3
42/23 46/2 46/3 51/2 51/11
52/11 52/11 52/11 52/14 55/8
55/22 56/11 56/14 56/25 57/2
57/2 59/1 61/6 61/6 61/8
61/24 62/12 62/21 64/4 64/4
64/5 65/11 65/24 66/7 66/11
66/18 66/19 66/25 66/25 67/1
67/1 67/4 67/12 67/24 68/7
68/14 69/14 69/16 69/19
69/25 70/1 71/19 71/23 74/7
74/11 74/11
**DONE [1]** 54/23
**DORKO [12]** 1/8 1/8 1/11 3/2
4/3 4/9 4/14 13/3 35/20 75/6
76/6 77/7
**DOWN [10]** 5/22 6/18 10/16
18/21 27/24 35/17 38/14
45/19 48/19 60/22
**DRAW [5]** 23/20 35/23 53/24
53/25 54/1
**DRIVE [4]** 18/25 20/17 42/15
42/22
**DRIVEN [1]** 42/6
**DROP [1]** 8/21
**DULY [2]** 4/10 76/7
**DURING [13]** 16/16 27/23 56/8
58/24 61/12 61/12 62/25 63/6
66/10 67/16 69/10 70/6 77/10

## E

**EACH [4]** 12/4 22/2 53/12
69/18
**EARLIER [2]** 14/14 71/2
**EAST [1]** 41/12
**EASY [1]** 25/2
**ECKHOLM [4]** 2/12 2/12 20/4
49/22
**EDEN [1]** 2/6
**EDUCATION [1]** 27/10
**EFFECT [1]** 64/1
**EISL [1]** 64/3
**EITHER [7]** 18/8 18/9 25/12
28/2 42/3 43/24 53/11
**ELABORATING [1]** 47/16
**ELECTED [1]** 56/4
**ELECTION [3]** 58/3 64/19 66/2
**ELECTIONS [1]** 58/12
**ELECTRONICALLY [1]** 59/10
**ELK [14]** 2/9 4/15 45/20 48/8
50/17 51/8 53/16 60/8 60/11
61/13 62/7 62/9 73/13 74/10
**ELK'S [1]** 21/25
**ELSE [6]** 6/6 7/1 8/8 20/24
64/15 75/6
**EMAIL [3]** 8/24 8/25 9/4
**EMAILS [1]** 59/20
**EMPLOYED [4]** 22/7 22/10 26/6
36/1
**EMPLOYEE [5]** 72/19 72/19
72/21 77/13 77/14
**EMPLOYEES [9]** 57/13 57/16
57/18 57/24 58/1 62/22 64/17
64/19 64/24
**EMPLOYMENT [1]** 73/4
**EMPTY [1]** 15/11
**ENCUMBERED [2]** 12/16 19/15
**ENCUMBERS [1]** 15/7
**END [5]** 9/3 49/2 49/6 57/20
57/21
**ENDED [5]** 53/14 57/17 72/10
72/11 72/11
**ENDING [1]** 31/16
**ENDURANCE [2]** 6/14 6/20
**ENGAGES [1]** 22/16
**ENOUGH [2]** 5/7 7/3
**ENTIRE [1]** 15/7
**ENTITY [2]** 33/11 53/21
**ENTRY [1]** 38/22
**EQUITY [1]** 23/14
**ESQUIRE [2]** 2/2 2/6
**ESSENTIALLY [2]** 35/9 62/11
**ESTABLISHED [1]** 17/7
**ESTATE [1]** 12/5
**EVEN [2]** 66/14 73/4
**EVER [24]** 15/12 18/13 22/15
23/23 25/15 26/3 40/14 42/6
43/1 43/4 43/23 44/11 44/15
47/9 48/3 61/14 61/23 62/9
62/13 62/16 73/3 73/12 73/18
74/9
**EVERY [3]** 10/1 58/2 58/2
**EVERYBODY [2]** 64/14 75/6
**EVERYONE [1]** 9/4
**EVERYTHING [3]** 10/5 58/25

## E

**EVERYTHING... [1]** 72/3
**EVERYTHING'S [1]** 34/4
**EXACT [6]** 26/15 51/2 57/7 66/9 67/2 68/7
**EXACTLY [9]** 42/25 50/4 50/19 51/17 56/11 56/14 57/9 70/1 73/18
**EXAMINATION [7]** 1/10 3/3 3/8 4/12 4/19 77/7 77/11
**EXAMINED [1]** 4/10
**EXAMPLE [4]** 21/25 25/7 66/1 71/12
**EXCEPT [1]** 58/14
**EXECUTOR [1]** 33/6
**EXEMPT [1]** 39/10
**EXHIBIT [19]** 8/15 8/18 8/21 9/5 9/7 11/17 11/21 11/23 17/2 30/21 31/2 31/6 35/14 38/20 39/14 39/17 40/3 45/10 45/15
**EXHIBITS [1]** 9/3
**EXIST [2]** 68/17 68/23
**EXPECT [1]** 7/16
**EXPENSE [1]** 70/1
**EXPENSES [15]** 37/1 37/9 38/1 38/2 38/3 38/5 38/9 40/9 69/12 69/18 69/21 69/22 69/25 70/6 70/12
**EXPIRES [1]** 76/23
**EXTENSIVE [1]** 52/16
**EXTENT [3]** 6/1 6/9 51/21

## F

**FACT [1]** 22/19
**FAIR [4]** 7/3 26/21 66/15 67/6
**FAITH [1]** 40/13
**FAMILIAR [5]** 40/23 41/1 41/11 41/15 41/18
**FAR [3]** 27/10 61/7 67/9
**FARGO [4]** 71/12 71/14 71/20 71/21
**FAST [1]** 18/17
**FATHER [1]** 44/19
**FAVOR [1]** 34/25
**FAVORITE [2]** 42/8 42/9
**FEBRUARY [4]** 1/12 76/8 76/10 77/20
**FEE [1]** 39/21
**FEEL [3]** 5/15 69/2 70/23
**FEES [3]** 37/14 37/14 39/20
**FEET [1]** 37/21
**FELT [1]** 54/6
**FEW [2]** 18/19 18/21
**FIGURE [4]** 25/5 26/15 69/6 69/10
**FIGURES [1]** 68/7
**FILED [8]** 11/25 12/2 28/8 29/1 38/24 39/3 49/7 61/23
**FILES [1]** 59/20
**FILING [2]** 32/14 39/21
**FILL [1]** 39/9
**FILLED [2]** 37/2 39/3
**FINAL [7]** 3/14 27/13 27/14 45/17 45/20 45/25 48/6
**FINANCE [2]** 14/17 19/14
**FINANCED [1]** 14/19
**FINANCIAL [15]** 11/25 12/17 13/7 13/24 14/19 16/1 31/8 35/15 38/25 52/16 52/17 59/3 59/9 64/13 71/11

## FINANCIALLY [1]** 77/16
**FINANCIALS [1]** 35/25
**FIND [7]** 24/10 24/24 25/9 25/10 37/7 59/21 63/22
**FIREARMS [1]** 29/13
**FIRST [9]** 12/7 15/8 16/24 17/14 19/13 19/13 19/19 57/12 74/11
**FIVE [6]** 32/22 34/9 34/11 44/22 50/18 50/19
**FL [3]** 1/15 2/3 2/8
**FLAGLER [1]** 41/12
**FLORIDA [27]** 1/2 10/14 10/18 12/9 14/13 17/7 17/11 17/13 19/2 20/18 20/22 40/24 41/3 41/12 41/16 43/18 45/21 45/23 46/22 61/10 76/2 76/4 76/5 76/22 77/2 77/4 77/24
**FLUCTUATE [1]** 64/18
**FOCUSED [1]** 62/6
**FOLKS [2]** 51/22 63/13
**FOLLOW [1]** 74/18
**FOLLOW-UP [1]** 74/18
**FOLLOWED [3]** 50/22 63/1 63/1
**FOLLOWS [1]** 4/11
**FORECLOSED [6]** 17/11 17/23 18/20 20/16 22/6 44/2
**FORECLOSURE [14]** 11/12 12/14 12/15 13/18 13/21 14/15 14/24 15/2 17/13 18/3 19/5 41/10 43/12 44/9
**FOREGOING [2]** 77/6 77/9
**FORGET [2]** 28/23 57/7
**FORGOT [4]** 16/5 16/16 16/19 16/20
**FORMAL [1]** 54/3
**FORMAT [1]** 23/10
**FORMED [1]** 49/22
**FORMS [1]** 64/21
**FOUND [1]** 72/22
**FOUR [5]** 18/23 20/24 27/21 32/25 50/19
**FPR [2]** 1/16 76/21
**FPR-C [2]** 1/16 76/21
**FRAMES [2]** 42/25 56/15
**FRANK [1]** 16/6
**FRANKLY [1]** 7/17
**FRAZZLED [1]** 69/2
**FREE [1]** 5/15
**FRIEND [3]** 39/24 40/5 40/10
**FRONT [2]** 46/14 47/19
**FRUITION [2]** 47/22 73/19
**FRUSTRATING [1]** 69/2
**FUEL [1]** 24/22
**FULL [1]** 16/12
**FUNDING [10]** 2/9 4/16 19/25 20/1 45/20 48/8 49/25 50/14 50/17 51/9
**FUNDS [4]** 14/7 18/13 47/24 63/14
**FURTHER [1]** 77/12
**FUTURE [1]** 47/15

## G

**GAIN [1]** 35/11
**GATHER [2]** 6/18 44/23
**GAVE [5]** 22/1 39/25 39/25 40/5 48/22
**GC [1]** 42/7
**GENERAL [1]** 54/21
**GENERALLY [2]** 4/23 49/21
**GENERATE [1]** 57/23
**GENTLEMAN [2]** 49/10 50/9

## GENTLEMEN [1]** 14/5
**GEORGE [6]** 48/21 49/2 49/11 49/12 55/12 56/1 59/17 60/25 61/1
**GESTURE [1]** 40/13
**GET [21]** 4/25 5/8 18/10 21/2 22/25 24/23 25/22 28/18 30/4 30/7 30/9 44/23 50/14 52/23 54/23 59/6 59/23 60/6 61/23 65/8 65/19
**GETS [1]** 27/6
**GETTING [6]** 24/25 24/25 26/19 60/13 70/20 70/25
**GIFTED [1]** 40/14
**GIVE [13]** 4/5 21/14 22/19 26/14 40/8 44/15 49/13 49/15 53/12 56/13 58/22 67/4 69/18
**GIVEN [4]** 44/11 44/18 53/11 62/24
**GIVING [1]** 27/7
**GMAIL.COM [1]** 1/18
**GO [19]** 4/24 6/25 8/21 10/16 11/16 14/10 19/10 19/11 19/11 27/7 30/19 35/13 43/12 45/11 52/11 55/17 55/22 68/11 74/22
**GOD [2]** 4/6 24/8
**GOES [2]** 57/18 58/12
**GOING [33]** 4/24 5/2 5/3 6/23 7/17 8/12 8/20 8/20 9/4 10/11 11/16 11/18 13/2 14/15 17/1 17/13 30/19 30/20 35/13 36/11 38/19 38/20 39/16 46/10 47/18 47/19 50/3 50/13 51/5 52/22 54/20 70/19 70/24
**GONE [7]** 38/10 42/5 42/5 42/24 68/10 68/17 69/7
**GOOD [17]** 4/14 7/2 7/4 24/5 24/17 28/18 40/13 45/8 45/9 66/2 66/15 67/24 67/25 68/2 68/8 68/21 70/6
**GOT [15]** 13/8 15/9 18/5 20/23 27/23 31/9 36/6 36/9 39/11 43/13 46/25 49/19 52/15 59/2 71/15
**GOTTEN [2]** 51/22 72/3
**GOVERNMENT [3]** 27/5 62/14 63/23
**GRAB [1]** 8/11
**GRANTS [2]** 27/7 27/9
**GREAT [2]** 44/25 57/24
**GROSS [6]** 36/9 36/13 36/15 67/11 67/17 67/19
**GROSSING [1]** 70/7
**GROUND [1]** 4/25
**GUARANTEE [3]** 59/22 60/7 60/12
**GUARANTEED [1]** 60/11
**GUESS [15]** 6/19 20/7 31/20 39/2 46/2 46/25 61/18 64/23 66/6 66/7 70/2 70/3 70/4 72/20 75/4
**GUESSING [1]** 66/5
**GUY [2]** 52/20 53/7
**GUY'S [1]** 24/10
**GUYS [1]** 44/21
**GUYS' [1]** 30/12

## H

**HAD [26]** 4/21 21/2 27/25 29/2 29/4 30/16 32/16 32/25 40/11 42/24 47/13 49/2 52/24 54/10 58/20 60/15 64/17

## H

**HAD...** **[9]** 64/25 65/6 65/7 66/21 66/23 68/13 69/7 70/2 71/9
**HALF** **[2]** 24/9 72/12
**HAND** **[4]** 4/3 22/17 23/6 76/9
**HANDLE** **[1]** 73/15
**HANDS** **[1]** 23/8
**HAPPEN** **[1]** 16/10
**HAPPENED** **[9]** 12/13 12/21 12/23 19/3 20/11 21/13 31/16 42/11 47/21
**HAPPY** **[1]** 27/17
**HAS** **[18]** 5/22 12/15 13/17 14/23 14/25 15/1 17/11 38/9 46/3 59/2 59/5 59/6 60/18 61/4 61/23 63/18 72/9 74/17
**HASN'T** **[3]** 25/13 25/14 44/19
**HATE** **[1]** 28/17
**HAVE** **[131]**
**HAVEN'T** **[3]** 17/22 33/24 74/4
**HAVING** **[3]** 4/10 25/1 31/19
**HE** **[26]** 39/25 40/10 40/11 40/12 49/13 50/5 50/6 50/9 50/12 50/12 50/13 50/13 50/13 54/10 60/25 61/6 61/7 63/10 65/4 73/17 73/17 74/5 74/6 74/14 74/19 74/19
**HE'S** **[1]** 15/1
**HEAD** **[8]** 5/6 17/24 18/3 20/12 24/6 43/11 55/1 56/20
**HEARD** **[2]** 55/11 74/19
**HEARING** **[1]** 69/8
**HEIGHT** **[1]** 64/16
**HELD** **[1]** 75/1
**HELP** **[3]** 4/6 27/17 60/19
**HER** **[14]** 16/7 16/8 25/25 26/2 26/18 26/19 27/7 27/10 27/13 27/13 27/14 27/17 51/20 60/17
**HERE** **[26]** 4/18 5/5 6/17 8/13 9/9 11/19 20/15 28/24 30/20 31/8 35/18 37/1 37/12 38/8 38/14 43/12 45/11 45/17 45/24 48/7 48/15 62/5 66/19 70/5 72/4 72/8
**HEREBY** **[2]** 76/5 77/5
**HH215845** **[1]** 76/22
**HIGHER** **[1]** 58/9
**HIGHEST** **[2]** 58/1 58/8
**HIM** **[10]** 20/6 44/16 44/18 48/22 48/23 49/23 50/14 54/13 61/5 74/8
**HIRED** **[2]** 48/21 49/3
**HIS** **[7]** 15/5 15/8 20/4 49/14 49/17 58/14 63/9
**HISTORICAL** **[1]** 58/12
**HISTORY** **[1]** 16/18
**HOLD** **[2]** 34/24 46/18
**HOLDER** **[2]** 17/14 19/20
**HOLDERS** **[1]** 16/24
**HOLDING** **[2]** 32/10 33/11
**HOME** **[6]** 15/8 16/2 16/12 20/17 20/18 38/1
**HOMEOWNER** **[1]** 38/9
**HOMES** **[1]** 70/11
**HONEST** **[2]** 5/4 64/5
**HONESTLY** **[2]** 7/16 69/17
**HONOR** **[1]** 27/16
**HOSPICE** **[1]** 26/11
**HOSPITAL** **[6]** 26/10 26/12 26/13 26/24 36/2 36/2

**HOTLY** **[1]** 66/1
**HOTLY-CONTESTED** **[1]** 66/1
**HOUR** **[1]** 65/6
**HOURLY** **[1]** 64/19
**HOURS** **[2]** 23/8 72/20
**HOUSE** **[6]** 16/4 16/15 43/19 58/3 58/10 58/15 63/9 74/14
**HOW** **[42]** 10/21 11/5 13/20 13/20 14/20 14/20 15/22 19/8 21/8 21/9 21/10 25/19 26/17 26/17 27/9 28/23 29/21 34/21 37/21 39/20 42/22 42/23 45/1 49/21 50/16 56/22 57/16 59/19 63/14 64/23 65/19 65/22 65/25 66/3 66/10 66/23 67/14 67/15 67/25 68/1 72/19 72/20
**HUNDRED** **[2]** 50/3 61/17

## I

**I'D** **[4]** 8/25 9/18 53/25 66/5
**I'LL** **[25]** 5/15 7/19 8/21 8/21 9/2 9/2 9/4 11/16 11/17 11/23 17/2 22/19 26/1 26/2 28/21 28/24 35/14 38/19 45/11 45/11 48/19 49/12 54/19 62/5 72/8
**I'M** **[80]**
**I'VE** **[9]** 10/5 22/25 32/15 44/18 49/3 69/3 70/16 71/9 72/3
**IDEA** **[8]** 13/22 23/25 60/18 63/19 65/9 65/21 66/23 69/19
**IDEAS** **[3]** 47/17 47/22 47/25
**IDENTIFICATION** **[9]** 9/7 11/21 31/6 39/14 40/3 45/15 76/12 76/14 76/15
**IF** **[47]** 5/14 5/16 6/5 6/5 6/14 6/20 8/25 11/23 14/6 19/18 23/7 23/9 23/23 25/9 28/2 28/24 36/11 45/19 49/13 53/19 54/15 54/21 55/22 57/13 57/14 59/19 59/24 60/10 60/14 60/15 60/15 61/4 61/14 61/20 61/22 62/9 65/4 66/13 66/22 67/2 67/24 69/2 70/2 72/22 74/9 74/17 74/19
**IMMEDIATE** **[1]** 15/12
**IMMEDIATELY** **[1]** 71/15
**IMPLICATED** **[1]** 38/16
**IN** **[143]**
**IN-HOUSE** **[2]** 63/9 74/14
**INC** **[2]** 1/17 45/21
**INCLUDES** **[1]** 38/1
**INCLUDING** **[1]** 71/11
**INCOME** **[14]** 3/11 22/25 26/22 26/23 27/3 27/7 32/8 35/18 36/9 36/13 36/15 38/23 39/23 66/3
**INDEPENDENT** **[1]** 73/5
**INDICATED** **[1]** 14/14
**INFORMATION** **[7]** 6/18 7/24 51/13 51/16 57/3 60/5 63/14
**INFUSION** **[2]** 69/7 73/13
**INITIAL** **[2]** 50/18 50/21
**INSIDE** **[1]** 26/12
**INSTEAD** **[1]** 54/2
**INSTITUTION** **[3]** 13/5 34/6 71/11
**INSTRUMENTS** **[2]** 29/17 29/19
**INSURANCE** **[1]** 33/16
**INTANGIBLE** **[1]** 34/2
**INTEREST** **[7]** 12/5 23/14 29/4 35/2 52/2 64/13 70/14

**INTERESTED** **[1]** 77/16
**INTERESTING** **[1]** 49/14
**INTERNAL** **[1]** 65/19
**INTERROGATORIES** **[2]** 9/16 9/20
**INTERRUPT** **[1]** 28/18
**INTERTWINED** **[1]** 22/2
**INTO** **[14]** 8/22 12/14 12/15 16/8 18/3 19/21 21/15 21/17 24/23 32/8 41/10 43/12 44/9 68/15
**INTRICACIES** **[1]** 53/8
**INTRICATE** **[2]** 48/25 52/22
**INTRODUCED** **[4]** 20/3 20/6 50/1 50/7
**INTRODUCTION** **[1]** 50/15
**INVESTORS** **[3]** 73/8 73/9 73/14
**INVOLVED** **[15]** 22/15 22/22 23/25 24/1 48/12 52/23 55/25 56/21 59/8 65/8 65/12 65/14 65/16 65/19 72/9
**INVOLVEMENT** **[4]** 64/11 65/1 66/22 72/10
**IRINA** **[11]** 1/8 25/22 26/6 30/1 35/20 36/1 36/14 36/23 60/10 64/6 64/7
**IRINA'S** **[4]** 26/24 31/18 31/25 32/3
**IS** **[96]**
**ISLAND** **[2]** 19/2 20/18
**ISSUE** **[1]** 6/9
**ISSUES** **[1]** 74/5
**IT** **[204]**
**IT'S** **[41]** 6/2 6/5 6/8 6/13 12/11 15/11 18/8 18/8 23/8 24/8 24/8 24/9 24/23 25/2 25/21 27/10 28/16 32/9 32/9 32/19 32/19 32/21 32/21 32/24 32/24 34/19 37/19 39/1 41/13 41/21 42/2 50/20 51/2 52/6 59/24 66/8 69/1 69/2 69/4 70/2 74/16
**ITEMIZED** **[1]** 69/18
**ITS** **[5]** 21/5 43/3 58/1 64/16 66/24
**ITSELF** **[1]** 24/1

## J

**JANUARY** **[4]** 36/4 36/6 36/19 36/23
**JANUARY 2023** **[1]** 36/6
**JET** **[1]** 24/22
**JOB** **[2]** 24/25 26/24
**JOHN** **[1]** 63/9
**JOHNS** **[4]** 41/2 43/13 46/19 46/22
**JOINT** **[2]** 4/16 26/22
**JR** **[1]** 1/8
**JUDGMENT** **[5]** 3/14 45/18 45/20 46/1 48/7
**JUDGMENTS** **[1]** 34/24
**JULY** **[2]** 48/23 56/1
**JUMP** **[2]** 29/25 45/12
**JUMPING** **[1]** 28/15
**JUST** **[110]**
**JUSTIFIED** **[1]** 54/8

## K

**K-H-O-I-L-I-A-N** **[1]** 40/20
**KEEPING** **[1]** 20/15
**KHOILIAN** **[3]** 40/7 40/8 40/15
**KIND** **[30]** 9/3 10/16 16/16 17/4 17/25 18/16 21/24 22/2 23/2 23/4 28/15 28/23 28/24

## K

**KIND... [17]**    44/23 44/23 48/9
48/10 48/10 49/22 50/10 54/5
54/21 57/22 58/11 58/11
63/24 70/4 70/22 70/23 70/23
**KINDS [1]**    69/25
**KNEW [3]**    40/11 50/13 50/14
**KNOW [100]**
**KNOWLEDGE [4]**    9/25 38/15
52/16 66/12
**KNOWN [1]**    76/13
**KNOWS [1]**    64/8
**KYID36 [1]**    41/20

## L

**L-O-N [1]**    49/17
**L-O-N-A-B-A-U-G-H [1]**    49/18
**LAID [1]**    63/18
**LAKE [1]**    41/16
**LAND [9]**    12/4 44/3 44/4 44/7
47/1 47/4 47/8 47/10 48/4
**LANDS [1]**    48/1
**LARGE [2]**    62/10 76/22
**LAST [32]**    8/10 10/23 12/22
12/23 17/20 17/21 18/19
20/24 22/9 22/12 22/20 23/8
23/10 27/11 27/11 27/21
33/22 34/5 34/7 34/9 34/11
40/17 40/19 44/20 49/17 55/2
55/2 70/16 70/20 71/8 72/4
73/24
**LATE [1]**    49/5
**LATER [4]**    6/10 11/18 21/2
50/24
**LATHAM [1]**    2/6
**LATHAMLUNA.COM [1]**    2/9
**LAUREL [1]**    2/12
**LAWSUIT [4]**    35/8 51/4 61/14
73/13
**LAWSUITS [1]**    38/16
**LAY [3]**    4/25 55/20 56/6
**LAYS [1]**    70/23
**LEASE [3]**    29/7 29/9 30/1
**LEASED [4]**    28/3 29/2 29/3
41/24
**LEASING [3]**    14/18 27/22 38/12
**LEAST [12]**    6/23 26/22 32/24
37/1 37/25 48/11 50/20 58/5
58/12 59/3 59/8 74/15
**LEFT [2]**    19/16 19/20
**LEGAL [2]**    16/18 39/20
**LEND [1]**    39/25
**LENDERS [1]**    50/6
**LENDING [3]**    13/5 13/5 34/6
**LENT [1]**    62/9
**LESS [3]**    37/17 37/19 37/21
**LET [2]**    5/15 6/15
**LET'S [15]**    14/10 17/20 17/20
18/23 18/23 45/3 47/3 47/4
55/1 55/5 55/5 55/22 56/20
65/25 67/14
**LICENSE [2]**    41/19 42/7
**LIEN [4]**    12/16 15/8 15/8
22/1
**LIENHOLDER [2]**    15/1 15/3
**LIKE [39]**    6/21 12/1 12/7
12/11 12/12 15/20 19/16
20/14 21/25 22/17 24/6 25/3
25/4 25/4 38/7 38/24 41/12
41/19 42/2 45/1 45/19 48/7
52/9 52/14 53/9 53/10 54/3
54/5 55/17 63/25 64/13 64/14
64/23 65/11 65/14 65/21 70/6
73/24 75/14
**LINE [7]**    12/7 37/12 38/7
52/20 53/7 60/2 68/25
**LINKED [1]**    50/10
**LIST [3]**    9/12 12/4 17/25
**LISTED [3]**    12/9 12/12 14/12
**LITIGATION [6]**    48/8 48/13
61/13 62/7 62/11 62/25
**LITTLE [8]**    11/17 16/14 21/2
28/16 36/21 45/12 58/10 69/2
**LIVE [5]**    15/9 15/12 15/15
15/22 61/9
**LIVED [1]**    16/6
**LIVING [7]**    12/20 25/17 37/4
37/9 37/22 38/6 70/13
**LLC [3]**    2/9 4/16 45/20
**LLP [1]**    2/6
**LMI [2]**    1/4 4/17
**LOAN [16]**    13/13 20/4 21/25
33/18 34/20 50/18 60/11
60/15 62/17 62/21 62/24 63/2
63/4 63/8 63/10 63/25
**LOANED [2]**    50/17 74/10
**LOANS [7]**    20/2 21/25 33/20
60/8 62/13 63/24 64/3
**LOCATED [5]**    26/11 40/24 41/2
41/16 63/20
**LOCATION [1]**    1/14
**LODGE [1]**    5/25
**LONABAUGH [7]**    48/21 49/12
55/12 56/1 59/17 60/25 61/2
**LONG [9]**    6/15 10/21 15/22
21/8 21/9 21/10 42/22 42/23
66/8
**LONGER [1]**    12/20
**LOOK [5]**    11/18 24/10 37/24
43/11 65/14
**LOOKING [7]**    9/21 9/21 37/1
38/5 46/7 66/22 69/17
**LOOKS [11]**    12/1 12/7 12/11
12/12 38/7 38/24 41/12 41/19
42/2 45/19 48/7
**LOSS [1]**    16/10
**LOT [6]**    35/16 47/6 47/13
47/13 47/14 47/20
**LOWER [1]**    58/10
**LUNA [1]**    2/6
**LUNCH [2]**    6/25 74/17
**LYFT [2]**    30/7 30/9

## M

**MADE [14]**    16/2 23/24 66/4
66/10 66/16 67/3 67/16 68/1
68/3 68/4 68/4 68/8 68/22
69/9
**MAIL [1]**    11/1
**MAINTAINED [1]**    58/16
**MAJORITY [2]**    19/19 39/7
**MAKE [15]**    5/7 5/18 6/20
15/25 15/25 24/4 25/8 26/17
35/22 36/11 51/1 51/3 57/11
72/4 72/8
**MAKES [9]**    39/11 54/15 54/16
56/7 57/25 58/5 58/11 60/20
73/3
**MAKING [2]**    63/3 72/2
**MALL [2]**    47/11 47/18
**MANAGER [1]**    23/17
**MANY [12]**    17/22 24/8 25/1
29/21 37/21 42/24 43/22
48/18 48/18 57/16 64/23
73/17
**MARK [4]**    8/20 9/3 9/5 11/16
**MARKED [2]**    9/6 11/20 30/21
31/5 39/13 40/2 45/14
**MARKETING [18]**    21/3 21/4
21/18 21/19 21/20 21/21
21/22 28/3 29/1 41/8 43/2
45/21 46/21 46/24 48/9 48/17
50/17 51/5
**MARKETING'S [1]**    21/24
**MARY [1]**    41/16
**MATTER [2]**    14/1 14/3
**MAY [11]**    5/25 10/1 10/1 26/2
35/9 54/10 59/3 60/4 65/4
65/5 68/17
**MAYBE [15]**    6/2 6/24 18/9
24/6 24/12 31/18 32/25 47/11
63/21 66/2 66/23 67/7 70/7
72/12 74/18
**ME [26]**    5/15 6/15 7/6 7/19
20/3 26/14 39/25 39/25 40/1
40/12 40/18 49/13 49/15
52/21 52/24 55/20 56/13 59/7
61/7 62/18 64/25 66/18 69/17
71/20 74/19 76/6
**MEAN [17]**    16/17 18/21 21/18
22/17 22/17 24/11 24/20 35/5
35/7 44/19 52/9 57/10 61/19
63/25 66/20 70/12 74/7
**MEANS [3]**    6/14 39/8 77/18
**MEDICATION [2]**    7/10 7/13
**MEET [1]**    7/25
**MEMORY [1]**    54/19
**MENTIONED [4]**    13/5 43/8 59/17
60/22
**MERCEDES [3]**    41/19 42/2 42/16
**MERCEDES-BENZ [2]**    41/19 42/16
**MESS [2]**    16/7 16/17
**MET [1]**    49/22
**MIAMI [18]**    1/3 1/15 10/14
10/18 12/8 17/7 17/11 19/1
26/12 26/12 30/14 33/19
34/15 34/17 34/18 36/2 40/24
41/12
**MICHAEL [5]**    50/1 50/1 50/8
50/15 56/3
**MICROSURE [7]**    22/22 23/3
23/23 24/16 72/9 72/15 72/18
**MIGHT [6]**    7/10 26/14 31/25
35/11 53/8 60/4
**MILLION [19]**    12/13 19/9 19/10
45/24 50/18 50/21 50/22 62/8
66/16 68/3 68/4 68/8 68/9
68/22 68/22 69/9 69/9 70/7
70/7
**MIND [5]**    9/1 47/16 49/9
55/22 58/5
**MINDFUL [2]**    28/15 28/21
**MINE [3]**    32/4 39/24 40/10
**MINUTE [2]**    44/22 47/4
**MINUTES [1]**    8/2
**MISSING [1]**    20/23
**MISUNDERSTAND [1]**    55/10
**MODE [1]**    30/13
**MODEL [1]**    23/5
**MOMENTS [1]**    5/21
**MONEY [33]**    19/14 19/19 33/9
33/12 34/6 39/22 39/25 40/6
40/9 40/14 43/23 44/11 44/15
44/18 50/16 51/10 53/3 53/15
53/16 53/19 54/11 62/17 67/4
67/14 67/16 68/10 68/23
68/24 69/6 69/10 70/5 72/6
74/10

# M

**MONIES [2]** 51/8 51/17
**MONTH [10]** 11/5 25/20 25/21
26/18 26/20 26/24 26/25
35/23 36/15 37/13
**MONTHLY [5]** 3/11 38/3 38/23
39/23 65/10
**MONTHS [2]** 15/17 15/19
**MORE [13]** 9/22 10/15 27/17
29/13 30/8 32/22 32/24 37/17
51/16 52/19 57/23 57/24 62/5
**MORNING [2]** 4/14 26/4
**MORTGAGE [7]** 16/24 17/14
19/13 19/20 34/9 34/11 34/12
**MORTGAGES [1]** 69/24
**MOVE [1]** 20/7
**MOVED [4]** 12/24 15/17 16/9
64/15
**MR [10]** 3/3 4/14 13/3 13/12
40/22 45/7 62/4 69/20 72/17
75/6
**MR. [1]** 4/3
**MR. DORKO [1]** 4/3
**MUCH [24]** 11/5 13/20 13/20
14/20 14/20 19/8 25/19 26/17
26/17 27/9 30/6 34/21 39/20
50/16 56/22 65/22 65/25 66/3
66/10 67/3 67/14 67/15 68/1
75/5
**MULTIPLE [4]** 70/8 70/10 70/11
70/11
**MUSICAL [2]** 29/17 29/19
**MUST [1]** 46/3
**MY [64]** 4/14 5/22 7/11 7/19
8/10 8/12 9/3 10/5 10/11
11/23 14/10 15/14 16/3 16/4
16/13 16/21 17/1 18/3 19/14
20/6 22/11 23/2 24/10 25/1
25/18 26/1 27/6 30/19 32/15
34/9 35/13 38/20 38/21 39/2
39/16 41/21 42/4 42/8 43/11
44/23 44/23 45/11 45/17
49/14 49/24 49/24 50/20 52/6
54/1 54/9 54/9 54/11 54/12
54/19 58/5 68/18 69/18 70/16
71/1 73/16 76/9 76/22 76/23
77/9
**MYSELF [1]** 23/2

# N

**NAME [25]** 4/14 13/4 15/5
16/8 24/5 24/14 32/3 40/5
40/18 40/19 42/4 42/4 43/10
43/16 49/9 49/10 49/10 49/14
49/17 51/15 51/22 59/23 63/9
72/13 73/24
**NAMES [8]** 44/6 50/4 51/24
53/2 54/24 58/22 59/21 60/22
**NARROW [1]** 18/21
**NEALER [4]** 50/1 50/1 50/8
56/4
**NECESSARY [2]** 54/14 57/23
**NEED [8]** 5/5 5/7 5/10 6/14
7/1 8/11 10/9 59/3
**NEEDED [2]** 9/17 36/23
**NEEDS [2]** 6/21 54/1
**NET [1]** 67/12
**NEVER [13]** 16/8 16/13 22/23
23/11 48/11 50/14 51/21 69/3
71/24 72/24 72/24 72/25
72/25
**NEW [1]** 38/12

**NEXT [2]** 14/10 46/15
**NICE [1]** 4/11
**NIGHT [1]** 8/10
**NO [105]**
**NODS [1]** 5/6
**NONE [1]** 23/16
**NOPE [1]** 25/17
**NOR [2]** 77/14 77/15
**NORMALLY [1]** 5/6
**NORTH [2]** 18/25 20/17
**NOT [75]** 5/14 6/4 6/16 6/18
6/19 6/19 9/23 10/1 10/10
14/8 17/17 17/18 19/5 20/21
21/7 25/2 25/2 25/24 26/14
27/19 29/3 29/8 29/10 29/14
29/16 30/2 32/6 32/11 32/15
33/3 33/5 33/8 33/15 33/17
33/21 35/4 39/3 39/9 39/24
40/16 40/25 41/14 46/16 48/2
49/14 50/3 50/4 50/19 51/2
52/19 53/18 53/23 55/9 56/12
59/6 60/14 60/15 61/25 64/2
65/18 66/13 68/18 69/3 71/9
71/13 71/13 71/13 72/5 73/17
74/8 74/17 75/11 77/8 77/12
77/17
**NOTARY [3]** 1/17 76/5 76/21
**NOTE [3]** 48/11 70/5 73/13
**NOTES [2]** 48/12 77/10
**NOTHING [8]** 7/18 25/17 44/19
44/20 59/1 64/8 70/17 73/18
**NOTICE [4]** 3/7 4/18 8/17
31/2
**NOVEMBER [2]** 49/7 56/5
**NOW [34]** 10/12 11/18 14/11
15/18 17/2 17/6 17/11 24/9
24/12 25/17 26/7 27/17 31/21
35/3 36/25 38/10 38/10 38/16
38/19 45/10 48/1 50/3 51/6
51/6 54/19 54/22 64/25 69/1
70/4 70/17 70/25 71/5 74/15
75/5
**NUMBER [14]** 8/16 24/10 35/16
38/8 38/21 38/22 39/17 39/18
45/10 45/18 57/2 57/20 67/2
67/2
**NUMBER 4 [1]** 38/8
**NUMBERS [1]** 67/5

# O

**OATH [3]** 76/1 77/7 77/11
**OBJECTION [4]** 5/25 6/1 6/5
6/7
**OBLIGATOR [1]** 21/23
**OBTAIN [1]** 63/8
**OBVIOUS [1]** 47/23
**OBVIOUSLY [11]** 5/4 6/19 6/20
7/23 21/2 36/10 51/23 54/21
60/1 68/7 70/22
**OCEAN [2]** 18/25 20/17
**OFF [23]** 17/24 17/25 18/2
20/11 22/23 22/25 23/11
25/14 25/18 37/3 37/9 43/10
45/4 55/1 56/20 60/2 62/1
66/7 71/1 74/22 74/25 75/1
75/12
**OFFER [2]** 25/9 54/21
**OFFERED [3]** 40/12 61/14 61/16
**OFFERS [1]** 62/10
**OFFICE [1]** 9/17
**OFFICER [1]** 23/17
**OFFICIAL [2]** 52/10 76/9
**OH [10]** 31/1 35/10 37/23

42/19 43/12 54/18 55/7 66/18
73/9
**OKAY [112]**
**OLD [2]** 24/24 70/17
**ON [57]** 4/2 4/18 6/8 6/17
9/20 11/8 12/2 13/14 14/11
14/12 14/12 14/21 15/1 15/2
15/3 16/23 17/23 22/1 22/6
23/8 24/4 30/4 32/3 34/22
35/4 36/7 36/12 36/25 37/12
37/16 37/25 38/3 38/7 38/15
38/24 43/9 45/6 45/10 45/17
46/18 47/5 47/16 51/3 54/1
57/20 58/3 61/24 62/6 64/15
64/18 64/19 65/18 68/5 70/4
74/8 75/3 76/7
**ONCE [1]** 71/21
**ONE [36]** 10/15 13/3 16/1
16/22 18/1 21/11 29/18 29/22
30/8 30/16 31/2 31/10 31/10
31/13 31/22 31/23 31/23
31/23 32/16 34/12 41/21
41/24 43/8 43/8 43/9 43/13
43/25 49/13 49/15 55/3 57/19
68/18 71/3 71/9 71/16 71/19
**ONES [1]** 20/3
**ONLY [7]** 31/22 32/15 36/18
66/5 68/19 71/4 71/9
**OPEN [5]** 53/14 57/17 71/14
71/18 71/19
**OPEN-ENDED [2]** 53/14 57/17
**OPENED [3]** 32/17 71/24 71/25
**OPERABLE [1]** 57/12
**OPERATED [2]** 43/25 50/2
**OPERATION [1]** 52/23
**OR [97]**
**ORANGE [3]** 2/7 76/3 77/3
**ORGANIZATION [2]** 50/7 53/10
**ORGANIZE [3]** 20/2 20/2 24/21
**ORIGINAL [1]** 37/2
**ORIGINALLY [1]** 36/7
**ORLANDO [1]** 2/8
**OTHER [31]** 6/6 8/8 11/10
12/4 17/15 17/19 18/17 20/7
20/8 20/8 22/3 27/2 27/3
27/5 29/4 32/5 33/2 33/19
35/6 35/7 43/9 43/25 46/7
46/7 47/11 53/21 63/23 63/25
68/12 71/10 71/18
**OUR [10]** 4/18 5/9 16/10 27/7
50/7 51/18 52/21 52/21 63/8
74/14
**OUT [21]** 4/25 12/24 15/17
19/25 25/6 37/2 39/3 39/9
47/25 49/25 55/20 56/6 60/19
63/4 63/18 63/22 63/23 67/2
69/6 69/10 70/24
**OUTLINED [1]** 62/24
**OUTSIDE [6]** 17/4 18/19 24/25
33/18 72/22 73/14
**OUTSOURCING [1]** 19/17
**OUTSTANDING [2]** 33/20 61/14
**OVER [17]** 19/16 19/20 24/9
26/3 36/13 44/18 48/6 49/4
49/5 51/25 57/21 69/8 70/16
70/18 72/4 72/11 72/11
**OVERSEEN [1]** 53/8
**OWE [2]** 14/20 33/9
**OWED [2]** 13/14 13/23 34/22
**OWN [34]** 10/19 11/10 11/11
12/5 17/15 20/8 21/4 21/6
21/6 21/8 21/10 23/12 25/1
25/4 27/18 29/6 29/9 29/13

# O

**OWN... [16]** 29/15 29/17 29/19
30/1 33/1 33/4 33/14 42/22
43/1 43/4 44/3 44/4 46/12
47/1 47/8 72/6
**OWNED [20]** 16/19 16/21 17/19
18/18 21/11 21/12 21/21 25/3
27/20 27/22 29/3 41/23 43/6
43/20 46/18 46/20 46/21
46/23 52/12 53/21
**OWNERSHIP [2]** 38/2 38/9
**OWNS [1]** 48/1

# P

**P.M [2]** 1/13 75/14
**PAGE [5]** 9/9 14/13 36/25
38/15 51/3
**PAGES [1]** 77/9
**PAID [6]** 16/13 29/2 64/19
65/5 65/5 65/17
**PAPERWORK [1]** 63/8
**PARAGRAPH [1]** 38/17
**PARCEL [1]** 47/7
**PARKING [2]** 47/6 47/20
**PARKWAY [5]** 2/2 41/2 43/13
46/19 46/23
**PART [9]** 26/9 26/10 26/24
36/3 38/17 41/7 48/25 63/3
65/19
**PART-TIME [4]** 26/9 26/10
26/24 36/3
**PARTICULAR [8]** 6/15 7/20 9/20
10/22 14/18 14/21 16/9 32/17
77/13
**PARTIES [1]** 77/13
**PARTIES' [1]** 77/14
**PARTS [2]** 24/22 52/22
**PARTY [1]** 34/25
**PAST [1]** 41/22
**PAT [4]** 73/22 74/2 74/9
74/13
**PAUSE [3]** 5/24 13/3 72/2
**PAY [3]** 26/18 28/1 65/9
**PAY'S [1]** 26/19
**PAYING [3]** 16/11 16/21 33/20
**PAYMENT [1]** 66/5
**PAYMENTS [5]** 15/25 16/2 16/3
16/24 64/21
**PAYROLL [6]** 58/17 62/22 65/23
69/23 69/24 70/2
**PEAKED [1]** 58/1
**PENDING [5]** 6/16 33/16 35/3
35/5 35/8
**PEOPLE [6]** 51/24 53/9 65/4
65/5 65/17 65/17
**PER [6]** 11/5 25/19 26/23
26/25 35/23 56/23
**PERCENT [2]** 19/15 50/3
**PERCENTAGE [1]** 64/24
**PERFORMED [1]** 22/13
**PERHAPS [1]** 8/8
**PERIOD [3]** 56/11 62/6 69/11
**PERIODS [1]** 56/9
**PERSON [5]** 24/6 33/11 51/16
53/12 56/4
**PERSONAL [5]** 34/2 53/20 59/20
70/5 70/13
**PERSONALLY [11]** 44/4 46/12
60/7 60/10 60/12 62/18 62/19
68/2 69/8 74/10 76/13
**PERTAINS [1]** 59/4
**PHONE [4]** 24/10 25/8 49/14
74/8

**PHYSICALLY [1]** 59/10
**PIEDMONT [1]** 41/16
**PIEDMONT [6]** 41/1 41/5 41/11
41/1 41/5 41/11 41/15
**PLACE [5]** 24/16 38/12 41/16
44/24 56/3
**PLAINTIFF [1]** 35/9
**PLAN [2]** 62/23 62/24
**PLANES [1]** 29/9
**PLATE [3]** 41/20 42/7 71/1
**PLEADED [1]** 58/14
**PLEASE [5]** 4/3 5/15 5/20
28/9 75/9
**POINT [4]** 16/9 17/3 21/23
66/14
**POLITICAL [1]** 57/23
**POSED [1]** 5/11
**POSITION [1]** 69/3
**POSSESSION [6]** 10/2 10/6 10/8
12/19 32/11 67/7
**POSSIBLE [1]** 59/24
**POTENTIALLY [2]** 30/9 43/17
**PPP [7]** 62/13 62/17 62/21
62/24 63/2 63/4 63/14
**PREDOMINANTLY [2]** 53/16 62/21
**PREFER [2]** 8/23 8/25
**PREMIER [3]** 19/17 19/24 20/1
**PRENUPTIAL [1]** 64/7
**PREPARE [2]** 5/23 7/14
**PRESENT [2]** 2/11 8/3
**PRESERVED [1]** 6/8
**PRESIDENCY [1]** 58/4
**PRESIDENT [4]** 59/15 59/16
65/3 66/13
**PRESIDENTIAL [3]** 58/7 58/9
66/2
**PRESUMABLY [4]** 38/2 38/9 66/2
68/9
**PRESUME [5]** 4/23 14/1 14/3
16/17 18/8
**PRETTY [4]** 30/6 49/7 53/14
60/16
**PREVIOUSLY [1]** 17/19
**PRIMARY [2]** 26/21 30/13
**PRIVILEGE [3]** 6/2 6/3 6/3
**PROBABLY [12]** 9/15 9/18 11/17
21/1 36/10 41/21 57/20 58/2
59/22 59/23 64/17 70/2
**PROBLEM [2]** 13/9 24/18
**PROCEDURES [2]** 7/7 21/24
**PROCEEDING [1]** 1/14
**PROCEEDINGS [3]** 14/15 17/14
75/13
**PROCESS [3]** 17/23 63/3 70/24
**PRODUCE [2]** 9/13 10/9
**PRODUCED [4]** 9/10 9/25 76/14
76/15
**PRODUCT [2]** 72/23 73/1
**PRODUCTION [1]** 9/22
**PRODUCTS [1]** 22/18
**PROFESSIONAL [3]** 76/4 77/4
77/24
**PROFIT [3]** 23/24 67/9 67/13
**PROFITS [2]** 52/22 66/17
**PROGRAMS [1]** 65/7
**PROPERTIES [14]** 11/10 17/6
17/19 17/25 18/14 18/18
18/19 20/8 20/16 34/13 43/24
47/2 47/8 70/21
**PROPERTY [47]** 10/19 10/22
11/11 11/14 12/13 12/16
12/20 12/25 13/14 13/17
13/21 14/17 14/18 14/21

14/23 15/4 15/13 15/22 16/5
16/21 17/22 19/3 19/8
20/9 20/11 21/4 21/8 21/10
21/13 22/2 33/11 33/23 34/1
34/2 34/3 40/15 40/23 41/2
41/6 41/11 41/15 43/1 43/2
43/24 46/13 72/6
**PROVE [1]** 73/1
**PROVIDE [3]** 5/3 51/24 54/19
**PROVIDED [1]** 9/17
**PUBLIC [4]** 1/17 18/9 76/5
76/21
**PUBLICLY [1]** 30/14
**PULL [2]** 38/20 50/14
**PULLING [1]** 30/20
**PURPOSE [1]** 41/5
**PURPOSES [2]** 47/11 54/12
**PURSUING [1]** 73/17
**PUT [10]** 16/8 22/1 22/1 23/2
25/10 47/3 47/18 50/6 57/20
67/2
**PUTS [1]** 38/8

# Q

**QUESTION [25]** 5/7 5/10 5/11
5/14 5/16 5/17 5/21 5/22
5/24 6/1 6/5 6/7 6/16 14/7
14/10 28/10 28/24 39/2 39/4
53/14 57/17 59/11 60/18
63/24 67/23
**QUESTIONS [10]** 5/3 7/6 7/11
7/12 7/19 9/16 26/2 26/4
45/13 64/25
**QUICK [4]** 6/25 8/12 40/18
44/22
**QUICKLY [1]** 8/12
**QUIET [1]** 74/6
**QUITE [4]** 7/17 16/6 74/4
74/6

# R

**R-O-S-E [1]** 15/5
**RACKET [1]** 24/23
**RAISE [1]** 4/3
**RAN [7]** 48/20 49/11 52/8
55/12 55/13 65/3 65/19
**RANKIN [1]** 63/9
**RE [1]** 1/7
**REACHED [1]** 53/3
**REAL [6]** 8/11 12/4 34/1
40/18 46/3 57/17
**REALIZE [1]** 61/25
**REALLY [10]** 8/12 16/20 16/20
28/18 43/15 48/25 57/19 64/5
65/8 72/25
**REALTIME [1]** 1/17
**REALTIMERPRS [1]** 1/18
**REASON [5]** 6/15 43/10 43/14
47/23 71/16
**RECALL [12]** 9/24 13/20 50/16
51/9 51/11 56/11 61/12 61/13
62/9 62/12 64/2 64/4
**RECEIVE [8]** 11/1 14/6 14/7
18/13 25/13 43/23 62/13
62/16
**RECEIVED [9]** 22/25 25/15 51/8
51/10 53/15 55/15 60/8 64/14
74/9
**RECEIVER [2]** 56/17 56/21
**RECEIVERS [5]** 49/4 56/3 56/12
61/1 61/2
**RECEIVERSHIP [1]** 63/7
**RECEIVING [1]** 56/23

# R

**RECENT [1]** 16/18
**RECENTLY [2]** 27/20 61/16
**RECESS [1]** 45/5
**RECOGNIZE [3]** 45/25 46/2 46/4
**RECOLLECTION [1]** 32/15
**RECORD [23]** 4/2 6/8 6/17 18/9 21/17 24/12 28/19 37/8 45/4 45/6 46/4 48/16 61/20 61/21 61/24 62/1 73/20 74/22 74/25 75/2 75/3 75/12 77/9
**RECORDS [8]** 58/17 58/22 58/24 59/3 59/9 61/5 66/9 66/11
**REDO [1]** 28/24
**REDUNDANT [1]** 72/4
**REEL [10]** 21/20 21/20 21/21 21/23 28/3 28/25 44/6 44/6 46/21 46/23
**REFER [1]** 51/5
**REFERENCED [2]** 52/25 53/1
**REFERRED [7]** 9/6 9/19 11/20 31/5 39/13 40/2 45/14
**REFERRING [4]** 31/11 35/20 70/20 73/21
**REFRESH [1]** 67/7
**REGULAR [1]** 53/25
**REINVESTED [1]** 19/21
**RELATED [1]** 39/8
**RELATES [1]** 6/2
**RELATIONSHIP [4]** 49/23 73/7 74/2 74/7
**RELATIVE [3]** 21/14 77/12 77/14
**RELATIVES [2]** 15/12 44/8
**RELY [1]** 30/4
**REMEMBER [16]** 18/2 31/19 42/3 42/23 42/25 43/10 43/14 54/22 55/4 56/14 56/22 57/25 66/14 68/1 68/14 71/13
**REMEMBERED [1]** 71/21
**REMOTE [2]** 1/14 76/7
**RENT [6]** 10/19 10/20 11/5 11/8 11/10 36/24
**RENTAL [1]** 38/8
**RENTING [3]** 10/21 17/8 17/8
**REP [1]** 22/21
**REPAID [1]** 48/11
**REPEAT [2]** 38/4 49/9
**REPEATING [1]** 49/10
**REPHRASE [1]** 5/15
**REPORT [1]** 77/6
**REPORTER [8]** 1/16 5/4 5/22 76/5 77/1 77/5 77/19 77/24
**REPORTERS [1]** 1/17
**REPRODUCTION [1]** 77/18
**REQUEST [2]** 9/23 60/4
**REQUESTED [1]** 77/8
**REQUIRED [2]** 39/9 59/5
**RESCHEDULED [2]** 3/7 4/19
**RESEARCH [1]** 59/23
**RESERVE [1]** 26/1
**RESIDENCE [1]** 12/4
**RESOLVE [1]** 62/11
**RESPECT [1]** 53/15
**RESPOND [4]** 5/6 5/16 66/25 67/1
**RESPONDED [1]** 10/5
**RESPONSE [1]** 5/10
**RESPONSES [1]** 5/8
**RESPONSIVE [1]** 10/2
**RESULT [1]** 48/7
**RETIRED [1]** 35/21

**REVIEW [4]** 7/20 7/22 67/7 77/7
**RID [1]** 70/20
**RIGHT [12]** 4/3 24/11 27/17 35/2 35/3 38/16 54/22 55/14 68/25 70/17 70/25 71/5
**RIGHTS [1]** 15/1
**RIVIERA [2]** 20/9 20/19
**ROAD [5]** 45/22 46/10 46/13 46/22 47/5
**ROBIN [3]** 51/18 51/19 51/19
**ROLE [4]** 21/3 48/16 48/16 74/13
**ROLL [1]** 27/24
**ROSE [2]** 15/5 16/1
**ROUGHLY [5]** 15/17 15/20 15/21 36/12 64/23
**RPR [2]** 1/16 76/21
**RUBEN [2]** 40/7 40/8 40/15
**RULE [4]** 1/10 3/8 4/19 63/2
**RULES [2]** 4/24 4/25
**RUN [1]** 48/22
**RUNNING [6]** 49/1 49/3 55/3 55/6 55/9 56/6

# S

**SAFE [1]** 18/24
**SAID [12]** 16/15 24/19 27/16 30/16 34/21 50/12 52/7 53/6 55/9 57/8 65/11 77/10
**SAKE [1]** 51/7
**SALARIES [1]** 64/14
**SALARY [6]** 23/20 53/24 53/25 54/3 54/10 64/24
**SALE [4]** 13/18 13/21 14/24 18/14
**SALES [3]** 24/4 24/6 52/21
**SALESPERSON [1]** 24/3
**SAME [6]** 37/17 47/7 51/3 54/20 70/11 77/18
**SANDRA [5]** 1/16 76/4 76/21 77/4 77/23
**SANDY [3]** 5/8 8/24 28/14
**SANFORD [17]** 11/11 11/13 14/13 17/12 18/1 18/20 20/16 20/21 20/23 21/11 33/18 34/15 41/2 43/2 43/17 45/23 46/22
**SANITIZER [1]** 22/18
**SANITIZING [2]** 22/16 23/4
**SATISFY [1]** 60/15
**SAVINGS [2]** 32/5 53/20
**SAY [38]** 9/18 10/15 16/17 17/18 17/20 18/23 18/23 20/6 21/17 24/12 25/9 26/21 27/21 32/14 32/21 34/9 35/5 44/2 46/20 47/3 50/8 54/20 55/1 55/6 56/16 56/20 57/1 57/6 62/6 65/25 66/15 67/3 67/14 68/7 70/5 70/19 72/5 73/21
**SAYING [2]** 66/21 67/24
**SAYS [2]** 9/10 35/19
**SCHEDULE [5]** 3/9 12/3 14/12 14/12 35/17
**SCHEDULED [1]** 6/24
**SCHEDULES [5]** 3/10 11/24 30/22 31/3 35/15 36/7 37/2 38/6 38/25
**SCHOOL [3]** 27/8 27/14 31/22
**SCREEN [10]** 8/12 10/11 11/23 17/1 30/20 35/14 38/21 39/16 45/11 45/17
**SCROLL [2]** 35/17 45/19

**SCROLLING [1]** 38/14
**SCROLLS [1]** 36/9
**SEARCHED [1]** 59/19
**SECOND [16]** 13/3 14/25 14/25 15/3 16/24 17/14 19/13 19/19 29/25 35/5 45/11 49/13 49/15 55/5 58/2 74/23
**SECURITIES [1]** 33/2
**SECURITY [10]** 25/18 25/19 25/23 26/23 32/7 35/23 36/14 36/21 39/23 39/23
**SEE [10]** 6/23 8/13 8/17 8/19 9/9 11/24 37/12 37/25 61/20 66/22
**SEEKED [1]** 49/25
**SEEN [3]** 9/14 9/23 46/3
**SEGMENTS [1]** 48/19
**SELF [1]** 25/3
**SELF-OWNED [1]** 25/3
**SELL [3]** 19/8 21/14 25/12
**SELLER [1]** 25/10
**SELLING [2]** 24/21 70/21
**SEMINOLE [1]** 45/18
**SENSE [10]** 5/18 39/12 54/15 54/16 56/7 57/25 58/5 58/11 60/20 73/3
**SERIES [2]** 5/2 48/12
**SERIOUSLY [1]** 59/11
**SET [1]** 26/1
**SETS [1]** 9/21
**SETTLE [2]** 61/14 73/12
**SETTLEMENT [2]** 61/22 62/10
**SETUP [1]** 25/6
**SEVEN [4]** 20/14 20/19 42/12 42/13
**SEVENTY [1]** 70/17
**SEVERAL [1]** 58/20
**SHARE [6]** 8/12 11/23 30/19 35/13 39/16 45/11
**SHARING [4]** 10/11 17/1 38/19 38/21
**SHE [27]** 15/15 15/17 15/22 15/25 15/25 16/6 26/7 26/8 26/9 26/10 26/10 26/17 30/2 30/2 31/22 31/22 36/4 36/6 36/7 60/12 60/13 60/14 60/15 60/16 60/18 60/18 64/8
**SHE'LL [2]** 26/19 60/18
**SHE'S [7]** 25/24 26/9 26/19 27/13 27/13 27/13 27/16
**SHOULD [2]** 20/6 67/1
**SHOW [1]** 53/12
**SHOWING [1]** 49/14
**SHOWS [3]** 35/19 35/21 39/19
**SIC [1]** 49/25
**SIGN [3]** 63/6 63/7 73/4
**SIGNED [2]** 60/14 60/18
**SIMPLE [1]** 5/6
**SIMPLICITY'S [1]** 51/6
**SINCE [11]** 6/24 10/23 14/11 15/24 16/21 21/12 28/25 29/4 36/18 71/13 71/13
**SINGER [2]** 19/2 20/17
**SIR [6]** 7/8 15/11 28/9 30/25 32/12 47/13
**SIX [1]** 34/19
**SLATE [2]** 70/16 70/19
**SLIGHTLY [1]** 26/3
**SLOWER [1]** 10/16
**SMACK [1]** 55/17
**SMALLER [1]** 37/20
**SO [125]**
**SOCIAL [10]** 25/18 25/19 25/22

S

SOCIAL... [7] 26/23 32/7
35/23 36/14 36/21 39/22
39/23
SOLD [16] 13/17 14/23 17/19
17/20 17/22 19/4 19/5 20/12
20/13 20/14 20/17 20/19
42/12 43/20 43/24 48/2
SOLEMNLY [1] 4/4
SOME [32] 4/25 6/18 16/9
17/3 21/23 22/24 24/22 43/10
43/14 45/12 45/23 47/5 47/6
47/16 48/8 50/14 57/22 57/22
60/6 62/25 65/4 65/5 65/17
65/17 68/3 68/3 68/4 68/12
74/4 74/5 74/5 74/6
SOMEBODY [4] 24/16 51/20 59/5
59/6
SOMEHOW [1] 60/6
SOMEONE [3] 44/8 63/18 66/21
SOMETHING [6] 24/24 35/11
36/10 40/12 56/13 63/25
SOMETIMES [1] 30/11
SOMEWHERE [7] 36/15 60/17
61/10 61/10 61/11 68/15
68/23
SON [2] 44/12 44/14
SORRY [12] 14/5 21/9 28/14
28/17 37/7 38/4 38/14 55/19
67/22 69/15 72/2 72/14
SORT [2] 24/23 64/16
SOUND [2] 7/2 74/19
SOUNDS [2] 7/4 50/25
SOURCE [2] 26/22 26/22
SOURCES [1] 27/2
SOUTH [11] 1/14 2/7 10/13
10/17 11/3 11/6 12/24 17/6
47/24 73/7 73/9
SOUTHERN [1] 1/2
SPEAK [3] 7/25 18/9 22/21
SPECIFIC [2] 6/2 11/13
SPECIFICALLY [1] 26/2
SPECULATE [1] 66/19
SPECULATIVE [1] 67/4
SPELL [2] 40/17 49/12
SPOKEN [2] 74/4 74/8
SPOUSAL [1] 6/3
SPRAY [2] 23/6 23/8
SQUARE [1] 37/21
ST [4] 41/2 43/13 46/18
46/22
STANDS [1] 54/21
START [1] 27/25
STARTED [11] 4/25 17/8 28/23
36/4 36/6 36/23 48/19 52/7
55/11 56/13 66/21
STARTING [3] 27/24 36/20
70/18
STATE [4] 76/2 76/5 76/22
77/2
STATED [1] 60/14
STATEMENT [5] 3/11 11/24
35/15 38/23 38/25
STATES [1] 1/2
STAY [1] 54/13
STENOGRAPHIC [1] 77/10
STENOGRAPHICALLY [1] 77/6
STEP [2] 48/15 62/5
STEPPING [1] 52/6
STILL [17] 10/8 14/12 15/9
31/10 31/14 37/4 38/14 58/21
60/13 62/7 65/14 68/11 68/17

68/23 70/24 72/9 74/2
STOCK [1] 56/21
STOP [5] 10/11 16/11 17/1
38/19 56/19
STOPPED [2] 56/16 56/19
STORAGE [1] 33/14
STORE [1] 59/9
STREET [3] 40/24 41/12 43/16
STRICTLY [1] 63/1
STRIKE [1] 61/20
STRIP [2] 47/11 47/18
STRUCTURE [2] 26/18 65/9
STRUCTURES [1] 65/7
STUDENT [2] 26/9 27/16
STUFF [1] 70/25
SUBMITTED [1] 63/10
SUCCESSFUL [1] 72/24
SUCCESSFULLY [1] 71/24
SUGAR [1] 24/22
SUITE [2] 2/3 2/7
SUMMARIZE [1] 48/10
SUMMERPORT [1] 2/2
SUPPLIED [1] 62/25
SUPPOSED [3] 23/7 23/8 23/10
SURE [34] 5/1 5/7 10/17 17/2
18/12 18/12 21/1 24/15 24/18
28/11 35/22 41/21 49/7 49/16
49/24 50/4 50/19 51/1 51/3
52/1 52/3 57/5 57/11 60/3
60/6 60/16 61/7 65/18 66/13
72/2 72/4 72/8 73/18 74/17
SURROUNDING [2] 43/1 47/1
SW [1] 40/24
SWEAR [1] 4/4
SWITCHING [1] 70/4
SWORN [3] 4/4 4/10 76/7
SYSTEM [2] 36/2 36/2

T

TAKE [12] 6/16 6/25 7/13
22/25 44/21 54/11 56/12
57/14 63/4 63/23 64/24 74/18
TAKEN [6] 4/21 12/19 12/19
25/14 45/5 77/10
TAKES [1] 30/2
TAKING [4] 7/9 56/8 56/16
61/25
TALK [2] 60/2 69/21
TALKED [12] 17/5 17/6 17/10
17/12 17/16 20/15 34/13
35/16 36/12 43/25 47/10
63/12
TALKING [1] 51/4
TAMPA [1] 61/11
TAX [1] 54/12
TAYLOR [9] 2/6 3/3 4/15
13/12 40/22 45/7 62/4 69/20
72/17
TD [9] 29/23 30/17 31/9
31/16 32/18 68/10 68/19 71/3
71/16
TEAM [1] 24/6
TELL [5] 7/17 52/21 61/7
65/17 67/11
TEN [2] 8/2 44/22
TEN-MINUTE [1] 44/22
TERMINATED [1] 48/23
TEST [2] 6/14 6/20
TESTIFIED [1] 4/10
TESTIMONY [3] 1/11 3/2 4/5
TESTING [1] 54/19
THAN [9] 6/6 8/8 17/15 27/3
27/17 32/22 32/24 35/6 35/7

THANK [10] 4/8 13/10 20/5
40/21 49/19 60/1
THAT [269]
THAT'S [34] 10/2 11/15 12/16
12/24 14/1 14/3 16/19 16/20
20/25 26/5 29/5 29/24 30/17
31/1 31/10 31/13 31/18 31/23
32/11 34/23 36/7 36/18 43/19
46/9 49/13 57/17 63/24 67/6
68/19 68/24 71/6 71/17 74/16
75/4
THEBERMANLAWGROUP.COM [1] 2/4
THEIR [1] 62/8
THEM [13] 8/24 9/4 18/1 18/4
27/22 27/25 28/1 43/8 44/10
59/5 59/6 59/6 72/2
THEN [40] 5/22 6/3 7/1 15/23
16/16 16/23 17/12 19/20
24/19 25/12 26/21 26/24 28/6
29/4 31/25 36/1 36/9 39/8
39/12 45/3 46/20 48/21 49/3
49/3 49/4 50/6 56/1 56/4
56/13 57/14 57/14 59/17 61/2
62/21 63/8 63/10 64/15 67/3
69/8 71/25
THERE [30] 15/16 18/16 18/17
18/17 19/16 20/8 21/22 27/2
35/8 47/7 47/24 50/21 51/19
56/10 56/11 56/12 56/21
57/13 57/14 57/18 57/19
57/21 60/17 62/9 63/17 64/21
65/11 67/2 74/5 74/6
THERE'S [12] 5/8 6/9 6/16
21/19 43/6 46/6 46/6 48/18
48/18 53/1 57/19 69/25
THEREFORE [1] 73/2
THESE [8] 8/22 31/10 38/15
45/12 46/21 51/22 51/24 65/7
THEY [38] 9/17 18/3 20/2
20/2 22/5 22/6 25/11 25/11
27/16 27/23 28/8 43/11 44/2
44/9 51/17 52/20 56/13 56/19
58/25 63/18 64/12 64/14
64/15 65/6 65/18 65/19 66/13
70/12 71/15 71/15 71/20
71/20 71/25 71/25 72/1 72/25
72/25 73/18
THEY'RE [12] 18/1 20/3 22/2
22/5 27/16 37/19 39/6 39/9
42/4 42/24 42/24 44/5
THEY'VE [4] 12/19 12/19 27/7
42/5
THING [1] 25/2
THINGS [5] 9/10 24/22 27/24
47/14 65/8
THINK [26] 13/15 16/14 17/4
17/7 18/18 35/21 37/23 45/10
47/23 51/19 52/25 52/25 54/9
54/9 54/20 56/2 57/7 61/6
61/16 63/9 67/1 71/20 71/23
74/12 74/15 74/16
THINKING [1] 47/14
THIRD [2] 3/7 4/18
THIS [110]
THOSE [26] 17/15 17/25 18/14
18/19 27/3 27/9 29/3 43/23
46/23 47/2 47/16 47/21 47/25
48/1 51/8 51/17 54/24 56/9
58/6 61/21 63/12 63/14 66/9
67/25 68/2 70/6
THOUGH [4] 58/11 66/21 68/21
70/5

**T**

**THOUGHTS [1]** 44/23

**THOUSAND [3]** 57/18 61/17 64/17

**THREE [11]** 9/9 17/5 17/16 30/23 30/24 31/3 32/24 33/22 34/5 34/7 72/5

**THROUGH [12]** 14/15 14/17 14/19 16/7 16/8 17/13 17/23 18/6 55/23 59/19 70/24 72/3

**THROUGHOUT [2]** 8/22 64/18

**THROW [1]** 7/19

**TIE [1]** 17/5

**TILL [5]** 49/2 49/2 49/4 49/5 56/5

**TIME [32]** 1/13 5/22 10/15 22/9 26/9 26/10 26/24 28/8 29/18 30/8 36/3 42/25 45/12 49/25 51/13 51/19 52/2 54/18 56/9 56/12 56/14 57/19 62/6 66/8 68/13 69/11 70/12 74/4 74/6 74/17 75/5 75/11

**TIMELINE [1]** 55/23

**TIMES [2]** 56/10 56/10

**TITLE [1]** 52/10

**TITLED [1]** 39/18

**TITLES [2]** 52/12 52/14

**TMC [34]** 19/14 22/11 43/24 49/8 51/6 51/8 51/12 51/17 52/7 53/12 53/15 53/20 53/24 57/16 58/17 58/19 59/4 59/8 60/8 60/11 61/13 62/6 62/9 62/13 62/22 63/23 64/6 64/8 64/11 64/16 68/21 69/7 74/10 74/13

**TODAY [15]** 4/18 5/2 7/7 7/11 7/12 17/17 17/18 21/6 21/7 22/24 25/21 26/1 29/10 51/25 75/6

**TODAY'S [4]** 7/15 7/21 8/1 8/17

**TOGETHER [5]** 17/5 23/2 25/11 50/6 54/23

**TOLD [1]** 43/19

**TOO [5]** 6/21 28/15 28/21 30/7 62/5

**TOOK [8]** 21/25 22/23 23/11 49/4 49/5 54/5 57/6 58/25

**TOP [6]** 17/24 18/2 20/11 43/10 55/1 56/20

**TOTAL [16]** 21/3 21/4 21/18 21/19 21/22 21/24 28/3 29/1 41/7 43/2 45/21 45/23 48/8 48/17 50/16 51/5

**TOTALLY [1]** 28/10

**TOUGH [2]** 24/23 28/16

**TOWARDS [1]** 54/11

**TRACK [1]** 20/15

**TRACKED [1]** 18/17

**TRAILERS [1]** 29/11

**TRAIN [4]** 30/2 30/4 30/13 37/13

**TRANSACTIONS [1]** 52/17

**TRANSCRIBE [1]** 75/8

**TRANSCRIBED [1]** 5/9

**TRANSCRIPT [1]** 77/8

**TRANSFER [3]** 44/7 44/15 48/3

**TRANSFERRED [4]** 33/23 40/15 44/11 72/5

**TRANSPORTATION [2]** 30/13 37/13

**TREED [1]** 47/6

**TREES [1]** 47/19

**TRIED [1]** 21/7

**TRUE [1]** 77/9

**TRUMP [1]** 58/14

**TRUST [3]** 19/12 33/7 33/12

**TRUSTED [2]** 52/24 54/13

**TRUSTEE [3]** 33/6 58/25 59/2

**TRUTH [5]** 4/5 7/18 7/18 7/18 63/5

**TRY [6]** 26/1 50/13 59/5 71/18 72/23 73/12

**TRYING [19]** 6/18 6/19 6/19 22/20 22/21 22/24 24/3 24/21 24/21 24/24 25/5 28/14 37/7 37/24 68/6 68/20 69/6 69/10 72/3

**TURNED [1]** 27/23

**TURNING [2]** 27/25 48/6

**TURNOUTS [1]** 58/12

**TWENTY [1]** 55/9 67/21

**TWO [26]** 15/17 15/19 17/21 18/14 18/19 20/16 21/19 22/20 25/17 27/3 31/3 31/9 31/19 31/21 34/13 43/6 47/2 50/24 68/4 68/8 69/1 69/9 70/7 70/16 71/8 72/5

**TYME [10]** 21/20 21/20 21/21 21/23 28/3 29/1 44/6 44/6 46/21 46/23

**TYPE [5]** 27/5 60/4 63/25 73/4 76/15

**TYPICAL [3]** 40/8 65/22 65/22

**U**

**UBER [2]** 30/7 30/9

**UNCOMFORTABLE [1]** 69/4

**UNDER [7]** 31/8 33/6 44/5 44/6 77/7 77/11 77/18

**UNDERSTAND [9]** 4/23 5/12 5/14 6/11 19/18 28/2 28/25 35/23 69/5

**UNDERSTANDING [3]** 7/11 50/20 52/6

**UNDERSTOOD [8]** 5/17 8/3 25/3 25/25 36/20 37/21 39/5 66/20

**UNFORTUNATELY [1]** 16/5

**UNITED [1]** 1/2

**UNITS [1]** 33/14

**UNIVERSITY [2]** 26/12 36/2

**UNLESS [1]** 77/18

**UNTIL [7]** 6/25 28/9 48/20 48/23 52/8 55/12 56/2

**UNUSUAL [1]** 66/2

**UP [20]** 7/1 25/8 30/20 35/4 35/14 36/21 38/10 38/20 43/11 49/6 49/14 50/10 55/5 55/5 60/13 68/21 71/15 71/18 71/21 74/18

**UPON [2]** 20/16 44/2

**UPSALA [5]** 45/22 46/10 46/13 46/22 47/5

**UPWARDS [1]** 66/16

**US [8]** 50/14 51/23 53/11 53/12 55/17 58/22 62/24 73/16

**USE [3]** 30/7 30/9 31/14

**USED [8]** 19/14 19/14 28/4 53/17 62/21 62/23 63/14 68/12

**USING [1]** 29/2

**UTILITIES [1]** 37/16

**V**

**VACANT [2]** 47/1 47/4

**VALUE [2]** 12/12 15/7

**VARIED [2]** 57/21 57/24

**VEHICLES [8]** 27/18 27/20 27/22 28/3 29/2 29/4 30/1 30/12

**VERBAL [1]** 5/8

**VERY [6]** 50/12 57/20 57/21 69/1 69/4 75/5

**VIA [1]** 76/6

**VIDEOCONFERENCING [1]** 76/7

**VILLAGE [1]** 2/2

**VIOLIN [1]** 29/20

**VIRTUAL [1]** 1/14

**VITAS [1]** 26/11

**W**

**W-2 [1]** 72/19

**WAIT [2]** 5/20 28/9

**WAIVE [1]** 75/7

**WANT [19]** 28/18 29/25 35/17 35/22 36/10 36/25 44/21 44/22 55/20 61/24 66/7 66/18 66/19 66/25 67/4 69/17 71/2 74/18 74/22

**WANTED [3]** 51/1 51/3 57/11

**WAS [159]**

**WASN'T [9]** 23/25 24/1 36/7 57/14 59/12 61/18 65/12 72/21 72/21

**WAY [12]** 5/5 6/8 6/23 12/8 36/4 37/19 46/4 47/3 58/14 60/6 66/7 69/1

**WE [77]** 4/18 4/25 5/4 5/5 5/5 5/7 6/24 6/24 7/1 9/12 9/20 9/21 16/7 16/8 16/9 17/4 17/7 17/10 17/12 17/16 18/9 20/7 20/15 20/23 21/25 22/1 22/1 22/1 22/1 24/13 31/8 33/23 34/13 35/4 35/16 35/20 35/21 36/12 36/23 38/2 43/12 43/25 45/20 46/10 46/19 47/10 48/23 49/3 49/5 49/7 51/21 54/9 54/13 54/23 54/23 56/12 57/11 57/22 58/20 59/3 59/5 60/1 60/4 60/6 61/16 61/20 61/23 63/12 65/7 65/17 68/7 69/21 71/3 74/4 74/4 74/18 74/24

**WE'LL [6]** 6/16 6/22 21/1 21/1 55/22 75/7

**WE'RE [6]** 11/19 14/11 21/16 51/3 51/4 70/25

**WE'VE [2]** 17/5 17/6

**WEEKLY [2]** 65/17 65/24

**WELCOME [4]** 13/11 28/13 31/4 49/20

**WELL [14]** 5/23 11/18 22/18 27/6 32/3 46/18 47/3 48/18 49/3 54/7 55/4 66/11 69/24 71/25

**WELLS [4]** 71/11 71/14 71/19 71/21

**WENT [30]** 12/14 12/15 13/21 16/7 18/3 19/16 19/19 19/24 21/15 21/17 22/5 36/22 41/10 43/12 44/9 47/24 47/24 47/25 49/6 51/17 53/3 53/19 59/19 63/8 68/14 68/14 69/10 70/6 70/22 74/6

**WERE [54]** 9/21 9/21 14/18 16/1 18/20 21/21 22/9 23/17 27/24 29/2 37/2 37/4 37/9 38/6 43/24 44/2 48/12 48/12

# W

**WERE... [36]** 50/5 52/9 52/9
52/15 52/21 54/4 54/14 55/3
56/3 56/7 56/7 56/10 56/12
56/23 57/7 57/18 57/19 57/21
59/5 59/8 61/1 62/7 63/3
63/14 64/19 64/21 65/14
69/22 70/7 70/12 72/19 72/20
72/20 72/25 73/18 75/13

**WESTERN [1]** 61/10

**WHAT [60]** 5/17 7/14 7/16
7/24 9/3 10/12 12/13 13/4
13/13 16/11 17/25 18/21 19/3
19/10 20/1 20/11 21/13 22/20
24/20 26/8 30/20 31/16 34/12
36/12 37/5 40/5 42/1 42/11
44/19 45/17 46/25 47/21 50/4
51/4 51/9 52/10 52/21 52/21
53/12 53/16 57/9 60/12 64/24
65/9 65/13 65/13 65/13 65/18
65/22 67/11 67/12 67/21
69/17 69/21 69/25 70/1 71/18
71/22 74/7 74/13

**WHAT'S [1]** 66/6

**WHATEVER [9]** 9/17 19/20 21/24
25/12 26/18 30/14 31/24 54/1
63/1

**WHATSOEVER [1]** 64/9

**WHEN [38]** 5/9 8/4 15/15
15/15 16/17 17/18 20/12 21/8
21/17 22/9 26/3 32/17 35/5
37/1 37/3 37/9 38/6 44/2
51/8 51/17 53/3 56/11 56/12
56/17 57/6 57/25 58/14 59/8
60/17 62/6 65/14 65/16 69/21
70/5 70/6 70/19 72/18 73/21

**WHERE [26]** 9/10 19/10 21/4
21/11 21/23 35/8 37/25 38/1
43/2 47/18 47/20 49/13 51/16
53/3 55/8 61/9 63/19 68/6
68/14 68/16 69/6 69/6 69/10
73/16 73/16 73/18

**WHEREUPON [3]** 45/5 75/1 75/13

**WHICH [20]** 4/16 4/19 8/16
11/25 12/3 17/11 17/13 19/16
26/11 26/11 26/23 26/25
31/10 35/14 35/19 39/8 46/19
46/19 49/6 60/13

**WHILE [4]** 32/19 32/25 56/14
74/8

**WHITE [1]** 42/15

**WHO [14]** 15/3 39/25 44/13
48/1 48/21 52/24 54/16 58/16
58/19 59/13 59/16 66/9 66/21
73/21

**WHOLE [2]** 7/18 17/23

**WHOSE [1]** 45/22

**WHY [4]** 12/24 36/7 39/2
47/21

**WIFE [4]** 8/9 8/10 25/22 27/6

**WILL [6]** 4/5 5/10 5/17 6/6
6/8 39/17

**WILLING [1]** 51/22

**WINDERMERE [1]** 2/3

**WINDOW [1]** 47/25

**WISH [2]** 5/25 33/10

**WITHIN [8]** 17/20 17/21 27/20
32/13 53/2 54/14 54/14 63/13

**WITHOUT [3]** 7/23 30/12 72/3

**WITNESS [1]** 76/9

**WON'T [1]** 5/7

**WORDING [1]** 57/7

**WORK [7]** 22/13 25/5 51/23
54/4 54/12 54/16 63/5

**WORKED [5]** 41/24 49/24 64/12
72/18 73/16

**WORKING [4]** 15/1 15/2 36/23
52/24

**WORKS [3]** 26/9 26/10 26/10

**WOULD [66]** 4/3 5/5 5/24 8/23
10/4 15/19 24/12 25/11 25/11
25/12 32/21 34/9 38/2 39/4
40/17 41/20 44/25 47/7 47/8
51/13 51/16 51/22 52/20 53/2
53/25 54/10 54/11 54/22
54/22 56/16 57/1 57/4 57/14
57/23 58/6 58/7 58/9 58/10
58/18 58/22 59/13 59/22
60/16 61/7 61/7 63/12 63/13
63/19 64/17 64/24 65/23 66/4
66/9 66/14 67/16 68/1 68/5
68/6 68/10 69/6 69/22 70/1
71/22 72/22 72/23 74/12

**WOULDN'T [2]** 57/15 73/15

**WOW [1]** 67/3

**WRAP [1]** 7/1

# Y

**YEAH [47]** 11/11 14/4 21/10
22/14 22/19 24/11 28/14
28/20 30/6 30/15 31/21 35/7
38/5 39/6 42/10 42/14 42/18
42/19 42/21 43/6 43/22 45/2
46/9 49/12 50/12 50/12 51/14
54/16 54/20 55/22 56/7 57/5
58/18 60/1 60/20 60/21 61/18
61/18 61/19 62/5 66/20 67/18
67/24 69/16 70/12 74/12
74/24

**YEAR [27]** 10/23 12/22 12/23
24/9 27/11 27/14 32/14 36/20
40/11 42/1 49/6 50/24 56/23
58/2 66/3 66/4 66/10 66/16
67/16 68/4 68/4 68/5 68/8
69/18 71/22 72/11 72/12

**YEARS [48]** 17/21 18/19 18/22
18/23 20/14 20/19 20/24
22/20 24/24 25/2 25/17 27/21
32/20 32/21 32/22 32/24
33/22 34/5 34/7 34/10 34/11
34/19 42/12 42/13 43/22
44/18 44/20 55/3 57/22 58/7
58/9 64/12 64/12 64/18 66/24
67/12 67/15 67/25 68/2 68/3
68/21 69/1 70/6 70/17 70/17
70/20 71/8 72/5

**YEP [1]** 47/13

**YES [43]** 4/22 5/13 5/19 6/12
9/11 11/9 12/6 13/19 18/12
18/25 19/7 20/10 22/14 22/22
26/7 28/5 28/17 29/20 30/25
32/9 34/8 36/22 38/11 38/18
40/19 41/4 42/20 42/21 43/5
44/17 44/19 46/5 47/13 47/13
52/5 53/5 54/25 62/15 62/19
63/2 63/15 67/10 75/9

**YET [3]** 14/24 25/14 25/24

**YOU [394]**

**YOU'LL [1]** 67/3

**YOU'RE [24]** 4/5 10/7 13/11
14/7 17/8 24/19 28/13 31/4
31/11 33/20 35/8 35/21 36/11
37/22 38/10 38/16 39/9 46/7
49/20 53/7 54/18 64/25 69/17
70/20

**YOU'VE [4]** 18/18 22/13 29/3

**YOUR [81]**

**YOURS [2]** 19/11 32/3

**YOURSELF [3]** 19/6 24/13 41/23

# Z

**ZERO [1]** 38/8

**ZOOM [2]** 8/22 28/16